

Wells Fargo Home Mortgage
MAC X7801-03K
3476 Stateview Boulevard
Fort Mill, SC 29715

LOAN MODIFICATION AGREEMENT
LOAN NUMBER:  7080205097843

THIS LOAN MODIFICATION AGREEMENT made on January 09, 2009, by and between DENNIS K OBDUSKEY and
(the "Borrower(s)") and Wells Fargo Bank, N A (the "Lender")

W I T N E S S E T H

WHEREAS, Borrower has requested, and Lender has agreed, subject to the following terms and conditions, to a modification in the payment as follows:

NOW THEREFORE, in consideration of the covenants hereinafter set forth and of other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged by the parties, it is agreed as follows (notwithstanding anything to the contrary contained in the Note and Mortgage dated 5/31/2007):

1. BALANCE.  As of January 09, 2009, the amount payable under the Note and Mortgage (the "Unpaid Principal Balance") is U.S. $ 329,000.00.

2. EXTENSION. This agreement hereby modifies the following terms of the Security Instrument described herein above as follows:

   A. The current contractual due date has been extended from 10-01-08. The first modified contractual due date is due on 03/01/2009.

   B. The maturity date has been extended from 06-37 (month/year) to 2/1/2049.

   C. The amount of interest to be capitalized will be U.S. $ 9,253.15. The modified unpaid principal balance is U.S. $ 339,432.80.

   D. The borrower promises to pay the unpaid principal balance plus interest, to the order of the Lender. Interest will be charged on the unpaid principal balance of U.S. $ 339,432.80. The borrower promises to make monthly payments of principal and interest of U.S. $ 1,580.93, at a yearly rate of 4.750%, not including any escrow deposit, if applicable. If on the maturity date the borrower still owes amount under the Note and Security Instrument, as amended by this Agreement, borrower will pay these amounts in full on the maturity date.
      * (If applicable, all scheduled step rate changes according to your Note and Mortgage will remain unchanged.)

LC175/MDW/Page 1

Wells Fargo Home Mortgage
is a division of Wells Fargo Bank, N.A.

**Exhibit-1**



Wells Fargo Home Mortgage
MAC X7801-03K
3476 Stateview Boulevard
Fort Mill, SC 29715

Loan Modification Agreement
Page 2 of 2
Loan 7080205097843

3. NOTE AND MORTGAGE. Nothing in this Agreement shall be understood or construed to be a satisfaction or release, in whole or in part of the Borrower's obligations under the Note or Mortgage. Further, except as otherwise specifically provided in this Agreement, the Note and Mortgage will remain unchanged, and Borrower and Lender will be bound by, and shall comply with, all of the terms and provisions thereof, as amended by this Agreement.

CORRECTION AGREEMENT. The undersigned borrower(s), for and in consideration of the approval, closing and funding of this Modification, hereby grants Wells Fargo Bank, N A, as lender, limited power of attorney to correct and/or initial all typographical or clerical errors discovered in the Modification Agreement required to be signed. In the event this limited power of attorney is exercised, the undersigned will be notified and receive a copy of the document executed or initialed on their behalf. This provision may not be used to modify the interest rate, modify the term, modify the outstanding principal balance or modify the undersigned's monthly principal and interest payments as modified by this agreement. Any of these specified changes must be executed directly by the undersigned. This limited power of attorney shall automatically terminate in 120 days from the closing date of the undersigned's Modification.  _DKO_  (Borrower Initial)

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as the date first above written.

By signing this loan Modification I hereby consent to being contacted concerning this loan at any cellular or mobile telephone number I may have. This includes text messages, at no cost to me, and telephone calls including the use of automated dialing systems to contact my cellular or mobile telephone.

_Dennis K. Obduskey_    1/14/09
Dennis K Obduskey        /Date

_____
Wells Fargo Bank, N A, Officer/Date

LC175/MDW/2

Wells Fargo Home Mortgage
is a division of Wells Fargo Bank, N.A.

# Truth-in-Lending Disclosure

| Date: | 1/9/2009 | Borrower: | DENNIS K OBDUSKEY |
|---|---|---|---|
| Creditor: | WELLS FARGO BANK, N.A. | | N/A |
| Loan No.: | 0205097843 | Property: | 132 WAGON TONGUE RO, BAILEY, CO 80421 |

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | AMOUNT FINANCED | TOTAL OF PAYMENTS |
|---|---|---|---|
| The cost of your credit as a yearly rate. | The dollar amount the credit will cost you. | The amount of credit provided to you or on your behalf. | The amount you will have paid after you have made all payments as scheduled. |
| 04.750% | $419,420.65 | $339,432.80 | $758,853.45 |

Your payment schedule will be: (E) means estimate

| Number of Payments | Amount of Payments | When Payments are due Monthly, Beginning |
|---|---|---|
| 479 | $1,580.93 | 3/1/2009 |
| 1 | $1,587.98 | 2/1/2049 |

Insurance: Property insurance is required. Property insurance may be obtained through any person of your choice. If you choose to obtain property insurance through the creditor, the term of the policy will be N/A and the premium for that term will be $ N/A.

Flood insurance ☐ is ☒ is not required. If required, flood insurance may be obtained through any person of your choice. If you choose to obtain flood insurance through the creditor, the term of the policy will be N/A and the premium for that term will be $ N/A.

Security: You are giving a security interest in property at: 132 WAGON TONGUE RO BAILEY, CO 80421

Late Charges: If a payment is late, you will be charged 5% of the payment. In Massachusetts, the late charge is 3% of the principal and interest portion of the payment that is overdue.

Prepayment: If you pay off early, you
☐ may ☒ will not have to pay a penalty.
☐ may ☒ will not be entitled to a refund of part of the finance charge.
☐ If you prepay your loan other than on the regular installment date you may be assessed interest charges until the end of the month.

Assumption: Someone buying your home:
☐ may, subject to conditions, be allowed to assume the remainder of the mortgage on the original terms.
☒ cannot assume the remainder of the mortgage on the original terms.

Demand Feature: This obligation ☐ has ☒ does not have a demand feature.

Variable Rate: Your loan ☐ does ☒ does not contain a variable-rate feature. Disclosures about the variable-rate feature have been provided to you earlier.

See your contract documents for any additional information about nonpayment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties. Included with this disclosure and made a part of it is the Good Faith Estimate of Settlement Services.

BY SIGNING BELOW, I ACKNOWLEDGE RECEIPT OF A COPY OF THIS DISCLOSURE ON THE DATE INDICATED ABOVE.

_Dennis K Obduskey_  1/14/09
DENNIS K OBDUSKEY (Borrower) (Date)       (Borrower) (Date)

N/A (Borrower) (Date)       (Borrower) (Date)

NOTE: Payments shown above do not include reserve deposits for taxes, property or flood insurance.

Page 1 of 1



Wells Fargo Home Mortgage
MAC X7801-03K
3476 Stateview Boulevard
Fort Mill, SC 29715

Loan Number 0205097843

AUTOMATIC WITHDRAWAL AUTHORIZATION FORM (MOD)

1. Pick your frequency

  __Weekly: __Monday __Tuesday __Wednesday __Thursday __Friday

  __Biweekly: __Monday __Tuesday __Wednesday __Thursday __Friday

  __Monthly: Payment can be drafted on your due date (usually the 1st), or up to 4 days after your due date.

  __Due Date __1 day after __2 days after __3 days after __4 days after

  X Semi-monthly: 15th of month prior to first due date and 1st of month in which payment is due.

You can elect to add an additional amount to each of your electronic withdrawals to be applied to your principal balance.
__Yes, please add $_____ to each of my automatic electronic withdrawals.

2. Provide your bank account information:
Type of account: X Checking __Savings

Bank Routing Number: 102000076 (The 9-digit number on the bottom left of your check)
Bank Account Number: 1328711757 (The number to the right of the Bank Routing Number)

3. By signing below, I authorize Wells Fargo Home Mortgage to deduct my monthly mortgage payment from the above checking/savings account and I agree to the Terms and Conditions in this letter.
Signature of borrower _[signature]_  Date 1/14/09

LC010/MDW

NOTE: Allowable fees for checks and drafts that are not honored by your bank vary by state and will be assessed automatically. States with fixes fees are: KS - $10; HI and PA - $20; CO, NC, and OK - $25; IA, MN, and SD - $30. Fees are subject to change without notice.

LC010/MDW/2

Wells Fargo Home Mortgage
is a division of Wells Fargo Bank, N.A.