

Page 1 of 2

WELLS FARGO HOME MORTGAGE
RETURN MAIL OPERATIONS
PO BOX 10368
DES MOINES IA 50306-0368

December 9, 2009

034261 1 AB 0.360  27052/034261/052389 0141  2 ACHCRM
DENNIS K OBDUSKEY
132 WAGON TONGUE ROAD
BAILEY, CO 80421-1057

| Account Information | |
|---|---|
| Fax: | (866) 590-8910 |
| Telephone: | (800) 416-1472 |
| Correspondence: | PO Box 10335 |
| | Des Moines, IA 50306 |
| Hours of Operations: | Mon - Fri, 7 AM - 9 PM CT |
| Loan Number: | 0205097843 |
| Property Address: | 132 Wagon Tongue Rd |
| | Bailey CO 80421 |

RE: Loan modification

Dear Dennis K Obduskey:

Based on your request for mortgage payment assistance, Wells Fargo Home Mortgage has pre-qualified you for a loan modification program and mailed you a package of materials including a loan modification agreement that you need to sign. In order to help you, we must receive those signed documents.

Please refer to the information provided in the package sent to you for instructions to complete the paperwork and accept the mortgage assistance program available to you.

To assist you, a representative from Titanium Solutions may come to your home to offer assistance answering any questions that you may have and to collect the completed documents required to begin your mortgage assistance program. So, please don't be concerned if someone knocks on the door. They are our representatives, and are there to help you with the documents, if needed.

We're happy to have you as our customer and look forward to helping you with your financial needs. If you have any questions, please contact us at the number listed in the account information section of this letter.

Sincerely,

Ben Windust
Senior Vice President
Wells Fargo Home Mortgage



DF056 708
034261/052389 ACHCRM B1-ET-M1-C009



120909DF0B600F9U

Together we'll go far

**Exhibit-4**

| Account Information | |
|---|---|
| Loan Number: | 0205097843 |
| Property Address: | 132 Wagon Tongue Rd<br>Bailey CO 80421 |



This communication is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you have received a discharge of this debt in bankruptcy or are currently in a bankruptcy case, this notice is not intended as an attempt to collect a debt, and however we have a security interest in the property and will only exercise our rights as against the property.

With respect to those loans located in the State of California, the state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8:00 a.m. or after 9:00 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

Wells Fargo Home Mortgage is a division of © All rights reserved.



DF056 708
0342811052370 ACHCRM S1-ET-M1-C009

120909DF09600F9U