# Loan Information Report

| Loan Number: | 708-0205097843 | Created: | 06/12/2015 |
|---|---|---|---|
| Primary Borrower: | DENNIS K OBDUSKEY | | |

| Property Address | Mailing Address |
|---|---|
| 132 WAGON TONGUE ROAD<br>BAILEY, CO 80421-1057 | 132 WAGON TONGUE ROAD<br>BAILEY, CO 80421 |

## Loan Terms

| | | | |
|---|---|---|---|
| Loan Date | 05/31/2007 | Occupancy | OWNER OCCUPIED |
| Loan Purpose | REFINANCE EQUITY TAKEOUT | Type of Loan | CONVENTIONAL WITH PMI |
| Loan Amount | $329,940.00 | Lien Type | FIRST MORTGAGE |
| Current Interest Rate | 6.75000% | Owner/Assignee | FREDDIE MAC |
| Term | 360 MONTHS | Loan Acquired | 06/18/2007 |
| Unpaid First Principal Balance | $329,000.00 | Assumption Date | N/A |
| Additional Unpaid Principal Balance | $0.00 | Military Status | N/A |
| Maturity Date | 06/01/2037 | | |
| Late Charge Amount | $92.53 | | |

## Product and Payment Information

| | | | |
|---|---|---|---|
| Due Date | 06/01/2009 | Restricted Escrow Balance | $0.00 |
| Scheduled Payment Amount | $2,040.82 | Projected Interest Due | N/A |
| Subsidy or Other Interest Credit | $0.00 | Interest Short | N/A |
| Principal and Interest | $1,850.63 | Interest Only | YES |
| Escrow | $190.19 | Prepayment Penalty | NO |
| Optional Products | $0.00 | Auto Draft | NO |
| | | Payment Frequency | MONTHLY |

## Adjustable Rate Mortgage Information

| | | | |
|---|---|---|---|
| Next Interest Rate Change | N/A | Margin | N/A |
| Next Payment Change | N/A | Index | N/A |
| Maximum Interest Rate | N/A | | |

## Current Home Preservation Activities

| | | | |
|---|---|---|---|
| Current Status | N/A | | |
| Complete Loss Mitigation Package Received | N/A | Single Point of Contact (SPOC): | N/A |
| Loss Mitigation Option Offered | N/A | | |

## Delinquency Information

| | | | |
|---|---|---|---|
| Number of Days Past Due | 2202 DAYS | Bankruptcy Filed Date | N/A |
| Foreclosure Status | ACTIVE | Bankruptcy Type | N/A |
| Foreclosure Referred On | 12/17/2012 | Bankruptcy Status | N/A |
| Sale Date Scheduled | 09/16/2015 | | |

## Credit Reporting History

| DATE REPORTED | STATUS REPORTED | SPECIAL COMMENT |
|---|---|---|
| 06/08/2015 | 84-180 DAYS | BO-FCL STARTED |
| 05/07/2015 | 84-180 DAYS | BO-FCL STARTED |
| 04/07/2015 | 84-180 DAYS | BO-FCL STARTED |
| 03/09/2015 | 84-180 DAYS | BO-FCL STARTED |
| 02/09/2015 | 84-180 DAYS | BO-FCL STARTED |
| 01/07/2015 | 84-180 DAYS | BO-FCL STARTED |
| 12/08/2014 | 84-180 DAYS | BO-FCL STARTED |
| 11/07/2014 | 84-180 DAYS | BO-FCL STARTED |
| 10/07/2014 | 84-180 DAYS | BO-FCL STARTED |
| 09/08/2014 | 84-180 DAYS | BO-FCL STARTED |
| 08/07/2014 | 84-180 DAYS | BO-FCL STARTED |

**Exhibit-12**