Yes! Our records show that Freddie Mac is the owner of your mortgage. Page 1 of 2

# Yes. Our records show that Freddie Mac owns your mortgage and your note date (the date you closed your loan) – is May 31, 2007.

You may be eligible for the Home Affordable Refinance Program (HARP) if your note date is on or before May 31, 2009.

## What to Do Next

1. **For help with your mortgage, contact your lender and let them know you would like to pursue assistance through the federal Making Home Affordable (MHA) program.**

    a. Your lender, the company to which you make your mortgage payments (also referred to as a mortgage servicer), can help you determine if you are eligible for the options under MHA.

    > If you are current on your mortgage payments, but have been unable to refinance because you have little or no equity in the home, HARP may help you obtain a lower interest rate or more stable mortgage.

    > If you are behind in making your mortgage payments or believe you may soon fall behind, a Home Affordable Modification may help you obtain more affordable mortgage payments.

    > If it is not realistic for you to keep your home, a **short sale** or **"deed-in-lieu of foreclosure"** may help you transition to more affordable housing.

    Freddie Mac is working with its lenders to offer these solutions to eligible borrowers with Freddie Mac-owned mortgages. *Because Freddie Mac does not work directly with consumers, you will need to work with your lender to determine your best foreclosure prevention option.*

    b. **If you are not eligible for MHA**, don't give up! Ask your lender about other options to make your payments more affordable or to avoid foreclosure. There are other options available for homeowners with Freddie Mac-owned mortgages that are available through your lender.

2. **If you are unable to reach your lender, call a U.S. Department of Housing & Urban Development (HUD) -certified housing counselor at 1-800-569-4287 or visit the web site     to find a housing counselor in your area.**

    Housing counselors can help you contact and work with your lender to get help with your mortgage – free of charge

### Support Information

**Be informed.** Visit our Avoiding Foreclosure Resource Center for information and guidance on alternatives to foreclosure, working with your lender, avoiding fraud and more.
**Be patient and diligent.** Lenders are working hard to get to every call and sometimes it takes longer than you expect.
**Get prepared.** Before you call your lender, here's what you'll need for your conversation.
Learn more about the options available to you under MHA    .

Thank you for contacting Freddie Mac. One of our top priorities is making sure homeowners with Freddie Mac-owned mortgages are able to get proper help and understand all options available to them during this difficult time.

**Exhibit-13**