COMBINED NOTICE OF SALE AND NOTICE OF RIGHTS TO CURE OR REDEEM

Public Trustee No. 2009-0198

To Whom It May Concern:  This Notice is given with regard to the following described Deed of Trust:

On July 30, 2009, the undersigned Public Trustee caused the Notice of Election and Demand relating to the Deed of Trust described below to be recorded in the County of Park records.

| | |
|---|---|
| Original Grantor | DENNIS K OBDUSKEY |
| Original Beneficiary | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR FIRST MAGNUS FINANCIAL CORPORATION, AN ARIZONA CORPORATION |
| Current Beneficiary | WELLS FARGO BANK, N.A. |
| Date of Deed of Trust | 5/31/2007 |
| Recording Date of Deed of Trust | 6/12/2007 |
| Recorded in Park County | Reception No. 641460 |
| Original Principal Amount | $329,940.00 |
| Outstanding Balance | $329,000.00 |

Pursuant to C.R.S. §38-38-101 (4) (i), you are hereby notified that the covenants of the deed of trust have been violated as follows:

> Failure to pay principal and interest when due together with all other payments provided for in the Evidence of Debt secured by the Deed of Trust and other violations of the terms thereof.

THE LIEN FORECLOSED MAY NOT BE A FIRST LIEN.

THE PROPERTY DESCRIBED HEREIN IS ALL OF THE PROPERTY ENCUMBERED BY THE LIEN OF THE DEED OF TRUST.

LOT 108, DEER CREEK VALLEY RANCHOS-UNIT 4, COUNTY OF PARK, STATE OF COLORADO.

which has the address of:     132 Wagon Tongue Road
                              Bailey, CO 80421

NOTICE OF SALE

The current owner of the Evidence of Debt secured by the Deed of Trust described herein, has filed notice of election and demand for sale as provided by law and in said Deed of Trust.

THEREFORE, Notice Is Hereby Given that I will, at 10:00 a.m. in the forenoon of  December 2, 2009,  At the Park County Public Trustee's Office, 501 Main Street, Fairplay, Colorado, sell at public auction to the highest and best bidder for cash, the said real property and all interest of said Grantor(s), Grantor(s)' heirs and assigns therein, for the purpose of paying the indebtedness provided in said Evidence of Debt secured by the Deed of Trust, plus attorneys' fees, the expenses of sale and other items allowed by law, and will execute and

**Exhibit-14**

record a Certificate of Purchase, all as provided by law.

First Publication: 10/9/2009
Last Publication: 11/6/2009
Published in:  Park County Republican And Fairplay Flume

NOTICE OF RIGHTS

YOU MAY HAVE AN INTEREST IN THE REAL PROPERTY BEING FORECLOSED, OR HAVE CERTAIN RIGHTS OR SUFFER CERTAIN LIABILITIES PURSUANT TO COLORADO STATUTES AS A RESULT OF SAID FORECLOSURE.  YOU MAY HAVE THE RIGHT TO REDEEM SAID REAL PROPERTY OR YOU MAY HAVE THE RIGHT TO CURE A DEFAULT UNDER THE DEED OF TRUST BEING FORECLOSED.  A COPY OF SAID STATUTES, AS SUCH STATUTES ARE PRESENTLY CONSTITUTED, WHICH MAY AFFECT YOUR RIGHTS, IS ATTACHED TO ALL MAILED COPIES OF THIS NOTICE.  HOWEVER, YOUR RIGHTS MAY BE DETERMINED BY PREVIOUS STATUTES.

- A NOTICE OF INTENT TO CURE FILED PURSUANT TO C.R.S. 38-38-104 SHALL BE FILED WITH THE PUBLIC TRUSTEE AT LEAST FIFTEEN (15) CALENDAR DAYS PRIOR TO THE FIRST SCHEDULED SALE DATE OR ANY DATE TO WHICH THE SALE IS CONTINUED.

- A NOTICE OF INTENT TO REDEEM FILED PURSUANT TO C.R.S. 38-38-302 SHALL BE FILED WITH THE PUBLIC TRUSTEE WITHIN  EIGHT (8) BUSINESS DAYS FOLLOWING THE SALE.

Dated:   10/8/2009

MICHELLE A. MILLER
Park COUNTY PUBLIC TRUSTEE

*Shirley A. Kint* (signature)

By:

Shirley A. Kint
Chief Deputy Public Trustee


Attorney: CASTLE, MEINHOLD & STAWIARSKI, LLC  Attorney Registration #39978
          999 18TH STREET, SUITE 2201 , DENVER, COLORADO 80202
          Phone:  1 (303) 865-1400  Fax:  1 (303) 865-1410
Attorney file #:  09-13646

_____

