Customer Account Activity Statement
Loan Number: 708-0205097843
Primary Borrower: DENNIS K OBDUSKEY
Created: 06/12/2015

PLEASE NOTE: If you are presently seeking relief (or have previously been granted relief) under the United States Bankruptcy Code, this information is being sent to you at your request and for informational purposes only in compliance with federal mortgage servicing laws enacted by the Consumer Financial Protection Bureau. If you are presently seeking relief (or have previously been granted relief) under Chapter 12 or Chapter 13 of the United States Bankruptcy Code, then this Financial Transaction History reflects transactions that have occurred on your account according to the terms of your loan documents and not per your confirmed Chapter 12 or Chapter 13 plan. If you would like to receive a payment history on your account that reflects transactions according to the terms of your confirmed plan, then please contact us at P.O. Box 10335, Des Moines, IA 50306.

| Effective Date | Date Posted | Due Date | Monthly Payment Amount | Amount Received | Amount Unapplied | Unapplied Balance | Amount Applied to Interest | Amount Applied to Optional Products | Amount Applied to Escrow | Escrow Disbursed | Escrow Balance | Amount Applied to Reimbursable Expenses | Reimbursable Expenses Adjusted | Outstanding Reimbursable Expense Balance | Amount Applied to Fees | Fees Assessed or (Waived) | Outstanding Fee Balance | Amount Applied to Principal | Subsidies or Other Interest Credits | Principal Balance | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/21/2014 | 01/21/2014 | | | | | $1,699.48 | | | | | ($12,624.96) | | $19.00 | $4,846.20 | | | $2,725.84 | | | $329,000.00 | ATTORNEY FEES |
| 02/07/2014 | 02/07/2014 | 02/01/2014 | | | | $1,699.48 | | | | | ($12,624.96) | | $13.50 | $4,859.70 | | | $2,725.84 | | | $329,000.00 | FILING COSTS |
| 05/07/2014 | 05/07/2014 | 05/01/2014 | | | | $1,699.48 | | | ($176.92) | | ($13,501.88) | | | $4,859.70 | | | $2,725.84 | | | $329,000.00 | COUNTY TAX DISBURSEMENT |
| 05/16/2014 | 05/16/2014 | | | | | $1,699.48 | | | ($876.92) | | ($14,378.80) | | $107.50 | $4,967.20 | | | $2,725.84 | | | $329,000.00 | ATTORNEY FEES |
| 07/03/2014 | 07/03/2014 | 07/01/2014 | | | | $1,699.48 | | | | ($2,263.00) | ($14,378.80) | | $27.00 | $4,994.20 | | | $2,725.84 | | | $329,000.00 | FILING COSTS |
| 07/11/2014 | 07/11/2014 | | | | | $1,699.48 | | | | | ($16,641.80) | | $60.00 | $5,054.20 | | | $2,725.84 | | | $329,000.00 | HAZARD INSURANCE DISBURSEMENT |
| 07/11/2014 | 07/11/2014 | | | | | $1,699.48 | | | | | ($16,641.80) | | $13.50 | $5,067.70 | | | $2,725.84 | | | $329,000.00 | ATTORNEY FEES |
| 08/12/2014 | 08/12/2014 | | | | | $1,699.48 | | | | | ($16,641.80) | | $815.00 | $5,882.70 | | | $2,725.84 | | | $329,000.00 | FILING COSTS |
| 08/12/2014 | 08/12/2014 | | | | | $1,699.48 | | | | | ($16,641.80) | | $500.00 | $6,382.70 | | | $2,725.84 | | | $329,000.00 | ATTORNEY FEES |
| 09/12/2014 | 09/12/2014 | | | | | $1,699.48 | | | | | ($16,641.80) | | $201.50 | $6,584.20 | | | $2,725.84 | | | $329,000.00 | CLERK COSTS |
| 06/12/2014 | 06/12/2014 | | | | | $1,699.48 | | | | | ($16,641.80) | | $250.00 | $6,631.20 | | | $2,725.84 | | | $329,000.00 | FILING COSTS |
| 04/12/2014 | 04/12/2014 | | | | | $1,699.48 | | | | | ($16,641.80) | | $495.00 | $7,129.20 | | | $2,725.84 | | | $329,000.00 | POST SALE NOTICE |
| 09/05/2014 | 09/05/2014 | | | $33.76 | | $1,699.48 | | | | | ($16,641.80) | | $27.00 | $7,156.20 | | | $2,725.84 | | | $329,000.00 | TITLE POLICY |
| 09/16/2014 | 09/16/2014 | | | | | $1,699.48 | | | | | ($16,641.80) | | $19.76 | $7,125.44 | | | $2,725.84 | | | $329,000.00 | FILING COSTS |
| 09/26/2014 | 09/26/2014 | | | | | $1,699.48 | | | | | ($16,641.80) | | $850.00 | $7,975.44 | | | $2,725.84 | | | $329,000.00 | ATTORNEY REFUND |
| 10/06/2014 | 10/06/2014 | | | $46.00 | | $1,699.48 | | | | | ($16,641.80) | | $46.00 | $7,929.44 | | | $2,725.84 | | | $329,000.00 | ATTORNEY FEES |
| 02/02/2015 | 02/02/2015 | 02/01/2015 | | | | $1,699.48 | | | ($182.70) | | ($17,424.50) | | | $7,929.44 | | | $2,725.84 | | | $329,000.00 | ATTORNEY REFUND |
| 05/04/2015 | 05/04/2015 | 05/01/2015 | | | | $1,699.48 | | | ($182.70) | | ($18,707.20) | | | $7,929.44 | | | $2,725.84 | | | $329,000.00 | COUNTY TAX DISBURSEMENT |
| 06/02/2015 | 06/02/2015 | | | | | $1,699.48 | | | | ($550.00) | ($18,251.22) | | | $6,479.44 | | | $2,725.84 | | | $329,000.00 | ATTORNEY FEES |
| 06/07/2015 | 06/07/2015 | | | | | $1,699.48 | | | | | ($18,707.20) | | $115.00 | $6,594.44 | | | $2,725.84 | | | $329,000.00 | TITLE POLICY |

**Exhibit-15**

| Reimbursable Expenses Adjusted | Outstanding Reimbursable Expense Balance | Amount Applied to Fees | Fees Assessed or (Waived) | Outstanding Fee Balance | Amount Applied to Principal | Subsidies or Other Interest Credits | Principal Balance | Comments |
|---|---|---|---|---|---|---|---|---|
| $75.00 | $4,846.20 | | | $2,725.84 | | | $329,000.00 | ATTORNEY FEES |
| $13.50 | $4,859.70 | | | $2,725.84 | | | $329,000.00 | FILING COSTS |
| | $4,859.70 | | | $2,725.84 | | | $329,000.00 | COUNTY TAX DISBURSEMENT |
| | $4,859.70 | | | $2,725.84 | | | $329,000.00 | COUNTY TAX DISBURSEMENT |
| $107.50 | $4,967.20 | | | $2,725.84 | | | $329,000.00 | ATTORNEY FEES |
| $27.00 | $4,994.20 | | | $2,725.84 | | | $329,000.00 | FILING COSTS |
| | $4,994.20 | | | $2,725.84 | | | $329,000.00 | HAZARD INSURANCE DISBURSEMENT |
| $60.00 | $5,054.20 | | | $2,725.84 | | | $329,000.00 | ATTORNEY FEES |
| $13.50 | $5,067.70 | | | $2,725.84 | | | $329,000.00 | FILING COSTS |
| $615.00 | $5,682.70 | | | $2,725.84 | | | $329,000.00 | ATTORNEY FEES |
| $500.00 | $6,182.70 | | | $2,725.84 | | | $329,000.00 | CLERK COSTS |
| $201.50 | $6,384.20 | | | $2,725.84 | | | $329,000.00 | FILING COSTS |
| $250.00 | $6,634.20 | | | $2,725.84 | | | $329,000.00 | POST SALE NOTICE |
| $495.00 | $7,129.20 | | | $2,725.84 | | | $329,000.00 | TITLE POLICY |
| $27.00 | $7,156.20 | | | $2,725.84 | | | $329,000.00 | FILING COSTS |
| $39.75 | $7,125.44 | | | $2,725.84 | | | $329,000.00 | ATTORNEY REFUND |
| $850.00 | $7,975.44 | | | $2,725.84 | | | $329,000.00 | ATTORNEY FEES |
| $40.00 | $7,929.44 | | | $2,725.84 | | | $329,000.00 | ATTORNEY REFUND |
| | $7,929.44 | | | $2,725.84 | | | $329,000.00 | COUNTY TAX DISBURSEMENT |
| | $7,929.44 | | | $2,725.84 | | | $329,000.00 | COUNTY TAX DISBURSEMENT |
| $550.00 | $8,479.44 | | | $2,725.84 | | | $329,000.00 | ATTORNEY FEES |
| $115.00 | $8,594.44 | | | $2,725.84 | | | $329,000.00 | TITLE POLICY |