

Wells Fargo
P.O. Box 10335
Des Moines, IA 50306-0335

June 30, 2015

Riggs, Abney, Neal, Turpen, Orbison, & Lewis
Attention: Steven L. Hill
7979 E. Tufts Avenue Pkwy., Suite 1300
Denver, CO 80237

Subject: Resolution to the inquiry received for the mortgage account of Dennis K. Obduskey account number 0205097843

Dear Mr. Steven L. Hill:

Addressing our customer's concerns is important to us and I thank you for the opportunity to assist you. I'm responding on behalf of Wells Fargo Home Mortgage to the request received in our office on June 11, 2015, filed with the Consumer Financial Protection Bureau (CFPB).

### Current status of the loan

Our customer's account isn't currently in review for payment assistance options. Our customer's account is due for the June 01, 2009, through June 01, 2015, payments totaling $152,890.85. We've paid $18,207.20 toward their property taxes and homeowner's insurance.

The amounts stated above are provided for informational purposes only; this isn't intended to be a reinstatement quote.

On December 17, 2012, we initiated foreclosure proceedings on our customer's account, at which time their account was due for the June 01, 2009, to December 01, 2012, payments. A foreclosure sale date has been scheduled for September 16, 2015.

### Account history

In response to your client's request, enclosed is an account history from January 21, 2014, through June 12, 2015.

### Request for loan validation

This account originated with First Magnus Financial Corporation, an Arizona Corporation. We've included copies of the Note and Deed of Trust for further details. These documents validate the origination of this account.

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. NMLSR ID 399801

Exhibit-16

Obduskey
June 30, 2015
Page 2

### Note holder

Wells Fargo Bank, N.A. is the servicer of the loan for owner/assignee Freddie Mac. A contact address for the owner/assignee is:

> Freddie Mac
> 8200 Jones Branch Drive
> McLean, VA 22102

### Additional information

We've reviewed Mr. Obduskey's request for information about the activity on this account. We've enclosed the following items:

- Security Instrument and Assignments, if applicable
- Promissory Note and any applicable riders
- Loan Information Report
- The recently received correspondence that initiated the request

We're unable to provide any further information because the remaining requests are too broad. If you provide us with more specific details about what Mr. Obduskey is seeking, we'll review the request again.

### Why are notes left on my front door?

Please be advised, we perform an inspection of the property when an account is past due. We conduct property inspections in certain instances as disclosed in the Deed of Trust.

The inspection is a personal visit to the property to determine if someone is living in the home and to ensure the property is in livable condition as viewable from the outside. When an inspection is completed, a notice is left on the door of the property to notify our customer the inspection took place. Property inspection notices left at the property are not an attempt to collect a debt and are not a violation of the cease and desist order.

In your client's correspondence, he referenced that there were notices attached with his letter to the CFPB. We did not receive any attachments with the letter that we received and have enclosed a copy.

### Where is the response to my August 19, 2014, letter?

Your client sent a letter on August 19, 2014, to McCarthy & Holthus for information. A response letter was sent by McCarthy & Holthus to your office with the requested information. Please find enclosed a copy of the letter dated October 02, 2014, without the enclosures.

Obduskey
June 30, 2015
Page 3

**Where is the notification of the Rule 120 court hearing?**

A Notice of Election and Demand for Sale by Public Trustee dated May 12, 2015, was issued. Please find copy enclosed. ==The Rule 120 Hearing has not been scheduled at this time,== and a Notification has not been issued as a result.

**Going forward**

If you have any questions about the information in this letter, please contact me directly at 1-800-853-8516, extension 47871. I am available to assist you Monday through Friday, 8:00 a.m. to 4:30 p.m. Central Time. If you require immediate assistance and I am unavailable, other representatives are available to assist you at 1-800-853-8516, Monday through Friday, 7:00 a.m. to 7:00 p.m. Central Time.

Sincerely,

*Todd Good*

Todd Good
Executive Mortgage Specialist
Customer Care and Recovery Group

Enclosure(s)

CC/Enc(s):    Consumer Financial Protection Bureau
              Case Number 150611-000047

              Dennis K. Obduskey
              132 Wagon Tongue Road
              Bailey, CO 80421-1057

---

Wells Fargo is required by the Fair Debt Collection Practices Act to inform you that, as the loan servicer, we are attempting to collect a debt, and any information obtained will be used for that purpose. However, if the borrower has received a discharge from bankruptcy, and the loan was not reaffirmed in the bankruptcy case, Wells Fargo will only exercise its rights against the property and is not attempting any act to collect the discharged debt from the borrower personally.

With respect to those loans located in the State of California, the state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact the borrower before 8 a.m. or after 9 p.m. They may not harass the borrower by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call the borrower at work if they know or have reason to know that they may not receive personal calls at work. For the most part, collectors may not tell another person, other than the attorney or borrower's spouse, about the debt. Collectors may contact another person to confirm the borrower's location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

EX003/I7Z/co1411879/ge3855754/cl708