Dennis K Obduskey
132 Wagon Tongue Road
Bailey, CO 80421
August 19, 2014

McCarthy * Holthus
7700 E. Arapahoe Road, Suite 150
Centennial, CO 80112

RE: Your File No.: CO-14-631150-JS

To Whom It May Concern:

I am writing in response to two undated and unsigned letters I received from your firm earlier this month concerning 132 Wagon Tongue Rd., Bailey, CO.

I dispute the validity of information contained in your letters in their entirety.

Pursuant to the FDCPA, collections agencies have a legal duty to prove this alleged debt is valid and that the alleged debtor is personally responsible for the debt. Specifically, 15 U.S.C. § 1692g(b) states:

> If the consumer notifies the debt collector in writing ... that the debt is disputed ... the debt collector shall cease collection of the debt, or any disputed portion thereof, until the debt collector obtains verification of the debt or a copy of a judgment, or the name and address of the original creditor, and a copy of such verification or judgment, or name and address of the original creditor, is mailed to the consumer by the debt collector. Collection activities and communications ... may continue ... unless the consumer has notified the debt collector in writing that the debt, or any portion of the debt, is disputed or that the consumer requests the <u>name and address of the original creditor</u>.

(Emphasis added). Accordingly, I demand written verification of this alleged debt showing the specific origin and breakdown of the entire debt, as well as responsibility to provide payment. Please note that this is a request for your company to provide me with evidence and documentation that there is a legal obligation on my behalf.

In accordance with the FDCPA (Fair Debt Collection Practices Act), I request validation of this debt from your company, which should include the following:

1) The name, address and phone number of the original creditor as well as statements for at least the last 12 months prior, for this particular account.
2) I also request a copy of the original signed agreement and appropriate documentation for my records.
3) Proof that the creditor you list is the true party in interest with all supporting documentation.
4) Proof that your company is authorized to collect this debt on behalf of this creditor.

**Exhibit-18**

McCarthy * Holthus
August 19, 2014
Page 2

I demand you cease all unauthorized contact regarding this debt. Federal and Colorado laws prohibit you from engaging in future unauthorized contact with me regarding this debt. In 15 U.S.C. § 1692c(c), the FDCPA mandates as follows:

> If a consumer notifies a debt collector in writing that the consumer refuses to pay a debt, or that the consumer wishes the debt collector cease further communication with the consumer, the debt collector shall not communicate further with the consumer with respect to the debt ....

(Emphasis added). Furthermore, the Colorado Fair Debt Collection Practices Act mirrors federal law on this point, stating that:

> If a consumer notifies a debt collector or collection agency in writing that the consumer ... wishes the debt collector or collection agency to cease further communication with the consumer, the debt collector or collection agency shall not communicate further with the consumer ....

C.R.S. § 12-15-105(3)(a).

Also be advised that this is not an acknowledgement of this debt.

At this time, I would also like to request, in writing, that no telephone contact be made by your offices to my home or to my place of employment. If your offices attempt telephone communication with me, including but not limited to computer generated calls and calls or correspondence sent to or with any third parties, I will have to seek appropriate action. All future communications with me MUST be done in writing and sent to the address noted in this letter by USPS.

I am represented by counsel. I request that you send duplicate documentation of any items to my attorney.

You may contact him regarding this matter:

> Steven Hill
> Riggs, Abney, Neal, Turpen, Orbison, Lewis
> 50 South Steele St, Suite 600
> Denver, CO 80209
> 303-298-7392

Regards,

*Dennis K Obduskey*
Dennis K Obduskey

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

McCarthy & Holthus
7700 E Arapahoe Rd Ste 150
Centennial CO 80112

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Susan LeMoine_  ☑ Agent  ☐ Addressee

B. Received by (Printed Name): Susan LeMoine
C. Date of Delivery: 8/20/14

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail  ☐ Priority Mail Express™
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7010 0780 0000 0698 0288

PS Form 3811, July 2013          Domestic Return Receipt