## McCarthy ◆ Holthus
*A Limited Liability Partnership*
7700 E. Arapahoe Road, Suite 150
Centennial, CO 80112
Telephone (877) 369-6122
www.McCarthyHolthus.com
Email to all personnel:
First initial and last name: mccarthyholthus.com

Re: Property: 132 Wagon Tongue Road, Bailey, CO 80421
Loan No. Ending: 7843
M&H File No.: CO-14-631150-JS

MCCARTHY & HOLTHUS MAY BE CONSIDERED A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. IT IS OUR UNDERSTANDING THAT YOU ARE NOT CURRENTLY IN BANKRUPTCY OR THE DEBT HAS NOT BEEN DISCHARGED. IF SO, THEN PLEASE DISREGARD THIS LETTER IN ITS ENTIRETY.

This office is instructed to commence foreclosure against the above-referenced property. Pursuant to, and in compliance with, the Fair Debt Collection Practices Act and the Colorado Fair Debt Collection Practices Act, this office provides the following notices:

FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.AGO.STATE.CO.US/CADC/CADCMAIN.CFM. A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.

As of 7/29/2014, the total amount of the debt currently owed is $468,300.20. Because of interest, late charges, and other charges that may vary from day-to-day, the amount due on the day you pay may be greater. For further information, or to request a statement of all of these amounts computed through a specified date, please contact us at the address or telephone number above. The current creditor to whom the debt/loan is owed is: WELLS FARGO BANK, N.A..

This office will assume this debt to be valid unless you dispute its validity, or any part of it, within 30 days after receiving this notice. If you notify this office in writing within the 30-day period that the debt, or any part of it, is disputed we will obtain and mail to you a copy of a writing or verification evidencing the debt. If you request from this office in writing within the 30-day period the name and address of the original creditor, we will obtain and mail to you the name and address of the original creditor. Written requests pursuant to this Notice should be directed to the address above. Even though the foreclosure process is being commenced and may proceed during the 30-day period, you still retain your rights set forth in this paragraph.

Sincerely,

McCarthy and Holthus, LLP

Washington Office
108 1st Avenue South,
Ste. 300
Seattle, WA 98104
(855) 809-3977
Facsimile (206) 780-6862

California Office
1770 4th Avenue
San Diego, CA 92101
(877) 369-6122
Facsimile (619) 685-4811

Oregon Office
920 SW 3rd Avenue 1st Floor
Portland, OR 97204
(971) 201-3200
Facsimile (971) 201-3202

Colorado Office
7700 E. Arapahoe
Road, Suite 150
Centennial, CO 80112
(855) 809-3977
Facsimile (619) 607-4811

New Mexico Office
6501 Eagle Rock NE, Suite A-3
Albuquerque, New Mexico 87111
Telephone (877) 369-6122
Facsimile (505) 750-9803

Las Vegas Office
9510 West Sahara Avenue,
Suite 110
Las Vegas, NV 89117
(702) 685-0329
Facsimile (866) 339-5691

Reno Office
200 S. Virginia St., 8th Floor
Reno, NV 89501
(702) 685-0329
Facsimile (866) 339-5691

**Exhibit-19**