Date: 9/7/13

Dear Borrower:

URGENT NOTICE:

Please contact your mortgage servicer immediately at:

800 416 1472

Thank you

**Exhibit-21**