

**IMPORTANT**
*IMPORTANTE*

**INFORMATION**
*INFORMACION*

**ENCLOSED**
*INCLUIDO*

**Exhibit-22**

DATE ____ / ____ / ____

FECHA ____ / ____ / ____

# IMPORTANT
# *IMPORTANTE*

*PLEASE CALL*
*LLAME POR FAVOR*

TEAR HERE & INSERT CARD INTO ENVELOPE

_____

NAME / *NOMBRE*

800.678.7984

TELEPHONE NUMBER*
*NÚMERO DE TÉLEFONO**

*PLEASE BE READY TO GIVE YOUR ACCOUNT NUMBER.*
*POR FAVOR ESTÉ LISTO PARA DAR SU NÚMERO DE CUENTA.*

*WE ARE EXPECTING YOUR CALL TODAY.*
*ESPERAMOS SU LLAMADA HOY.*

*\*CALLS ARE RANDOMLY MONITORED & RECORDED TO ENSURE QUALITY SERVICE.*
*\*LA LLAMADA PUEDE SER SUPERVISADA Y GRABADA PARA ASEGURAR LA CALIDAD DEL SERVICIO.*

SPI-020-12.09