# Steven Hill

**From:** Cynthia Lowery-Graber <cgraber@cmsatty.com>
**Sent:** Tuesday, November 12, 2013 4:07 PM
**To:** Steven Hill
**Cc:** Nicole Arrambide; Lisa Ruble
**Subject:** RE: People visiting Home

Hi Steven,

I will notify Wells Fargo but this "notice" does not look like anything we or our clients post. Are you certain that the people were hired by Wells Fargo?



THE CASTLE LAW GROUP, LLC

**Cynthia Lowery-Graber, Esq. | The Castle Law Group, LLC**
999 Eighteenth Street, Suite 2201
Denver, CO 80202
+ 1 303 865 1417 (t)
+ 1 303 865 1517 (f)
cgraber@cmsatty.com

CONFIDENTIALITY NOTICE: This e-mail transmission and any documents, files or previous e-mail messages attached to it may contain information that is confidential or legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read or play this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving in any manner. Thank you.

FEDERAL TAX ADVICE DISCLAIMER: We are required by U.S. Treasury Regulations to inform you that, to the extent this message includes any federal tax advice, this message is not intended or written by the sender to be used, and cannot be used, for the purpose of avoiding federal tax penalties.

The Castle Law Group, LLC may be acting as a debt collector attempting to collect a debt, and any information provided may be used for that purpose. The Castle Law Group, LLC provides services with affiliated firms in Arizona, Colorado, Nevada, New Mexico, Utah and Wyoming.

---

**From:** Steven Hill [mailto:shill@riggsabney.com]
**Sent:** Tuesday, November 12, 2013 4:00 PM
**To:** Cynthia Lowery-Graber
**Cc:** Nicole Arrambide; Lisa Ruble
**Subject:** People visiting Home

Cynthia, I hope that all is well,

I am seeking to inquire about the constant visits to the home of Mr. Obduskey.

1

**Exhibit-23**

The notice attached hereto was not stuck on the fence or a door, but hand-delivered by a Russian couple on Tuesday November 5, 2013. Klovdia Farago, wrote her name and claims that she was instructed by (Patty Alander), to take photos of and leave the notice. Mr. Obduskey allowed a photo of the house to be taken from where they had parked in his drive.

This is not acceptable behavior and I believe it could be deemed a violation of the Fair Debt Collection Practices Act. Wells Fargo has been on notice for nearly two years that, Mr. Obduskey has been represented by counsel. Can you please have all future notices sent to my office?

Thank You,

Steven Hill