Wells Fargo Home Mortgage
3476 Stateview Blvd., MAC X7801-013
Fort Mill  SC  29715

June 05, 2009

Dennis K Obduskey
132 Wagon Tongue Road
Bailey CO 80421

RE: Loan Number      0205097843                Region 708
    Primary Number   8518133

THIS LETTER IS FOR INFORMATIONAL PURPOSES ONLY.  THIS IS NOT A DEMAND FOR PAYMENT.

The above loan file has been referred to our attorney with instructions to begin foreclosure proceedings.

You are hereby notified that, due to the default under the terms of the mortgage or deed of trust, the entire balance is due and payable.

If you have any questions, please contact our attorney listed below.
    Castle, Meinhold
    Stawiarski  Suite 2201
    999  18th Street
    Denver, CO              , 80202
    (303)865-1400

In the event you are experiencing an involuntary inability to pay and wish to explore an opportunity to reinstate, or need assistance in selling your property, please contact our offices at (800) 848-9862 and request to speak to one of our Borrower Counseling Representatives.

If you received a discharge in bankruptcy from personal liability for this mortgage loan, you should be aware that the mortgage or deed of trust remains as a valid lien against the property and will be foreclosed. Please be advised that in the event of foreclosure, you would not be personally liable for any part of the debt, but you will lose your interest in and rights to the property.

Sincerely,

Foreclosure Department

XF004/XIG

Note:  The Fair Debt Collection Practices Act requires us to notify you that in the event your loan is in default, Wells Fargo Bank, N A will attempt to collect the debt and any information obtained will be used for that purpose.  However, if you have received a discharge, and the loan was not reaffirmed in the bankruptcy case, Wells Fargo Bank, N A will only exercise its rights as against the property and is not attempting any act to collect the discharge debt from you personally.

Exhibit-26