Customer Account Activity Statement
Loan Number: 708-0205087843
Primary Borrower: DENNIS K OBDUSKEY
Created: 05/12/2015

PLEASE NOTE: If you are currently in bankruptcy or have previously been granted relief under the United States Bankruptcy Code, this information is being sent to you for informational purposes only, in compliance with the Consumer Financial Protection Bureau. If you are properly paying relief for have previously been granted relief under Chapter 12 or Chapter 13 of the United States Bankruptcy Code, then this Financial Transaction History reflects a breakdown that have been submitted to your account according to the terms of your confirmed plan, and your account reflects transactions according to the terms of your confirmed plan, then these deduct as a P.O. Box 1028, Des Moines, IA 50306.

| Effective Date | Date Posted | Due Date | Monthly Payment Amount | Amount Received | Amount Unapplied | Unapplied Balance | Amount Applied to Interest | Amount Applied to Optional Products | Amount Applied to Escrow | Escrow Disbursed | Escrow Balance | Reimbursable Expenses Advanced | Outstanding Reimbursable Expenses Balance | Amount Applied to Fees | Fees Assessed or (Waived) | Outstanding Fee Balance | Amount Applied to Principal | Subsidies or Other Interest Credits | Principal Balance | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/21/2014 | | | | | | $1,678.40 | | | | | ($12,674.06) | | | | | | | | $329,000.00 | ATTORNEY FEES |
| 07/21/2014 | 02/21/2014 | | | | | $1,678.40 | | | | | ($12,674.06) | $75.00 | $4,384.20 | | | $2,725.84 | | | $329,000.00 | FILING COSTS |
| 03/07/2014 | 02/21/2014 | | | | | $1,678.40 | | | ($175.92) | | ($13,801.82) | $13.50 | $4,850.70 | | | $2,725.84 | | | $329,000.00 | COUNTY TAX DISBURSEMENT |
| 02/10/2014 | 05/31/2014 | | | | | $1,678.40 | | | ($175.92) | | ($14,778.60) | | $4,850.70 | | | $2,725.84 | | | $329,876.80 | COUNTY TAX DISBURSEMENT |
| 06/15/2014 | | | | | | $1,678.40 | | | | | ($14,278.86) | $107.00 | $4,957.20 | | | $2,725.84 | | | $329,000.00 | ATTORNEY FEES |
| 07/15/2014 | | | | | | $1,678.40 | | | | | ($14,278.86) | $27.00 | $4,952.20 | | | $2,725.84 | | | $329,000.00 | FILING COSTS |
| 07/03/2014 | 07/01/2014 | | | | | $1,678.40 | | | ($2,263.20) | | ($16,541.80) | | $4,984.20 | | | $2,725.84 | | | $329,000.00 | HAZARD INSURANCE DISBURSEMENT |
| 07/11/2014 | | | | | | $1,678.40 | | | | | ($16,541.80) | $20.00 | $5,041.20 | | | $2,725.84 | | | $329,000.00 | ATTORNEY FEES |
| 07/11/2014 | | | | | | $1,678.40 | | | | | ($16,541.80) | $10.20 | $5,007.71 | | | $2,725.84 | | | $329,000.00 | FILING COSTS |
| 06/27/2014 | | | | | | $1,678.40 | | | | | ($16,541.80) | $619.00 | $5,362.70 | | | $2,725.84 | | | $329,500.00 | ATTORNEY FEES |
| 06/12/2014 | | | | | | $1,678.40 | | | | | ($16,541.80) | $600.20 | $6,188.20 | | | $2,725.84 | | | $329,000.00 | CLERK COSTS |
| 05/12/2014 | | | | | | $1,678.40 | | | | | ($16,641.80) | $200.30 | $6,236.20 | | | $2,725.84 | | | $379,000.00 | FILING COSTS |
| 06/12/2014 | | | | | | $1,678.40 | | | | | ($16,541.80) | $235.00 | $6,413.20 | | | $2,725.84 | | | $329,000.00 | POSTAL NOTICE |
| 04/22/2014 | | | | | | $1,678.40 | | | | | ($16,541.80) | $135.00 | $7,159.20 | | | $2,725.84 | | | $329,000.00 | TITLE POLICY |
| 07/15/2014 | | $13.36 | | | | $1,678.40 | | | | | ($16,541.80) | $27.00 | $7,156.20 | | | $2,725.84 | | | $329,000.00 | FILING COSTS |
| 09/10/2014 | | | | | | $1,678.40 | | | | | ($16,541.80) | $192.00 | $7,315.44 | | | $2,725.84 | | | $329,000.00 | ATTORNEY REFUND |
| 09/05/2014 | | $44.00 | | | | $1,678.40 | | | | | ($16,541.80) | $150.00 | $7,195.44 | | | $2,725.84 | | | $329,000.00 | ATTORNEY FEES |
| 03/20/2015 | 03/30/2015 | | | | | $1,678.40 | | | ($112.50) | | ($16,541.80) | $42.00 | $7,007.44 | | | $2,725.84 | | | $329,000.00 | ATTORNEY FEES ADVANCED |
| 02/04/2015 | 05/05/2015 | | | | | $1,678.40 | | | ($112.50) | | ($16,654.30) | | $6,979.44 | | | $2,725.81 | | | $329,000.00 | COUNTY TAX DISBURSEMENT |
| 03/27/2015 | | | | | | $1,678.40 | | | | | ($16,654.30) | $205.00 | $7,085.44 | | | $2,725.81 | | | $329,000.00 | ATTORNEY FEES |
| 05/17/2015 | | | | | | $1,678.40 | | | | | ($16,762.30) | $173.00 | $8,192.44 | | | $2,725.81 | | | $329,000.00 | TITLE POLICY |

EXHIBIT - 3

| Reimbursable Expenses Adjusted | Outstanding Reimbursable Expense Balance | Amount Applied to Fees | Fees Assessed or (Waived) | Outstanding Fee Balance | Amount Applied to Principal | Subsidy or Other Interest Credits | Principal Balance | Comments |
|---|---|---|---|---|---|---|---|---|
| $75.00 | $4,840.20 | | | $2,725.84 | | | $329,000.00 | ATTORNEY FEES |
| $13.50 | $4,859.70 | | | $2,725.84 | | | $329,000.00 | FILING COSTS |
| | $4,859.70 | | | $2,725.84 | | | $329,000.00 | COUNTY TAX DISBURSEMENT |
| | $4,859.70 | | | $2,725.84 | | | $329,000.00 | COUNTY TAX DISBURSEMENT |
| $192.50 | $5,067.20 | | | $2,725.84 | | | $329,000.00 | ATTORNEY FEES |
| $27.00 | $5,094.20 | | | $2,725.84 | | | $329,000.00 | FILING COSTS |
| | $5,094.20 | | | $2,725.84 | | | $329,000.00 | HAZARD INSURANCE DISBURSEMENT |
| $50.00 | $5,054.20 | | | $2,725.84 | | | $329,000.00 | ATTORNEY FEES |
| $13.50 | $5,007.70 | | | $2,725.84 | | | $329,000.00 | FILING COSTS |
| $615.00 | $5,622.70 | | | $2,725.84 | | | $329,000.00 | ATTORNEY FEES |
| $500.00 | $6,102.70 | | | $2,725.84 | | | $329,000.00 | CLERK COSTS |
| $201.50 | $6,304.20 | | | $2,725.84 | | | $329,000.00 | FILING COSTS |
| $250.00 | $6,631.20 | | | $2,725.84 | | | $329,000.00 | POST SALE NOTICE |
| $495.00 | $7,129.20 | | | $2,725.84 | | | $329,000.00 | TITLE POLICY |
| $27.00 | $7,156.20 | | | $2,725.84 | | | $329,000.00 | FILING COSTS |
| $39.78 | $7,195.44 | | | $2,725.84 | | | $329,000.00 | ATTORNEY REFUND |
| $550.00 | $7,575.44 | | | $2,725.84 | | | $329,000.00 | ATTORNEY FEES |
| $40.00 | $7,929.44 | | | $2,725.84 | | | $329,000.00 | ATTORNEY REFUND |
| | $7,929.44 | | | $2,725.84 | | | $329,000.00 | COUNTY TAX DISBURSEMENT |
| | $7,929.44 | | | $2,725.84 | | | $329,000.00 | COUNTY TAX DISBURSEMENT |
| $550.00 | $8,479.44 | | | $2,725.84 | | | $329,000.00 | ATTORNEY FEES |
| $115.00 | $8,594.44 | | | $2,725.84 | | | $329,000.00 | TITLE POLICY |