

EXHIBIT - 7