MERS® Servicer Identification System - Results                            Page 1 of 1

 **Process Loans, Not Paperwork™**

www.mers-servicerid.org

**1 record matched your search:**

MIN: 1000392-2472679940-5    Note Date: 05/31/2007    MIN Status: Active

Servicer: Wells Fargo Home Mortgage a Division of Wells Fargo Bank NA    Phone: (651) 605-3711

Minneapolis, MN

Investor: This investor has chosen not to display their information. For assistance, please contact the servicer.

Return to Search

For more information about MERS please go to www.mersinc.org

Copyright© 2006 by MERSCORP, Inc.

EXHIBIT - 11

https://www.mers-servicerid.org/sis/search                            12/27/2010