IMPORTANT LEGAL NOTICE

Para ver este aviso en Español, se puede visitar www.WellsFargoPropertyInspectionSettlement.com

**IF YOU HAVE OR HAD A MORTGAGE SERVICED BY WELLS FARGO AND OWE OR PAID A PROPERTY INSPECTION FEE ASSESSED DURING THE PERIOD AUGUST 1, 2004 THROUGH DECEMBER 31, 2013, YOU MAY BE ENTITLED TO CASH FROM A CLASS ACTION SETTLEMENT.**

A settlement has been reached in a class action lawsuit about property inspection fees Wells Fargo charged certain borrowers. This notice provides a summary of the settlement, and of your rights. Additional information is available at www.WellsFargoPropertyInspectionSettlement.com or by calling (855) 382-6434.

**What is the case about?** The lawsuit claims that Wells Fargo improperly charged borrowers for the cost of property inspections it routinely performed in certain circumstances whenever a borrower was forty-five days or more late in making a mortgage payment, and then ordered subsequent inspections every twenty-five to thirty-five days for as long as the borrower remained delinquent. Plaintiffs claim that the repeated property inspections ordered by Wells Fargo were unnecessary and that their cost should not have been assessed to borrowers. Wells Fargo contends that all of its property inspection policies and procedures complied with the law and that property inspections and related charges to borrowers were reasonable and necessary. Wells Fargo denies all the claims in the lawsuit and that it has done anything wrong.

**Who is included?** If you received this notice, Wells Fargo's records show that you are a Class Member. Generally, the Class includes persons who owe or paid property inspection fees assessed anytime from August 1, 2004 through December 31, 2013.

**What does the settlement provide?** The settlement with Wells Fargo involves a total payment of $25,750,000. After deductions for costs of settlement administration and notice, class representative service awards, and attorneys' fees and expenses, the remainder (the "Net Settlement Fund") will be distributed to Class Members. The formula for allocation of the Net Settlement Fund amongst Class Members is set forth in the Plan of Allocation, which is contained in the Notice of Proposed Settlement of Class Action ("Notice"). You may obtain a copy of the Notice and the Stipulation and Agreement of Settlement at www.WellsFargoPropertyInspectionSettlement.com or by calling (855) 382-6434. These documents provide additional details of the settlement and your options.

**How can you get a payment?** Wells Fargo's records show that you are one of the Class Members whose loans are currently being serviced by Wells Fargo ("Active Loans") or whose loans have been paid-in-full ("Paid-in-Full Loans"). Because their Recognized Claim will be calculated using Wells Fargo's records, Class Members whose loans fall into these categories will automatically receive a distribution from the Net Settlement Fund after the Settlement becomes final.

**What are your other options?** If you don't want to be legally bound by the settlement and the releases it entails, you must exclude yourself by December 22, 2015, or you won't be able to sue, or continue to sue, Wells Fargo about the legal claims in this case. If you exclude yourself from the settlement with Wells Fargo, you cannot get money from this settlement. If you do not exclude yourself, but disagree with any aspect of the settlement, including the request for attorneys' fees and costs, you may object to the settlement by December 22, 2015. The Notice explains how to exclude yourself or object.

The Honorable Robert W. Pratt will hold a hearing in the case, known as *Young v. Wells Fargo & Co.* Case No. 4:08-CV-507 RP-CFB, on January 21, 2016, at 10:00 a.m., at the United States District Court, Southern District of Iowa, Central Division, U.S. District Courthouse, 123 East Walnut Street, Des Moines, Iowa 50309, to consider whether to approve the settlement, attorneys' fees of up to 33-1/3 % of the $25,750,000 settlement, reimbursement for lawsuit costs and expenses not to exceed $400,000, and a payment to each of the Plaintiffs of $10,000 for their service to the Class. Plaintiffs' Counsel's fee petition will be available online when filed. You or your own lawyer, if you have one, may ask to appear and speak at the hearing at your own cost, but it is not required. For more information, call or go to the website shown below.

*For more information:* Visit the website www.WellsFargoPropertyInspectionSettlement.com, call toll free (855) 382-6434, or write to *Wells Fargo Inspection Fee Settlement,* c/o Garden City Group, LLC, P.O. Box 10106 Dublin, OH 43017-3106.

EXHIBIT - 16

PIF

*Wells Fargo Inspection Fee Settlement*
**c/o Garden City Group, LLC**
**P.O. Box 10106**
**Dublin, OH  43017-3106**

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
**PAID**
K&H

**Forwarding Service Requested**

Claim No: 03827836
Control No: 9988718900

WLL0420131057



*****************AUTO**5-DIGIT 80421

DENNIS K OBDUSKEY
132 WAGON TONGUE RD
BAILEY CO  80421-1057

906324

PIF