Page 1 of 2

WELLS FARGO HOME MORTGAGE
RETURN MAIL OPERATIONS
PO BOX 10368
DES MOINES IA 50306-0368



January 5, 2010

014215 1 AB 0.360  18642/014215/032535 0058  2 AGNDTS
DENNIS K OBDUSKEY
132 WAGON TONGUE ROAD
BAILEY, CO 80421-1057

| Account Information | |
|---|---|
| Online: | yourwellsfargomortgage.com |
| Fax: | (866) 278-1179 |
| Telephone: | (800) 416-1472 |
| Correspondence: | PO Box 10335 |
| | Des Moines, IA 50306 |
| Hours of Operation: | Mon - Fri, 8 AM - 8 PM CT |
| Loan Number: | 0205097843 |
| Property Address: | 132 Wagon Tongue Ro |
| | Bailey CO 80421 |

RE: Decision on your request for mortgage assistance

Dear Dennis K Obduskey:

We're writing to provide you with the results of our efforts to find a solution that might help with the mortgage payment challenges you're facing.

**Final decision on your mortgage loan request**
Unfortunately, after carefully reviewing the information you've provided, we are unable to adjust the terms of your mortgage.

This decision was made because you did not provide us with all of the information needed within the time frame required per your trial modification period workout plan. For that reason, you have not been approved for a mortgage loan modification.

**Additional assistance is available**
If monthly expenses other than your mortgage payment are creating part of your financial strain, we encourage you to contact a HUD-approved, non-profit, community based Credit Counseling agency who can work with you to lower other monthly payments. You can find a local agency by calling (800) 569-4287. A counselor will work closely with you, take your financial circumstances into consideration, and create a budget plan that may work for you.

Be sure you avoid anyone who asks for a fee for counseling or a loan modification, or asks you to sign over the deed to your home, or to make your mortgage payments to anyone other than Wells Fargo Home Mortgage.

EXHIBIT - 20



LC278 708
014215/032535 AGNDT5 S2-ET-M1-C004



010610LC2780006T



Together we'll go far

| Account Information | |
|---|---|
| Loan Number: | 0205097843 |
| Property Address: | 132 Wagon Tongue Ro Bailey CO 80421 |

If you have any questions about the decision we've made on your mortgage request, please call a Wells Fargo Home Mortgage representative today at the number listed above in the account information section. We'd also like to hear from you if any of your circumstances have changed, or if you can provide us with additional information for consideration.

Sincerely,

Ben Windust
Senior Vice President
Wells Fargo Home Mortgage

Wells Fargo Bank, N A is required by the Fair Debt Collection Practices Act to inform you that if your loan is currently delinquent or in default, as your loan servicer, we will be attempting to collect a debt and any information obtained will be used for that purpose. However, if you have received a discharge and the loan was not reaffirmed in the bankruptcy case, Wells Fargo Bank, N A will only exercise its right as against the property and is not attempting any act to collect the discharge debt from you personally.

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 AM or after 9 PM. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about our debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N A ©2009 Wells Fargo Bank, N A. All rights reserved.





LC278 708
014215-032536 AGNOTS S2-ET-1/1-C004

010610LC2780006T