

**Wells Fargo Home Mortgage**
MAC X7801-03K
3476 Stateview Boulevard
Fort Mill, SC 29715

January 09, 2009

Dennis K Obduskey
132 Wagon Tongue Road
Bailey CO 80421

Dear Dennis K Obduskey :

RE: Loan Number 0205097843, Client 708

This letter will confirm our formal approval of a loan modification/restructure of your mortgage loan.  To facilitate this transaction, it was mutually agreed that a contribution of $0.00 would be required, which will be applied toward the accrued delinquency.

Please sign the enclosed loan modification agreement and return it, along with any payment(s) and/or contribution due as reflected in the terms of this letter.  If a Truth in Lending Statement and/or Financial Worksheet is enclosed with your modification agreement, please sign and return all items and contribution as disclosure of your interest rate being raised through this modification.

The terms of your modification/restructure are outlined below:

1.  Due date of first payment:                          03/01/2009

2.  New principal and interest payment amount:          $1,580.93

3.  Required escrow payment based on previous analysis: $197.07

4.  Estimated new net payment:                          $1,778.00

5.  Modified maturity date:                             02/01/2049

6.  Interest rate:                                      4.750%

7. All late charges, NSF fees, and other fees are the responsibility of the borrower.

        *(Step rate changes, if applicable, will be reflected
         in the terms of the loan modification agreement.)

                                        LC184/MDW/1

                                                EXHIBIT - 22

Wells Fargo Home Mortgage
is a division of Wells Fargo Bank, N.A.