- 

Welcome **Dennis Obduskey** [Logout]

Case number: 150610-001588

Related Case Number:

150611-000047



**Back**

## WHAT HAPPENED

Describe what happened so we can understand the issue...

```
The FAIR DEBT COLLECTION PRACTICES ACT IS CLEAR, and the law firm
representing Wells Fargo Bank NA is in clear violation of it.

On approximately August 1, 2014, I received the attached letter from the
Law firm McCarthy * Holthus, advising me they were commencing foreclosure
action on behalf of Wells Fargo Bank NA and informing me they are required
to comply with the FDCPA and Colorado FDCPA. (Exhibit A)

They stated that if I disputed the debt, which they listed at $468,300.20,
they would assume the debt valid but if I disputed the debt within the
required 30 days, they would mail to ME evidence of the debt, along with
the name and address of the original creditor.

On August 19, 2014, I sent the attached letter via certified mail, return
receipt requested, and the law firm received that letter on August 20,
2014.  (Exhibit B)

In my mail this week I received the attached "Combined Notice - Mailing"
from the Park County Public Trustee stating that on May 18, 2015, a
"notice of Election and Demand" was recorded as the result of actions
undertaken by McCarthy * Holtus. (Exhibit C)

I have not as yet received any formal notification of a required Rule 120
Court hearing related to foreclosures in Colorado.
```

EXHIBIT - 37

The formal notice from the Public Trustee, however, indicates that the law firm has initiated an action to collect a debt (foreclosure) without providing ME any validation evidencing the debt as required by law. I repeat: I received no correspondence from the law firm concerning validation of the debt AS REQUIRED BY LAW.

I have enclosed the pertinent sections of the FDCPA and highlighted appropriate sections related to 15 US Code § 1692 as outlined in a report provided by the FTC and listed and directed to by the CFPB web site. (Exhibit D)

I have also included sample copies of notes that have been left on my front door by representatives of Wells Fargo every month, for several years now. Wells has denied ordering the notes be left. I am represented by an attorney and believe each note is a FDCPA violation. They are regularly left the 5th of each month. The notes have changed, but the issue is that they always say to contact the Mortgage Servicer.

§ 809 Collector notification to consumer providing for the notice, and verification requirements.

§ 809(b) if the consumer disputes the debt, or any portion thereof, the debt collector will mail certain documentation TO THE CONSUMER, including the name and address of the original creditor.

§ 813(a) If the debt collector fails to comply with ANY provision, the collector is subject to damages.

§ 813 (1)(a) any actual damages sustained by such person as result of such failure (i.e. loss of home)

§ 813 (2) (a) and (3) additional damages up to $1,000 plus legal and attorney's fees as determined by the court.

§ 814 grants administrative enforcement ability to require that the FDCPA is complied with.

As such, the law firm of McCarthy * Holtus has clearly violated numerous terms of the FDCPA and must be held accountable, along with client Wells Fargo Bank NA as well as start over after obtaining and sending to ME the appropriate verification documentation, if it exists.

Consent to publish the description of what happened? Consent provided

This is about a(n) Debt collection: Mortgage

Which of these best describes your issue? Taking/threatening an illegal action: Seized/Attempted to seize property

## DESIRED RESOLUTION

What do you think would be a fair resolution to your issue?

The FDCPA is clear.  The laws are there for a reason.

McCarthy * Holtus and Wells Fargo must be required to:

1)  Cease and withdraw any and all current foreclosure activity related to my home at 132 Wagon Tongue Rd., Bailey, CO  80421.  That includes any documents filed with the county trustee in Park County, Colorado, and any legal activity commenced.

2)  Provide ME with appropriate documentation as required by law, if it exists, which includes the name and address of the original creditor and verification of calculations related to the $468,300.20 (+) which they claim is due.  Include the copy of the original note accompanied by an AFFIDAVIT from the alleged lender and provide details about how the debt was calculated.

3)  Provide proof that the creditor is the true party in interest with all supporting documentation which should include properly and legally endorsed documents and substantiating evidence of same.

4)  Provide proof that the law firm is authorized to collect this debt on behalf of this creditor as well as licensed to collect in Colorado.  Include the agreement between the creditor and your firm which authorizes you to collect funds (without a contract, your firm has no right to foreclose).

5)  As no Rule 120 suit has been filed, provide evidence that the Statute of Limitations has not expired on this account.

6)  Payment to me of $1,000 plus an agreed-to estimate of legal fees and costs in lieu of my filing suit for violation of the FDCPA and Colorado FDCPA on this instance, with additional payments for each monthly notice left on my door.

This must commence immediately to halt any potential harm.

## CONSUMER INFORMATION

### Contact information

**Mailing address**

Mr  Dennis  K  Obduskey
132 Wagon Tongue Road

Bailey  CO  80421
United States

Phone (303) 816-1616

Age 60

## PRODUCT INFORMATION

### Company Submitted Against

McCarthy * Holthus
7700 E Arapahoe Road, Suite 150
Centennial  CO  80112
United States

Account number CO-14-631150-JS
Debt Collector affirms right to collect

### Debt Collector Information

McCarthy * Holthus
7700 E Arapahoe Road, Suite 150
Centennial
CO
80112
US
(877) 369-6122

Debt collector account number
CO-14-631150-JS
Debt collector representative
Send to Company

### Creditor Information

Wells Fargo Bank NA

Creditor account number
0205097843
Creditor representative
Submit a complaint against creditor
Yes

Supporting documents

- OBDUSKEY FDCPA Complaint Exhibit A.pdf *(321.62 KB)*
- OBDUSKEY FDCPA Complaint Exhibit B.pdf *(762.2 KB)*
- OBDUSKEY FDCPA Complaint Exhibit C.pdf *(361.95 KB)*
- OBDUSKEY FDCPA Complaint Exhibit D.pdf *(1.6 MB)*
- OBDUSKEY Sample Monthly Notes left on home front door.pdf *(414.78 KB)*

## COMPLAINT HISTORY

### Auto-Response 06/22/2015 05:03 PM

Thank you for contacting the Consumer Financial Protection Bureau. We reviewed your complaint and couldn't send it to the company for a response. This could be because the company is not yet registered to respond to complaints or because we do not currently handle complaints related to this matter.

What happens now?
We entered the information you provided into the Consumer Sentinel Network, a secure online database operated by the Federal Trade Commission. Civil and criminal law enforcement authorities worldwide, including Consumer Financial Protection Bureau investigators, use the Consumer Sentinel Network to identify questionable business practices that may lead to investigations and prosecutions.

Can I hire my own lawyer to look into my complaint?
Yes. While we can't give legal advice or represent individuals in legal matters, if you want more help you can contact a private attorney or your local legal aid office for free or low-cost legal resources at www.lsc.gov.

Is that it?
Not by a long shot. Complaints help us identify trends and problems in the marketplace and understand the challenges people are facing so we can do a better job looking for these problems when we supervise companies, enforce Federal consumer financial laws and write rules and regulations.

Hearing from consumers like you is critical to our mission. Thank you again for contacting the Consumer Financial Protection Bureau. If you need assistance with another consumer finance issue in the future, contact us.

Thank you,

Consumer Financial Protection Bureau
consumerfinance.gov
(855) 411-CFPB (2372)
AR1.2c

**Auto-Response 06/15/2015 02:19 PM**
We usually can quickly send complaints to the company for a response. Sometimes it takes longer to correctly identify and register the company. We're still working to register the company you identified.

If we need more information to continue our work, or if we are unable to send your complaint to the company, we will let you know.

Can I hire my own lawyer to look into this?

Yes. While we can't give legal advice or represent individuals in legal matters, if you want more help you can contact a private attorney or your local legal aid office for free or low-cost legal resources at www.lsc.gov.

Questions?

If you have questions about consumer financial products or services, visit "Ask CFPB" at consumerfinance.gov/askcfpb.

Thank you,

Consumer Financial Protection Bureau
consumerfinance.gov
(855) 411-CFPB (2372)

**Customer Dennis Obduskey 06/10/2015 03:30 PM**
The FAIR DEBT COLLECTION PRACTICES ACT IS CLEAR, and the law firm representing Wells Fargo Bank NA is in clear violation of it.

On approximately August 1, 2014, I received the attached letter from the Law firm McCarthy

\* Holthus, advising me they were commencing foreclosure action on behalf of Wells Fargo Bank NA and informing me they are required to comply with the FDCPA and Colorado FDCPA. (Exhibit A)

They stated that if I disputed the debt, which they listed at $468,300.20, they would assume the debt valid but if I disputed the debt within the required 30 days, they would mail to ME evidence of the debt, along with the name and address of the original creditor.

On August 19, 2014, I sent the attached letter via certified mail, return receipt requested, and the law firm received that letter on August 20, 2014. (Exhibit B)

In my mail this week I received the attached "Combined Notice - Mailing" from the Park County Public Trustee stating that on May 18, 2015, a "notice of Election and Demand" was recorded as the result of actions undertaken by McCarthy \* Holtus. (Exhibit C)

I have not as yet received any formal notification of a required Rule 120 Court hearing related to foreclosures in Colorado.

The formal notice from the Public Trustee, however, indicates that the law firm has initiated an action to collect a debt (foreclosure) without providing ME any validation evidencing the debt as required by law. I repeat: I received no correspondence from the law firm concerning validation of the debt AS REQUIRED BY LAW.

I have enclosed the pertinent sections of the FDCPA and highlighted appropriate sections related to 15 US Code § 1692 as outlined in a report provided by the FTC and listed and directed to by the CFPB web site. (Exhibit D)

I have also included sample copies of notes that have been left on my front door by representatives of Wells Fargo every month, for several years now. Wells has denied ordering the notes be left. I am represented by an attorney and believe each note is a FDCPA violation. They are regularly left the 5th of each month. The notes have changed, but the issue is that they always say to contact the Mortgage Servicer.

§ 809 Collector notification to consumer providing for the notice, and verification requirements.

§ 809(b) if the consumer disputes the debt, or any portion thereof, the debt collector will mail certain documentation TO THE CONSUMER, including the name and address of the original creditor.

§ 813(a) If the debt collector fails to comply with ANY provision, the collector is subject to damages.

§ 813 (1)(a) any actual damages sustained by such person as result of such failure (i.e. loss of home)

§ 813 (2) (a) and (3) additional damages up to $1,000 plus legal and attorney's fees as determined by the court.

§ 814 grants administrative enforcement ability to require that the FDCPA is complied with.

As such, the law firm of McCarthy * Holtus has clearly violated numerous terms of the FDCPA and must be held accountable, along with client Wells Fargo Bank NA as well as start over after obtaining and sending to ME the appropriate verification documentation, if it exists.

**Auto-Response 06/10/2015 03:30 PM**
We received your submission and will review it as soon as possible to determine if it involves a Federal consumer financial law within our authority.

Depending on what we find, we will:
• Send your complaint to the company for a response; or
• Send your complaint to the appropriate regulator or help you get in touch with your state and local consumer protection office if your complaint is not within our authority; or
• Let you know if we need more information to continue our work.

If you couldn't provide the name of the company when you submitted your complaint, call us at (855) 411-CFPB (2372) in the next 30 days to tell us the company's name. If we don't hear from you within 30 days, your complaint will be closed.

While we can't give legal advice or represent individuals in legal matters, if you want more help you can contact a private attorney or your local legal aid office for free or low-cost legal resources at www.lsc.gov.

You can register to track the status of your submission at:
https://help.consumerfinance.gov/app/account/complaints/list.

Thank you,

Consumer Financial Protection Bureau
consumerfinance.gov
(855) 411-CFPB (2372)

Print

OMB #3170-0011

Privacy act statement

**N o w   l e a v i n g   C o n s u m e r F i n a n c e . g o v**