**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:15-CV-01734-RBJ

**DENNIS OBDUSKEY, an individual**

    Plaintiff,

v.

**WELLS FARGO, WELLS FARGO BANK,
WELLS FARGO & CO., WELLS FARGO BANK NA,
WELLS FARGO HOME MORTGAGE, and
MCCARTHY AND HOLTHUS LLP**

    Defendants.

**UNOPPOSED MOTION TO EXCEED STANDARD PAGE LIMITS IN REGARDS TO
PLAINTIFF'S RESPONSE TO MOTION TO DISMISS**

**COMES NOW**, Plaintiff, Dennis Obduskey, by and through his attorney of record, Steven Hill of the law firm of Riggs, Abney, Neal, Turpen, Orbison & Lewis, P.C. and moves this Court to allow for Plaintiff's Motion to Exceed Standard Page Limits and states as follows:

1. Defendant, Wells Fargo Bank, N.A. ("Defendant"), filed a 15-page Motion to Dismiss on September 29, 2015.

2. Plaintiff filed a Response to the Motion to Dismiss in this case on November 10, 2015. The Response filed is 31 pages thereby exceeding the 15-page limit.

3. Defendant's Reply to the Response in this case is due on December 1, 2015.

4. Due to the complexity of this case and subsequent response, Mr. Hill moves this Court to grant this Motion to Exceed Standard Page Limits as an exception in this response.

5. Mr. Hill communicated with Defendant's attorney by email on November 12, 2015, and Defendant's attorney does not object to Plaintiff's request to exceed the page limits, proved that (a) Defendant's deadline to Reply to the Response be continued until the Court rules on this Motion to Exceed; and (b) if the Court grants this Motion to Exceed, the Court also grant leave to Defendant to file a Reply that is 10 pages.

6. Plaintiff does not object to Defendant's request to continue the deadline to file its Reply or to Defendant's request to file a Reply that is 10 pages.

**WHEREFORE**, for the reasons stated above, Plaintiff respectfully requests that this Court grant this Motion to Exceed Standard Page Limits in regards to Plaintiff's Response to Motion to Dismiss, as well as continue Defendant's deadline to file its Reply and grant leave to Defendant to file a 10-page Reply.

Respectfully submitted this 13th day of November, 2015,

*/s/ Steven L. Hill*

Steven L. Hill, Esq.
Riggs, Abney, Neal, Turpen, Orbison & Lewis, P.C.
50 S. Steele St, Suite 600
Denver, CO 80209
Phone: 303-298-7392
Fax: 303-298-7398
shill@riggsabney.com