**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:15-CV-01734-RBJ

**DENNIS OBDUSKEY, an individual**

    Plaintiff,

v.

**WELLS FARGO, WELLS FARGO BANK,
WELLS FARGO & CO., WELLS FARGO BANK NA,
WELLS FARGO HOME MORTGAGE, and
MCCARTHY AND HOLTHUS LLP**

    Defendants.

---

**ORDER RE:  UNOPPOSED MOTION TO EXCEED STANDARD PAGE LIMITS IN REGARDS TO PLAINTIFF'S RESPONSE TO MOTION TO DISMISS**

---

**THIS COURT**, having reviewed Plaintiff Dennis Obduskey's Unopposed Motion to Exceed Standard Page Limits in regards to Plaintiff's Motion Response to Motion to Dismiss and being fully advised in the premises:

**HEREBY**, finds that Plaintiff's Motion is well founded and shows good cause.

**THEREFORE**, it is so ordered that the Plaintiff's Unopposed Motion to Exceed Standard Page Limits is GRANTED.

IT IS FURTHER ORDERED that Defendant Wells Fargo Bank, N.A.'s deadline to Reply will begin upon this Court's ruling on this Motion.

IT IS FURTHER ORDERED that Defendant Wells Fargo Bank, N.A. may file a Reply to its Motion to Dismiss, not to exceed 10 pages in length.

**SO ORDERED**, this _____ day of _____, 2015.

_____
District Court Judge