Customer Account Activity Statement
Loan Number: 708-0205087843
Primary Borrower: DENNIS K OBDUSKEY
Created: 05/12/2015

| Effective Date | Date Posted | Due Date | Monthly Payment Amount | Amount Received | Amount Unapplied | Unapplied Balance | Amount Applied to Interest | Amount Applied to Optional Products | Amount Applied to Escrow | Escrow Disbursed | Escrow Balance | Amount Applied to Reimbursable Corporate | Reimbursable Expenses Advanced | Outstanding Reimbursable Expense Balance | Amount Applied to Fees | Fees Assessed or (Waived) | Outstanding Fee Balance | Amount Applied to Principal | Subsidies or Other Interest Credits | Principal Balance | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/21/2014 | | | | | | $1,679.48 | | | | | ($12,424.06) | | | $4,384.29 | | | $2,725.84 | | | $329,000.00 | ATTORNEY FEES |
| 02/21/2014 | 02/21/2014 | | | | | $1,679.48 | | | | | ($12,424.06) | | $75.00 | $13.50 | $4,459.29 | | | $2,725.84 | | | $329,000.00 | FILING COSTS |
| 03/10/2014 | 06/21/2014 | | | | | $1,679.48 | | | | ($378.82) | ($13,001.82) | | | $4,459.29 | | | $2,725.84 | | | $329,000.00 | COUNTY TAX DISBURSEMENT |
| 06/18/2014 | | | | | | $1,679.48 | | | | ($378.82) | ($14,378.82) | | | $4,459.20 | | | $2,725.84 | | | $329,000.00 | COUNTY TAX DISBURSEMENT |
| 07/15/2014 | | | | | | $1,679.48 | | | | | ($14,378.82) | | $107.20 | $4,567.20 | | | $2,725.84 | | | $329,000.00 | ATTORNEY FEES |
| 07/15/2014 | | | | | | $1,679.48 | | | | | ($14,378.82) | | $27.00 | $4,594.20 | | | $2,725.84 | | | $329,000.00 | PRINO COSTS |
| 07/15/2014 | 07/01/2014 | | | | | $1,679.48 | | | | ($2,262.20) | ($16,641.06) | | | $4,594.20 | | | $2,725.84 | | | $329,000.00 | HAZARD INSURANCE DISBURSEMENT |
| 07/15/2014 | | | | | | $1,679.48 | | | | | ($16,641.06) | | $20.00 | $4,614.20 | | | $2,725.84 | | | $329,000.00 | ATTORNEY FEES |
| 07/15/2014 | | | | | | $1,679.48 | | | | | ($16,641.06) | | $10.20 | $5,002.71 | | | $2,725.84 | | | $329,000.00 | FILING COSTS |
| 08/27/2014 | | | | | | $1,679.48 | | | | | ($16,641.06) | | $619.00 | $3,642.70 | | | $3,725.84 | | | $329,000.00 | ATTORNEY FEES |
| 06/12/2014 | | | | | | $1,679.48 | | | | | ($16,641.06) | | $500.00 | $6,162.20 | | | $2,725.84 | | | $329,000.00 | CLERK COSTS |
| 08/12/2014 | | | | | | $1,679.48 | | | | | ($16,641.06) | | $200.30 | $6,326.50 | | | $2,725.84 | | | $329,000.00 | FILING COSTS |
| 04/17/2014 | | | | | | $1,679.48 | | | | | ($16,641.06) | | $235.00 | $6,631.20 | | | $2,725.84 | | | $329,000.00 | POSTAL NOTICE |
| 06/17/2014 | | | | | | $1,679.48 | | | | | ($16,641.06) | | $105.00 | $7,119.20 | | | $2,725.84 | | | $329,000.00 | TITLE POLICY |
| 01/16/2014 | | | | $72.36 | | $1,609.40 | | | | | ($16,641.06) | | $27.00 | $7,156.20 | | | $2,725.84 | | | $329,000.00 | FILING COSTS |
| 05/01/2014 | | | | | | $1,607.40 | | | | | ($16,641.83) | | $135.76 | $7,235.44 | | | $2,725.84 | | | $329,000.00 | ATTORNEY REFUND |
| 05/05/2014 | | | | $66.00 | | $1,609.44 | | | | | ($16,641.83) | | $150.00 | $7,395.44 | | | $2,725.84 | | | $329,000.00 | ATTORNEY FEES |
| 02/20/2015 | 02/20/2015 | | | | | $1,679.46 | | | | | ($16,641.89) | | $60.00 | $7,455.44 | | | $2,725.84 | | | $329,000.00 | ATTORNEY FEES HEARD |
| 02/04/2015 | 02/05/2015 | | | | | $1,679.46 | | | | ($678.83) | ($17,430.72) | | | $7,455.44 | | | $2,725.84 | | | $329,000.00 | COUNTY TAX DISBURSEMENT |
| 05/27/2015 | | | | | | $1,679.46 | | | | ($788.70) | ($17,329.52) | | | $7,455.44 | | | $2,725.84 | | | $329,000.00 | COUNTY TAX DISBURSEMENT |
| 05/17/2015 | | | | | | $1,679.46 | | | | | ($17,329.52) | | $255.00 | $7,823.44 | | | $2,725.84 | | | $329,000.00 | ATTORNEY FEES |
| | | | | | | $1,679.46 | | | | | ($17,329.52) | | $175.00 | $7,825.44 | | | $2,725.84 | | | $329,000.00 | TITLE POLICY |

PLEASE NOTE: If you are currently receiving and/or may hereafter receive a payment and/or other such notice that includes the bankruptcy information with respect to your account and you are presently undergoing or have previously been granted a discharge under Chapter 7 or 13 of the United States Bankruptcy Code, then this financial information has been provided to you for informational purposes only and is not an attempt to collect a pre-petition debt. If you are receiving a payment history on your account that reflects transactions occurring after the filing of your Chapter 13 Plan, then if you have included the P.O. Box in Chapter 13 of the United States Bankruptcy Code, then this financial transaction history reflects transactions occurring after your Account according to the terms of your Chapter 13 plan. If you would like to receive a payment history on your account that reflects transactions occurring after the filing of your Chapter 13 Plan, then please contact us at P.O. Box 10726, Des Moines, IA 50306.

EXHIBIT - 3

| Reimbursable Expenses Adjusted | Outstanding Reimbursable Expense Balance | Amount Applied to Fees | Fees Assessed (Waived) | Outstanding Fee Balance | Amount Applied to Principal | Subsidy or Other Interest Credits | Principal Balance | Comments |
|---|---|---|---|---|---|---|---|---|
| $75.00 | $4,846.20 | | | $2,725.84 | | | $329,000.00 | ATTORNEY FEES |
| $13.50 | $4,859.70 | | | $2,725.84 | | | $329,000.00 | FILING COSTS |
| | $4,859.70 | | | $2,725.84 | | | $329,000.00 | COUNTY TAX DISBURSEMENT |
| | $4,859.70 | | | $2,725.84 | | | $329,000.00 | COUNTY TAX DISBURSEMENT |
| $192.50 | $4,067.20 | | | $2,725.84 | | | $329,000.00 | ATTORNEY FEES |
| $27.00 | $4,094.20 | | | $2,725.84 | | | $329,000.00 | FILING COSTS |
| | $4,094.20 | | | $2,725.84 | | | $329,000.00 | HAZARD INSURANCE DISBURSEMENT |
| $950.00 | $5,054.20 | | | $2,725.84 | | | $329,000.00 | ATTORNEY FEES |
| $13.50 | $5,067.70 | | | $2,725.84 | | | $329,000.00 | FILING COSTS |
| $615.00 | $5,682.70 | | | $2,725.84 | | | $329,000.00 | ATTORNEY FEES |
| $500.00 | $6,102.70 | | | $2,725.84 | | | $329,000.00 | CLERK COSTS |
| $201.50 | $6,304.20 | | | $2,725.84 | | | $329,000.00 | FILING COSTS |
| $250.00 | $6,631.20 | | | $2,725.84 | | | $329,000.00 | POST SALE NOTICE |
| $495.00 | $7,129.20 | | | $2,725.84 | | | $329,000.00 | TITLE POLICY |
| $27.00 | $7,156.20 | | | $2,725.84 | | | $329,000.00 | FILING COSTS |
| $39.75 | $7,195.44 | | | $2,725.84 | | | $329,000.00 | ATTORNEY REFUND |
| $950.00 | $7,975.44 | | | $2,725.84 | | | $329,000.00 | ATTORNEY REFUND |
| $40.00 | $7,929.44 | | | $2,725.84 | | | $329,000.00 | ATTORNEY FEES |
| | $7,929.44 | | | $2,725.84 | | | $329,000.00 | COUNTY TAX DISBURSEMENT |
| | $7,929.44 | | | $2,725.84 | | | $329,000.00 | COUNTY TAX DISBURSEMENT |
| $550.00 | $8,479.44 | | | $2,725.84 | | | $329,000.00 | ATTORNEY FEES |
| $115.00 | $8,594.44 | | | $2,725.84 | | | $329,000.00 | TITLE POLICY |