715382      5/18/2015 3:21 PM     Debra A Green
1 of 1   NOED R$11.00 D$0.00     Park County Clerk

## NOTICE OF ELECTION AND DEMAND
## FOR SALE BY PUBLIC TRUSTEE
### No. 2015-0016

TO THE PUBLIC TRUSTEE OF PARK COUNTY, STATE OF COLORADO

Pursuant to the terms of the Deed of Trust described as follows:

| | |
|---|---|
| Original Grantor(s) (Borrower) | Dennis K. Obduskey |
| Original Beneficiary | Mortgage Electronic Registration Systems, Inc. as nominee for First Magnus Financial Corporation, an Arizona Corporation |
| Current Holder of the Evidence of Debt | Wells Fargo Bank, N.A. |
| Date of Deed of Trust | 5/31/2007 |
| Recording Date of Deed of Trust | 6/12/2007 |
| County of Recording | PARK |
| Reception No. of Deed of Trust | 641460 |

You are hereby notified that the undersigned, as current holder of the Evidence of Debt secured by the Deed of Trust described above, the original principal amount of which was $329,940.00, declares that the covenants of said Deed of Trust have been violated for reasons including, but not limited to, the failure to make timely payments required under said Deed of Trust and the Evidence of Debt secured thereby. Therefore, the current holder of the Evidence of Debt has elected to accelerate the entire indebtedness. The outstanding principal balance (exclusive of interest and any other charges properly allowable under the document(s) evidencing said debt) due and owing upon the Evidence of Debt secured by the above-described Deed of Trust being foreclosed is $329,000.00.

The following described property is all of the property encumbered by said Deed of Trust:

LOT 108, DEER CREEK VALLEY RANCHOS-UNIT 4, COUNTY OF PARK, STATE OF COLORADO.

and is known by street and number: 132 Wagon Tongue Road Bailey, Colorado 80421

THE LIEN OF THE DEED OF TRUST BEING FORECLOSED MAY NOT BE A FIRST LIEN.

The undersigned therefore elects to advertise the property described herein for sale. Demand is hereby made that you, as Public Trustee named in said Deed of Trust, give notice, advertise for sale, and sell said property for the purpose of paying the indebtedness thereby secured and the expenses of making said sale, all as provided by law and the terms of said Deed of Trust.

MCCARTHY & HOLTHUS, LLP MAY BE CONSIDERED A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED OR IS SUBJECT TO THE AUTOMATIC STAY IN A BANKRUPTCY PROCEEDING, THIS NOTICE IS FOR INFORMATIONAL PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO COLLECT INDEBTEDNESS AS YOUR PERSONAL OBLIGATION. IF YOU ARE REPRESENTED BY AN ATTORNEY, PLEASE PROVIDE US WITH THE ATTORNEY'S NAME, ADDRESS AND TELEPHONE NUMBER.

| | |
|---|---|
| May 12, 2015 | Wells Fargo Bank, N.A. |
| Date | Current Holder of the Evidence of Debt |

McCarthy & Holthus, LLP

By: _/s/ Joan Olson_

Holly Shilliday, Attorney Reg. No. 24423
Joan Olson, Attorney Reg. No. 28078
Iman Tehrani, Attorney Reg. No. 44076
Jennifer Cruseturner, Attorney Reg. No. 44452
Erin Robson, Attorney Reg. No. 46557
7700 E. Arapahoe Road, Suite 230
Centennial, CO 80112
Telephone: 877-369-6122
Attorney for Current Holder of the Evidence of Debt

CO-14-631150-JS

7700 E. Arapahoe Road, Suite 230
Centennial, Colorado 80112

**Exhibit - 3**