From: toney.green@wellsfargo.com
Sent: Sep 17, 2014 8:11:40 AM CDT
To: KLarson@McCarthyHolthus.com
Subject: RE: URGENT CO-14-631150-JS [ Information re: borrower

----~HIST------------------* END  OF LOAN HISTORY *---------------------(MORE)

PROC-DT DUE-DT TRAN TRAN-DESCRIPTION     SG NO       TRAN-EFFECTIVE-DATE

  TRAN-AMT  PRINCIPAL  INTEREST  ESCROW    AMOUNT/CD/DESCRIPTION

09-16-14 00-00 714 FORECLOSURE INVESTOR REPAYMENT

    30.76     0.00     0.00    0.00    30.76  MTGR REC CORP ADV BA

09-12-14 00-00 631 PROPERTY PRESERVATION

    15.00     0.00     0.00    0.00    15.00  3RD REC CORP ADV

09-05-14 00-00 632 STATUTORY EXPENSES

    27.00     0.00     0.00    0.00    27.00  MTGR REC CORP ADV BA

08-12-14 00-00 632 STATUTORY EXPENSES

   495.00     0.00     0.00    0.00   495.00  MTGR REC CORP ADV BA

08-12-14 00-00 632 STATUTORY EXPENSES

   250.00     0.00     0.00    0.00   250.00  MTGR REC CORP ADV BA

08-12-14 00-00 632 STATUTORY EXPENSES

    8.74     0.00     0.00    0.00     8.74  3RD REC CORP ADV


PROC-DT DUE-DT TRAN TRAN-DESCRIPTION     SG NO       TRAN-EFFECTIVE-DATE

  TRAN-AMT  PRINCIPAL  INTEREST  ESCROW    AMOUNT/CD/DESCRIPTION

08-12-14 00-00 632 STATUTORY EXPENSES

   201.50     0.00     0.00    0.00   201.50  MTGR REC CORP ADV BA

08-12-14 00-00 632 STATUTORY EXPENSES

   500.00     0.00     0.00    0.00   500.00  MTGR REC CORP ADV BA

EXHIBIT - 4

08-12-14 00-00 631 PROPERTY PRESERVATION

   15.00    0.00    0.00    0.00    15.00  3RD REC CORP ADV

08-12-14 00-00 630 ATTORNEY ADVANCES

   615.00    0.00    0.00    0.00   615.00  MTGR REC CORP ADV BA

07-14-14 00-00 631 PROPERTY PRESERVATION

   15.00    0.00    0.00    0.00    15.00  3RD REC CORP ADV

07-11-14 00-00 632 STATUTORY EXPENSES

   13.50    0.00    0.00    0.00    13.50  MTGR REC CORP ADV BA


----~HIST-----------------* END  OF LOAN HISTORY *---------------------(MORE)

PROC-DT DUE-DT TRAN TRAN-DESCRIPTION      SG NO      TRAN-EFFECTIVE-DATE

  TRAN-AMT  PRINCIPAL  INTEREST   ESCROW   AMOUNT/CD/DESCRIPTION

07-11-14 00-00 630 ATTORNEY ADVANCES

   60.00    0.00    0.00    0.00    60.00  MTGR REC CORP ADV BA

07-03-14 06-09 161 ESCROW ADVANCE

  2,263.00    0.00    0.00 2,263.00

07-03-14 07-14 351 HAZ INS

  2,263.00-    0.00    0.00 2,263.00-     PAYEE = 70040

              16,641.80-

06-10-14 00-00 631 PROPERTY PRESERVATION

   15.00    0.00    0.00    0.00    15.00  3RD REC CORP ADV

05-16-14 00-00 632 STATUTORY EXPENSES

   27.00    0.00    0.00    0.00    27.00  MTGR REC CORP ADV BA

-----~HIST-----------------* END OF LOAN HISTORY *--------------------(MORE)

PROC-DT DUE-DT TRAN TRAN-DESCRIPTION     SG NO      TRAN-EFFECTIVE-DATE

   TRAN-AMT  PRINCIPAL  INTEREST  ESCROW    AMOUNT/CD/DESCRIPTION

05-16-14 00-00 630 ATTORNEY ADVANCES

    107.50     0.00    0.00    0.00    107.50  MTGR REC CORP ADV BA

05-09-14 00-00 631 PROPERTY PRESERVATION

    15.00     0.00    0.00    0.00    15.00  3RD REC CORP ADV

05-02-14 06-09 161 ESCROW ADVANCE

    776.92     0.00    0.00   776.92

05-02-14 05-14 312 COUNTY TAX DISBURSEMENT

    776.92-    0.00    0.00   776.92-       PAYEE = 05093

                        14,378.80-

04-11-14 00-00 631 PROPERTY PRESERVATION

    15.00     0.00    0.00    0.00    15.00  3RD REC CORP ADV


-----~HIST-----------------* END OF LOAN HISTORY *--------------------(MORE)

PROC-DT DUE-DT TRAN TRAN-DESCRIPTION     SG NO      TRAN-EFFECTIVE-DATE

   TRAN-AMT  PRINCIPAL  INTEREST  ESCROW    AMOUNT/CD/DESCRIPTION

03-14-14 00-00 631 PROPERTY PRESERVATION

    15.00     0.00    0.00    0.00    15.00  3RD REC CORP ADV

02-17-14 00-00 631 PROPERTY PRESERVATION

    15.00     0.00    0.00    0.00    15.00  3RD REC CORP ADV

02-07-14 06-09 161 ESCROW ADVANCE

    776.92     0.00    0.00   776.92

02-07-14 02-14 312 COUNTY TAX DISBURSEMENT

   776.92-   0.00   0.00  776.92-     PAYEE = 05093

               13,601.88-

01-21-14 00-00 632 STATUTORY EXPENSES

   13.50   0.00   0.00   0.00   13.50 MTGR REC CORP ADV BA


----~HIST----------------* END OF LOAN HISTORY *--------------------(MORE)

PROC-DT DUE-DT TRAN TRAN-DESCRIPTION   SG NO    TRAN-EFFECTIVE-DATE

  TRAN-AMT PRINCIPAL INTEREST ESCROW  AMOUNT/CD/DESCRIPTION

01-21-14 00-00 631 PROPERTY PRESERVATION

   15.00   0.00   0.00   0.00   15.00 3RD REC CORP ADV

01-21-14 00-00 630 ATTORNEY ADVANCES

   75.00   0.00   0.00   0.00   75.00 MTGR REC CORP ADV BA

12-10-13 00-00 631 PROPERTY PRESERVATION

   15.00   0.00   0.00   0.00   15.00 3RD REC CORP ADV

11-13-13 00-00 632 STATUTORY EXPENSES

   13.50   0.00   0.00   0.00   13.50 MTGR REC CORP ADV BA

11-13-13 00-00 631 PROPERTY PRESERVATION

   15.00   0.00   0.00   0.00   15.00 3RD REC CORP ADV

11-13-13 00-00 630 ATTORNEY ADVANCES

   60.00   0.00   0.00   0.00   60.00 MTGR REC CORP ADV BA


----~HIST----------------* END OF LOAN HISTORY *--------------------(MORE)

PROC-DT DUE-DT TRAN TRAN-DESCRIPTION   SG NO    TRAN-EFFECTIVE-DATE

TRAN-AMT  PRINCIPAL  INTEREST   ESCROW    AMOUNT/CD/DESCRIPTION

10-15-13 00-00 631 PROPERTY PRESERVATION

    15.00      0.00     0.00     0.00    15.00  3RD REC CORP ADV

10-14-13 00-00 632 STATUTORY EXPENSES

    40.50      0.00     0.00     0.00    40.50  MTGR REC CORP ADV BA

10-14-13 00-00 630 ATTORNEY ADVANCES

    215.00     0.00     0.00     0.00   215.00  MTGR REC CORP ADV BA

09-17-13 00-00 631 PROPERTY PRESERVATION

    15.00      0.00     0.00     0.00    15.00  3RD REC CORP ADV

09-04-13 06-09 161 ESCROW ADVANCE

    21.00      0.00     0.00    21.00

09-04-13 07-14 351 HAZ INS

    21.00-     0.00     0.00    21.00-       PAYEE =  70040


----^HIST----------------* END  OF LOAN HISTORY *--------------------(MORE)

PROC-DT  DUE-DT  TRAN  TRAN-DESCRIPTION      SG NO      TRAN-EFFECTIVE-DATE

  TRAN-AMT  PRINCIPAL  INTEREST   ESCROW    AMOUNT/CD/DESCRIPTION

              12,824.96-

08-26-13 00-00 631 PROPERTY PRESERVATION

    15.00      0.00     0.00     0.00    15.00  3RD REC CORP ADV

08-15-13 00-00 631 PROPERTY PRESERVATION

    15.00      0.00     0.00     0.00    15.00  NON REC CORP ADV

07-31-13 00-00 631 PROPERTY PRESERVATION

    15.00      0.00     0.00     0.00    15.00  3RD REC CORP ADV

07-08-13  06-09  168  REPAY OF ESCROW ADVANCE

   0.00     0.00    0.00  1,967.00-  1,967.00

07-08-13  06-09  163  INS REFUND

  1,967.00    0.00    0.00  1,967.00

             12,803.96-


----~HIST-----------------* END  OF LOAN HISTORY *--------------------(MORE)

PROC-DT  DUE-DT  TRAN  TRAN-DESCRIPTION    SG NO      TRAN-EFFECTIVE-DATE

  TRAN-AMT  PRINCIPAL  INTEREST  ESCROW   AMOUNT/CD/DESCRIPTION

07-05-13  06-09  161  ESCROW ADVANCE

  1,967.00    0.00    0.00  1,967.00

07-05-13  07-13  351  HAZ INS

  1,967.00-   0.00    0.00  1,967.00-     PAYEE =  70040

             14,770.96-

07-02-13  06-09  161  ESCROW ADVANCE

  1,967.00    0.00    0.00  1,967.00

07-02-13  07-13  351  HAZ INS

  1,967.00-   0.00    0.00  1,967.00-     PAYEE =  70040

             12,803.96-

06-26-13  00-00  631  PROPERTY PRESERVATION

  15.00    0.00   0.00    0.00   15.00  3RD REC CORP ADV


----~HIST-----------------* END  OF LOAN HISTORY *--------------------(MORE)

PROC-DT DUE-DT TRAN TRAN-DESCRIPTION     SG NO     TRAN-EFFECTIVE-DATE

   TRAN-AMT  PRINCIPAL  INTEREST   ESCROW    AMOUNT/CD/DESCRIPTION

06-26-13 00-00 745 CORPORATE ADVANCE ADJUSTMENT

   125.00     0.00     0.00     0.00    125.00  NON REC CORP ADV

06-26-13 00-00 745 CORPORATE ADVANCE ADJUSTMENT

   125.00-    0.00     0.00     0.00    125.00- MTGR REC CORP ADV BA

06-05-13 00-00 632 STATUTORY EXPENSES

   67.50      0.00     0.00     0.00    67.50   MTGR REC CORP ADV BA

06-05-13 00-00 630 ATTORNEY ADVANCES

   430.00     0.00     0.00     0.00    430.00  3RD REC CORP ADV

05-28-13 06-09 161 ESCROW ADVANCE

   806.37     0.00     0.00   806.37

05-28-13 05-13 312 COUNTY TAX DISBURSEMENT

   806.37-    0.00     0.00   806.37-      PAYEE = 05093


----~HIST------------------* END OF LOAN HISTORY *----------------------(MORE)

PROC-DT DUE-DT TRAN TRAN-DESCRIPTION     SG NO     TRAN-EFFECTIVE-DATE

   TRAN-AMT  PRINCIPAL  INTEREST   ESCROW    AMOUNT/CD/DESCRIPTION

               10,836.96-

05-22-13 00-00 631 PROPERTY PRESERVATION

   15.00      0.00     0.00     0.00    15.00   MTGR REC CORP ADV BA

05-14-13 00-00 633 MISC FORECLOSURE AND BANKRUPTCY EXPENSES

   5.00       0.00     0.00     0.00    5.00    3RD REC CORP ADV

04-17-13 00-00 631 PROPERTY PRESERVATION

15.00     0.00     0.00     0.00     15.00   MTGR REC CORP ADV BA

03-26-13 00-00 631 PROPERTY PRESERVATION

15.00     0.00     0.00     0.00     15.00   NON REC CORP ADV

03-13-13 00-00 631 PROPERTY PRESERVATION

15.00     0.00     0.00     0.00     15.00   NON REC CORP ADV


----~HIST-----------------* END OF LOAN HISTORY *--------------------(MORE)

PROC-DT  DUE-DT  TRAN  TRAN-DESCRIPTION    SG NO      TRAN-EFFECTIVE-DATE

TRAN-AMT  PRINCIPAL  INTEREST  ESCROW    AMOUNT/CD/DESCRIPTION

03-12-13 00-00 631 PROPERTY PRESERVATION

15.00     0.00     0.00     0.00     15.00   3RD REC CORP ADV

03-12-13 00-00 631 PROPERTY PRESERVATION

15.00     0.00     0.00     0.00     15.00   3RD REC CORP ADV

03-08-13 00-00 631 PROPERTY PRESERVATION

15.00     0.00     0.00     0.00     15.00   MTGR REC CORP ADV BA

02-13-13 06-09 161 ESCROW ADVANCE

806.37     0.00     0.00  806.37

02-12-13 02-13 312 COUNTY TAX DISBURSEMENT

806.37-    0.00     0.00  806.37-       PAYEE = 05093

10,030.59-