

**CASTLE MEINHOLD & STAWIARSKI, LLC**

LAW OFFICES
999 18TH STREET
SUITE 2201
DENVER, COLORADO 80202
TELEPHONE 303.865.1400
FAX 303.865.1410

July 1, 2009

VIA U.S. MAIL
Dennis K. Obduskey
132 Wagon Tongue Road
Bailey, CO 80421

RE:   Mortgagor(s):         Dennis K. Obduskey
      Property Address:     132 Wagon Tongue Road, Bailey, CO 80421
      File Number:          09-13646

Dear Mr. Obduskey:

The Fair Debt Collection Practices Act requires that we advise you that the law firm of **CASTLE MEINHOLD & STAWIARSKI, L.L.C. IS ACTING AS A DEBT COLLECTOR AND IS ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

Our office is in receipt of your facsimile recent regarding the above-referenced property. Thank you for the information provided. We have forwarded a copy of your letter to our client for their review and consideration.

Please contact Wells Fargo Home Mortgage's Loss Mitigation Department directly at 800-416-1472 in order to further discuss your request for a loan modification. Our office is not authorized to discuss alternatives to foreclosure including loan modifications. Please be advised that our office will not postpone the foreclosure proceedings until instructed to do so by our client.

If you have any further questions regarding this property, please contact our office.

Sincerely,

CASTLE MEINHOLD & STAWIARSKI, L.L.C.

Peter C. DeCamillis, Esq.

EXHIBIT - 6