## PROOF OF PUBLICATION

**STATE OF COLORADO** } SS
**County of Park**

I, Merle J. Baranczyk,
Being first duly sworn according to law, on oath depose and say that I am, and at all the times herein mentioned, the publisher of the Park County Republican and Fairplay Flume, and that said Park County Republican and Fairplay Flume is a weekly newspaper of general circulation, in said County and State, printed and published in the County of Park and State of Colorado, and that copies of each number thereof are, and at all the times herein mentioned were, regularly distributed and delivered, by carrier or mail, to each of the subscribers of said newspaper, in accordance with the customary method of business in newspaper offices.
That the annexed NOTICE OF PUBLIC TRUSTEE SALE
In the matter of SALE #2015-0016
This is a true copy of the original, and that the same was regularly published once each week, and on the same day in each week, and in the newspaper proper and not in a supplement, for the full period of
                FIVE      (5)  INSERTION(S)
of said newspaper, and that the first publication thereof was in the issue dated JULY 24, 2015
and that the last publication of the same was in the issue dated
                AUGUST 21, 2015
The said Park County Republican and Fairplay Flume has been established, printed and published for the full period of fifty-two consecutive weeks, and continuously and uninterruptedly prior to the said date of the first publication of the notice aforesaid, in the County of Park and State of Colorado, and is a newspaper duly qualified for the publishing of said notice within the meaning of an Act of the General Assembly of the State of Colorado, approved May 30th, 1923, and entitled "An act to Amend an Act Entitled 'An Act Concerning Legal Notices, Advertisements and Publications and the Fees of Printers and Publishers thereof, and to Repeal all Acts and Parts of Acts in Conflict with the Provisions of this Act'," and within the meaning of an Act amendatory thereof, approved May 18th, 1931 and entitled "An Act to Amend Section 4, of Chapter 139, Session Laws of Colorado, 1923, relating to Legal Notices and Advertisements," and within the meaning of any and all other Acts amendatory thereof or supplemental thereto. And further affiant saith not.

_[signature]_

The above certificate of publication was subscribed and sworn to before me by the above named Merle J. Baranczyk who is personally known to me to be the identical person described on the above certificate on the 21ST, of AUGUST, A.D. 2015
FEIN #84-0718607

_[signature]_
Carol MacKelvie
NOTARY PUBLIC
My commission expires March 25, 2018

> CAROL MACKELVIE
> Notary Public
> State of Colorado
> Notary ID 19964002929
> My Commission Expires Mar 25, 2018

---

COMBINED NOTICE - PUBLICATION
CRS §38-38-103 FORECLOSURE SALE NO. 2015-0016

To Whom It May Concern: This Notice is given with regard to the following described Deed of Trust:
On May 18, 2015, the undersigned Public Trustee caused the Notice of Election and Demand relating to the Deed of Trust described below to be recorded in the County of Park records.

Original Grantor(s):
Dennis K. Obduskey
Original Beneficiary(ies):
Mortgage Electronic Registration Systems, Inc. as nominee for First Magnus Financial Corporation, an Arizona Corporation
Current Holder of Evidence of Debt:
Wells Fargo Bank, N.A.
Date of Deed of Trust:
May 31, 2007
County of Recording:
Park
Recording Date of Deed of Trust:
June 12, 2007
Recording Information (Reception No. and/or Book/Page No.):
641460
Original Principal Amount:
$329,940.00
Outstanding Principal Balance:
$329,000.00

Pursuant to CRS §38-38-101(4)(i), you are hereby notified that the covenants of the deed of trust have been violated as follows: failure to pay principal and interest when due together with all other payments provided for in the evidence of debt secured by the deed of trust and other violations thereof.

THE LIEN FORECLOSED MAY NOT BE A FIRST LIEN.

LOT 108, DEER CREEK VALLEY RANCHOS-UNIT 4, COUNTY OF PARK, STATE OF COLORADO.
Also known by street and number as: 132 Wagon Tongue Road, Bailey, CO 80421.

THE PROPERTY DESCRIBED HEREIN IS ALL OF THE PROPERTY CURRENTLY ENCUMBERED BY THE LIEN OF THE DEED OF TRUST.

**NOTICE OF SALE**

The current holder of the Evidence of Debt secured by the Deed of Trust, described herein, has filed Notice of Election and Demand for sale as provided by law and in said Deed of Trust.

THEREFORE, Notice Is Hereby Given that I will at public auction, at 10:00 A.M. on Wednesday, 09/16/2015, at The Office of the Public Trustee, 501 Main St., Fairplay, CO 80440, sell to the highest and best bidder for cash, the said real property and all interest of the said Grantor(s), Grantor(s)' heirs and assigns therein, for the purpose of paying the indebtedness provided in said Evidence of Debt secured by the Deed of Trust, plus attorneys' fees, the expenses of sale and other items allowed by law, and will issue to the purchaser a Certificate of Purchase, all as provided by law.

IF THE SALE DATE IS CONTINUED TO A LATER DATE, THE DEADLINE TO FILE A NOTICE OF INTENT TO CURE BY THOSE PARTIES ENTITLED TO CURE MAY ALSO BE EXTENDED;

IF THE BORROWER BELIEVES THAT A LENDER OR SERVICER HAS VIOLATED THE REQUIREMENTS FOR A SINGLE POINT OF CONTACT IN SECTION 38-38-103.1 OR THE PROHIBITION ON DUAL TRACKING IN SECTION 38-38-103.2, THE BORROWER MAY FILE A COMPLAINT WITH THE COLORADO ATTORNEY GENERAL, THE FEDERAL CONSUMER FINANCIAL PROTECTION BUREAU (CFPB), OR BOTH. THE FILING OF A COMPLAINT WILL NOT STOP THE FORECLOSURE PROCESS.

Colorado Attorney General
1300 Broadway, 10th Floor
Denver, Colorado 80203
(800) 222-4444
www.coloradoattorneygeneral.gov
Federal Consumer Financial Protection Bureau
P.O. Box 4503
Iowa City, Iowa 52244
(855) 411-2372
www.consumerfinance.gov

DATE: 05/18/2015
Michelle A. Miller, Public Trustee in and for the County of Park, State of Colorado
By: 5 Vicki Armstrong, Chief Deputy Public Trustee

The name, address, business telephone number and bar registration number of the attorney(s) representing the legal holder of the indebtedness is:
JOAN OLSON #28078
McCARTHY & HOLTHUS LLP 7700 E. ARAPAHOE ROAD, SUITE 230, CENTENNIAL, CO 80112 (877) 369-6122
Attorney File # CO-14-631150-JS
The Attorney above is acting as a debt collector and is attempting to collect a debt. Any information provided may be used for that purpose.
First Publication Date: July 24, 2015
Last Publication Date: Aug. 21, 2015
As published in the Park County Republican and Fairplay Flume.
(2015-0016)

EXHIBIT - 12

THE FAIRPLAY FLUME
P. O. BOX 460
BAILEY, COLORADO 80421
303-838-4423

3/29/2013

Name   Park County Public Trustee
P. O. Box 638
Fairplay, Colorado 80440

**Legal Advertising Invoice**
*Description*   Sale #2012-0205

| Date | # lines | amt per line |  | Amount |
|---|---|---|---|---|
| 03/01/13 | 88 | $ 0.727 | first insertion | $ 63.98 |
| 03/08/13 | 88 | $ 0.532 | second insertion | $ 110.79 |
| 03/15/13 | 88 | $ 0.532 | third insertion | $ 157.61 |
| 03/22/13 | 88 | $ 0.532 | fourth insertion | $ 204.42 |
| 03/29/13 | 88 | $ 0.532 | fifth insertion | $ 251.24 |
|  |  |  | Total | $ 251.24 |

## PROOF OF PUBLICATION

**STATE OF COLORADO** } SS
**County of Park**

I, Merle J. Baranczyk,
Being first duly sworn according to law, on oath depose and say that I am, and at all the times herein mentioned, the publisher of the Park County Republican and Fairplay Flume, and that said Park County Republican and Fairplay Flume is a weekly newspaper of general circulation, in said County and State, printed and published in the County of Park and State of Colorado, and that copies of each number thereof are, and at all the times herein mentioned were, regularly distributed and delivered, by carrier or mail, to each of the subscribers of said newspaper, in accordance with the customary method of business in newspaper offices.
That the annexed NOTICE OF PUBLIC TRUSTEE SALE
in the matter of SALE #2012-0205
This is a true copy of the original, and that the same was regularly published once each week, and on the same day in each week, and in the newspaper proper and not in a supplement, for the full period of
FIVE    (5)  INSERTION(S)
of said newspaper, and that the first publication thereof was in the issue dated MARCH 1, 2013
and that the last publication of the same was in the issue dated MARCH 29, 2013
The said Park County Republican and Fairplay Flume has been established, printed and published for the full period of fifty-two consecutive weeks, and continuously and uninterruptedly prior to the said date of the first publication of the notice aforesaid, in the County of Park and State of Colorado, and is a newspaper duly qualified for the publishing of said notice within the meaning of an Act of the General Assembly of the State of Colorado, approved May 30th, 1923, and entitled "An act to Amend an Act Entitled 'An Act Concerning Legal Notices, Advertisements and Publications and the Fees of Printers and Publishers thereof, and to Repeal all Acts and Parts of Acts in Conflict with the Provisions of this Act'," and within the meaning of an Act amendatory thereof, approved May 18th, 1931 and entitled "An Act to Amend Section 4, of Chapter 139, Session Laws of Colorado, 1923, relating to Legal Notices and Advertisements," and within the meaning of any and all other Acts amendatory thereof or supplemental thereto. And further affiant saith not.

*/s/ Merle Baranczyk*

The above certificate of publication was subscribed and sworn to before me by the above named Merle J. Baranczyk who is personally known to me to be the identical person described on the above certificate, on the 28TH of MARCH A.D. 2013
FEIN #84-0718607

*/s/ Notary*
NOTARY PUBLIC
My commission expires March 25, 2014



---

**COMBINED NOTICE - PUBLICATION**
**CRS §38-38-103 FORECLOSURE SALE**
**NO. 2012-0205**

To Whom It May Concern: This Notice is given with regard to the following described Deed of Trust:
On December 26, 2012, the undersigned Public Trustee caused the Notice of Election and Demand relating to the Deed of Trust described below to be recorded in the County of Park records.
Original Grantor(s): Donnis K. Obduskey
Original Beneficiary(ies): Mortgage Electronic Registration Systems, Inc., as nominee for First Magnus Financial Corporation, An Arizona Corporation
Current Holder of Evidence of Debt: Wells Fargo Bank, N.A.
Date of Deed of Trust: May 31, 2007
County of Recording: Park
Recording Date of Deed of Trust: June 12, 2007
Recording Information (Reception Number): 641680
Original Principal Amount: $328,940.00
Outstanding Principal Balance: $329,000.00

Pursuant to CRS §38-38-101(4)(i), you are hereby notified that the covenants of the deed of trust have been violated as follows: failure to pay principal and interest when due together with all other payments provided for in the evidence of debt secured by the deed of trust and other violations thereof.
**THE LIEN FORECLOSED MAY NOT BE A FIRST LIEN.**

The property to be foreclosed is:
LOT 108, DEER CREEK VALLEY RANCHOS - UNIT 4, COUNTY OF PARK, STATE OF COLORADO.
Also known by street and number as: 132 Wagon Tongue Road, Bailey, CO 80421.

**THE PROPERTY DESCRIBED HEREIN IS ALL OF THE PROPERTY CURRENTLY ENCUMBERED BY THE LIEN OF THE DEED OF TRUST.**

**NOTICE OF SALE**
The current holder of the Evidence of Debt secured by the Deed of Trust, described herein, has filed Notice of Election and Demand for sale as provided by law and in said Deed of Trust.
THEREFORE, Notice Is Hereby Given that I will at public auction, at 10:00 A.M. on Wednesday, 04/24/2013, at The Office of the Public Trustee, 501 Main St., Fairplay, CO 80440, sell to the highest and best bidder for cash, the said real property and all interest of the said Grantor(s), Grantor(s)' heirs and assigns therein, for the purpose of paying the indebtedness provided in said Evidence of Debt secured by the Deed of Trust, plus attorneys' fees, the expenses of sale and other items allowed by law, and will issue to the purchaser a Certificate of Purchase, all as provided by law.
**IF THE SALE DATE IS CONTINUED TO A LATER DATE, THE DEADLINE TO FILE A NOTICE OF INTENT TO CURE BY THOSE PARTIES ENTITLED TO CURE MAY ALSO BE EXTENDED;**
DATE: 12/26/2012
Michelle Miller, Public Trustee in and for the County of Park, State of Colorado
By: /s/ Shirley A. Kirt, Chief Deputy Public Trustee
The name, address, business telephone number and bar registration number of the attorney(s) representing the legal holder of the indebtedness is:
ALISON L BERRY #34531
THE CASTLE LAW GROUP, LLC 999 18TH STREET, SUITE 2201, DENVER, CO 80202 (303) 865-1400
The Attorney above is acting as a debt collector and is attempting to collect a debt. Any information provided may be used for that purpose.
Attorney File # 12-13967
First Publication: 3/1/2013
Last Publication: 3/29/2013
As published in the Park County Republican and Fairplay Flume
[2012-0205]

COMBINED NOTICE-PUBLICATION

Public Trustee No. 2011-0075

To Whom It May Concern: This Notice is given with regard to the following described Deed of Trust:

On May 3, 2011, the undersigned Public Trustee caused the Notice of Election and Demand relating to the Deed of Trust described below to be recorded in the County of Park records.

| | |
|---|---|
| Original Grantor | DENNIS K OBDUSKEY |
| Original Beneficiary | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR FIRST MAGNUS FINANCIAL CORPORATION, AN ARIZONA CORPORATION |
| Current Holder of Evidence of Debt | WELLS FARGO BANK, N.A. |
| Date of Deed of Trust | 5/31/2007 |
| Recording Date of Deed of Trust | 6/12/2007 |
| Recorded in Park County | Reception No. 641460 |
| Original Principal Amount | $329,940.00 |
| Outstanding Balance | $329,000.00 |

Pursuant to C.R.S. §38-38-101 (4) (i), you are hereby notified that the covenants of the deed of trust have been violated as follows:

> Failure to pay principal and interest when due together with all other payments provided for in the Evidence of Debt secured by the Deed of Trust and other violations of the terms thereof.

THE LIEN FORECLOSED MAY NOT BE A FIRST LIEN.

THE PROPERTY DESCRIBED HEREIN IS ALL OF THE PROPERTY ENCUMBERED BY THE LIEN OF THE DEED OF TRUST.

LOT 108, DEER CREEK VALLEY RANCHOS - UNIT 4, COUNTY OF PARK, STATE OF COLORADO.

Also known by street and number as: 132 Wagon Tongue Road
Bailey, CO 80421

NOTICE OF SALE

The current holder of the Evidence of Debt secured by the Deed of Trust described herein, has filed written election and demand for sale as provided by law and in said Deed of Trust.

THEREFORE, Notice Is Hereby Given that I will at public auction, at 10:00 a.m. in the forenoon of August 24, 2011, At the Park County Public Trustee's Office, 501 Main Street, Fairplay, Colorado, sell at public auction to the highest and best bidder for cash, the said real property and all interest of said Grantor(s), Grantor(s)' heirs and assigns therein, for the purpose of paying the indebtedness provided in said Evidence of Debt secured by the Deed of Trust, plus

attorneys' fees, the expenses of sale and other items allowed by law, and will issue to the purchaser a Certificate of Purchase, all as provided by law.

First Publication: 7/1/2011
Last Publication: 7/29/2011
Published in: Park County Republican And Fairplay Flume

Dated:   5/5/2011

                              MICHELLE A. MILLER
                           Park COUNTY PUBLIC TRUSTEE

*[signature: Shirley A. Kint]*

By:

                         Shirley A. Kint
                         Chief Deputy Public Trustee


Attorney: KEITH A GANTENBEIN, JR  Attorney Registration #39213
         CASTLE STAWIARSKI, LLC
         999 18TH STREET, SUITE 2201 , DENVER, COLORADO 80202
         Phone:  1 (303) 865-1400  Fax:  1 (303) 865-1410
Attorney file #:    09-13646R

_____



**THE FAIRPLAY FLUME**
**P. O. BOX 460**
**BAILEY, COLORADO 80421**
**303-838-4423**

11/6/2009

PCPT    Name    **Park County Public Trustee**
P. O. Box 638
Fairplay, Colorado 80440

*Legal Advertising Invoice*
*Description*    Sale #2009-0198

| Date | # lines | amt per line | | Amount |
|---|---|---|---|---|
| 10/09/09 | 110 $ | 0.727 | first insertion | $ 79.97 |
| 10/16/09 | 110 $ | 0.532 | second insertion | $ 138.49 |
| 10/23/09 | 110 $ | 0.532 | third insertion | $ 197.01 |
| 10/30/09 | 110 $ | 0.532 | fourth insertion | $ 255.53 |
| 11/06/09 | 110 $ | 0.532 | fifth insertion | $ 314.05 |
| | | | Total | $ 314.05 |
| | | | less 3% discount for email | $ 9.42 |
| | | | | $ 304.63 |

## PROOF OF PUBLICATION

**STATE OF COLORADO** } SS
**County of Park**

I, __Merle J. Baranczyk,__
Being first duly sworn according to law, on oath depose and say that I am, and at all the times herein mentioned, the publisher of the Park County Republican and Fairplay Flume, and that said Park County Republican and Fairplay Flume is a weekly newspaper of general circulation, in said County and State, printed and published in the County of Park and State of Colorado, and that copies of each number thereof are, and at all the times herein mentioned were, regularly distributed and delivered, by carrier or mail, to each of the subscribers of said newspaper, in accordance with the customary method of business in newspaper offices. That the annexed __NOTICE OF PUBLIC TRUSTEE SALE__
In the matter of __SALE #2009-0198__
This is a true copy of the original, and that the same was regularly published once each week, and on the same day in each week, and in the newspaper proper and not in a supplement, for the full period of

__FIVE     (5)  INSERTION(S)__

of said newspaper, and that the first publication thereof was in the issue dated __OCTOBER 9, 2009__
and that the last publication of the same was in the issue dated __NOVEMBER 6, 2009__

The said Park County Republican and Fairplay Flume has been established, printed and published for the full period of fifty-two consecutive weeks, and continuously and uninterruptedly prior to the said date of the first publication of the notice aforesaid, in the County of Park and State of Colorado, and is a newspaper duly qualified for the publishing of said notice within the meaning of an Act of the General Assembly of the State of Colorado, approved May 30th, 1923, and entitled "An act to Amend an Act Entitled 'An Act Concerning Legal Notices, Advertisements and Publications and the Fees of Printers and Publishers thereof, and to Repeal all Acts and Parts of Acts in Conflict with the Provisions of this Act'," and within the meaning of an Act amendatory thereof, approved May 18th, 1931 and entitled "An Act to Amend Section 4, of Chapter 139, Session Laws of Colorado, 1923, relating to Legal Notices and Advertisements," and within the meaning of any and all other Acts amendatory thereof or supplemental thereto. And further affiant saith not.

_[signature]_

The above certificate of publication was subscribed and sworn to before me by the above named Merle J. Baranczyk who is personally known to me to be the identical person described in the above certificate, on the 6TH of NOVEMBER, A.D. 2009
FEIN #84-0718607

_[signature: Carol Mckelvie]_
NOTARY PUBLIC


My commission expires March 25, 2010

---

**COMBINED NOTICE OF SALE AND NOTICE OF RIGHTS TO CURE OR REDEEM**
Public Trustee No. 2009-0198
To Whom It May Concern: This Notice is given with regard to the following described Deed of Trust.
On July 30, 2009, the undersigned Public Trustee caused the Notice of Election and Demand relating to the Deed of Trust described below to be recorded in the County of Park records.
Original Grantor: DENNIS K OBDUSKEY
Original Beneficiary: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR FIRST MAGNUS FINANCIAL CORPORATION, AN ARIZONA CORPORATION
Current Beneficiary: WELLS FARGO BANK, N.A.
Date of Deed of Trust: 6/31/2007
Recording Date of Deed of Trust: 6/12/2007
Recorded in Park County: Reception No. 641460
Original Principal Amount: $329,040.00
Outstanding Balance: $329,000.00
Pursuant to C.R.S. §38-38-101 (4) (i), you are hereby notified that the covenants of the deed of trust have been violated as follows:
Failure to pay principal and interest when due together with all other payments provided for in the Evidence of Debt secured by the Deed of Trust and other violations of the terms thereof.
**THE LIEN FORECLOSED MAY NOT BE A FIRST LIEN.**
THE PROPERTY DESCRIBED HEREIN IS ALL OF THE PROPERTY ENCUMBERED BY THE LIEN OF THE DEED OF TRUST.
LOT 108, DEER CREEK VALLEY RANCHOS-UNIT 4, COUNTY OF PARK, STATE OF COLORADO,
which has the address of: 132 Wagon Tongue Road Bailey, CO 80421
**NOTICE OF SALE**
The current owner of the Evidence of Debt secured by the Deed of Trust described herein, has filed notice of election and demand for sale as provided by law and in said Deed of Trust.
THEREFORE, Notice Is Hereby Given that I will, at 10:00 a.m. in the forenoon of December 2, 2009, at the Park County Public Trustee's Office, 501 Main Street, Fairplay, Colorado, sell at public auction to the highest and best bidder for cash, the said real property and all interest of said Grantor(s), Grantor(s)' heirs and assigns therein, for the purpose of paying the indebtedness provided in said Evidence of Debt secured by the Deed of Trust, plus attorneys' fees, the expenses of sale and other items allowed by law, and will execute and record a Certificate of Purchase, all as provided by law.
**NOTICE OF RIGHTS**
YOU MAY HAVE AN INTEREST IN THE REAL PROPERTY BEING FORECLOSED, OR HAVE CERTAIN RIGHTS OR SUFFER CERTAIN LIABILITIES PURSUANT TO COLORADO STATUTES AS A RESULT OF SAID FORECLOSURE. YOU MAY HAVE THE RIGHT TO REDEEM SAID REAL PROPERTY OR YOU MAY HAVE THE RIGHT TO CURE A DEFAULT UNDER THE DEED OF TRUST BEING FORECLOSED. A COPY OF SAID STATUTES, AS SUCH STATUTES ARE PRESENTLY CONSTITUTED, WHICH MAY AFFECT YOUR RIGHTS, IS ATTACHED TO ALL MAILED COPIES OF THIS NOTICE. HOWEVER, YOUR RIGHTS MAY BE DETERMINED BY PREVIOUS STATUTES.
A NOTICE OF INTENT TO CURE FILED PURSUANT TO C.R.S. 38-38-104 SHALL BE FILED WITH THE PUBLIC TRUSTEE AT LEAST FIFTEEN (15) CALENDAR DAYS PRIOR TO THE FIRST SCHEDULED SALE DATE OR ANY DATE TO WHICH THE SALE IS CONTINUED.
A NOTICE OF INTENT TO REDEEM FILED PURSUANT TO C.R.S. 38-38-302 SHALL BE FILED WITH THE PUBLIC TRUSTEE WITHIN EIGHT (8) BUSINESS DAYS FOLLOWING THE SALE.
Dated: 8/13/2009
MICHELLE A. MILLER, Park COUNTY PUBLIC TRUSTEE
By: § Shirley A. Kint, Chief Deputy Public Trustee
Attorney: CASTLE, MEINHOLD & STAWIARSKI, LLC; Attorney Registration #33978; 999 18TH STREET, SUITE 2201, DENVER, COLORADO 80202; Phone: 1 (303) 865-1400 Fax: 1 (303) 865-1410; Attorney file #: 09-13646
First Publication Date: Oct. 9, 2009
Last Publication Date: Nov. 6, 2009
As published in the Park County Republican and Fairplay Flume.
(2009-0198)