Customer Account Activity Statement
Loan Number: 708-0205097843
Primary Borrower: DENNIS K OBDUSKEY
Created: 06/12/2015

PLEASE NOTE: If you are currently in or have previously been granted relief under the United States Bankruptcy Code, this information is being sent to you if your account and in compliance with federal/bankruptcy law in servicing loans enacted by the Consumer Financial Protection Bureau. If you are properly seeking relief for have previously been granted relief under Chapter 12 or Chapter 13 of the United States Bankruptcy Code, then this Financial Transaction History reflects a breakdown of current back payments to your account according to the terms of your Chapter 12 or Chapter 13 plan. If you would like to receive a payment history on your account that reflects transactions according to the terms of your contract/plan, then you must contact us at P.O. Box 10826, Des Moines, IA 50306.

| Effective Date | Date Posted | Due Date | Monthly Payment Amount | Amount Received | Amount Unapplied | Unapplied Balance | Amount Applied to Interest | Amount Applied to Optional Products | Amount Applied to Escrow | Escrow Disbursed | Escrow Balance | Reimbursable Expenses Advanced | Outstanding Reimbursable Expense Balance | Amount Applied to Fees | Fees Assessed (or Waived) | Outstanding Fee Balance | Amount Applied to Principal | Subsidies or Other Interest Credits | Principal Balance | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/21/2014 | | | | | | $1,679.49 | | | | | ($1,628.06) | | $4,384.29 | | | $2,725.84 | | | $329,000.00 | ATTORNEY FEES |
| 07/21/2014 | 02/21/2014 | | | | | $1,679.49 | | | | | ($1,321.52) | $75.00 | $4,459.29 | | | $2,725.84 | | | $329,000.00 | FILING COSTS |
| 03/07/2014 | 05/21/2014 | | | | | $1,679.49 | | | ($175.92) | | ($1,500.12) | $13.50 | $4,472.79 | | | $2,725.84 | | | $329,000.00 | COUNTY TAX DISBURSEMENT |
| 05/01/2014 | 05/21/2014 | | | | | $1,679.49 | | | ($175.92) | | ($1,676.04) | | $4,472.79 | | | $2,725.84 | | | $329,000.00 | COUNTY TAX DISBURSEMENT |
| 06/16/2014 | | | | | | $1,679.49 | | | | | ($1,676.04) | $107.29 | $4,580.08 | | | $2,725.84 | | | $329,000.00 | ATTORNEY FEES |
| 07/16/2014 | | | | | | $1,679.49 | | | | | ($1,676.04) | $7.00 | $4,587.08 | | | $2,725.84 | | | $329,000.00 | FILING COSTS |
| 07/01/2014 | 07/01/2014 | | | | | $1,679.49 | | | | ($2,763.20) | ($4,454.04) | | $4,454.04 | | | $2,725.84 | | | $329,000.00 | HAZARD INSURANCE DISBURSEMENT |
| 07/11/2014 | | | | | | $1,679.49 | | | | | ($1,641.05) | $20.00 | $5,842.20 | | | $2,725.84 | | | $329,000.00 | ATTORNEY FEES |
| 07/11/2014 | | | | | | $1,679.49 | | | | | ($1,641.04) | $10.20 | $5,052.15 | | | $2,725.84 | | | $329,000.00 | FILING COSTS |
| 05/27/2014 | | | | | | $1,679.49 | | | | | ($1,641.04) | $615.00 | $3,862.70 | | | $2,725.84 | | | $329,000.00 | ATTORNEY FEES |
| 08/12/2014 | | | | | | $1,679.49 | | | | | ($1,641.05) | $600.00 | $4,182.20 | | | $2,725.84 | | | $329,000.00 | CLERK COSTS |
| 08/12/2014 | | | | | | $1,679.49 | | | | | ($1,641.04) | $221.00 | $6,239.30 | | | $2,725.84 | | | $329,000.00 | FILING COSTS |
| 09/12/2014 | | | | | | $1,679.49 | | | | | ($1,641.04) | $195.00 | $8,431.20 | | | $2,725.84 | | | $329,000.00 | POSTAL NOTICE |
| 04/22/2014 | | | | | $2.96 | $1,679.49 | | | | | ($1,641.04) | $127.00 | $7,192.20 | | | $2,725.84 | | | $329,000.00 | THE POLICY |
| 09/16/2014 | | | | $84.00 | | $1,679.49 | | | | | ($1,641.04) | $39.72 | $7,105.52 | | | $2,725.84 | | | $329,000.00 | FILING COSTS |
| 08/05/2014 | | | | | | $1,679.49 | | | | | ($1,641.04) | $150.00 | $7,315.44 | | | $2,725.84 | | | $329,000.00 | ATTORNEY REFUND |
| | | | | | | $1,679.49 | | | | | ($1,641.04) | $40.00 | $7,135.92 | | | $2,725.84 | | | $329,000.00 | ATTORNEY FEES |
| 03/02/2015 | 03/01/2015 | | | | | $1,679.49 | | | | ($10.50) | ($1,641.54) | | $7,495.14 | | | $2,725.84 | | | $329,000.00 | ATTORNEY HEARD |
| 05/04/2015 | 05/01/2015 | | | | | $1,679.49 | | | | ($162.70) | ($1,641.74) | | $7,402.44 | | | $2,725.84 | | | $329,000.00 | COUNTY TAX DISBURSEMENT |
| 05/27/2015 | | | | | | $1,679.49 | | | | | ($1,641.25) | $306.00 | $8,613.44 | | | $2,725.84 | | | $329,000.00 | COUNTY TAX DISBURSEMENT |
| 05/07/2015 | | | | | | $1,679.49 | | | | | ($1,700.70) | $177.00 | $7,505.44 | | | $2,725.84 | | | $329,000.00 | TITLE POLICY |

EXHIBIT - 3

| Reimbursable Expenses Adjusted | Outstanding Reimbursable Expense Balance | Amount Applied to Fees | Fees Assessed or (Waived) | Outstanding Fee Balance | Amount Applied to Principal | Subsidy or Other Interest Credits | Principal Balance | Comments |
|---|---|---|---|---|---|---|---|---|
| $75.00 | $4,844.20 | | | $2,725.84 | | | $329,000.00 | ATTORNEY FEES |
| $13.50 | $4,859.70 | | | $2,725.84 | | | $329,000.00 | FILING COSTS |
| | $4,859.70 | | | $2,725.84 | | | $329,000.00 | COUNTY TAX DISBURSEMENT |
| | $4,859.70 | | | $2,725.84 | | | $329,000.00 | COUNTY TAX DISBURSEMENT |
| $192.50 | $5,052.20 | | | $2,725.84 | | | $329,000.00 | ATTORNEY FEES |
| $22.00 | $5,074.20 | | | $2,725.84 | | | $329,000.00 | FILING COSTS |
| | $5,074.20 | | | $2,725.84 | | | $329,000.00 | HAZARD INSURANCE DISBURSEMENT |
| $50.00 | $5,124.20 | | | $2,725.84 | | | $329,000.00 | ATTORNEY FEES |
| $13.50 | $5,137.70 | | | $2,725.84 | | | $329,000.00 | FILING COSTS |
| $515.00 | $5,652.70 | | | $2,725.84 | | | $329,000.00 | ATTORNEY FEES |
| $500.00 | $6,152.70 | | | $2,725.84 | | | $329,000.00 | CLERK COSTS |
| $201.50 | $6,354.20 | | | $2,725.84 | | | $329,000.00 | FILING COSTS |
| $250.00 | $6,631.20 | | | $2,725.84 | | | $329,000.00 | POST SALE NOTICE |
| $495.00 | $7,129.20 | | | $2,725.84 | | | $329,000.00 | TITLE POLICY |
| $27.00 | $7,156.20 | | | $2,725.84 | | | $329,000.00 | FILING COSTS |
| $33.75 | $7,195.25 | | | $2,725.84 | | | $329,000.00 | ATTORNEY REFUND |
| $550.00 | $7,575.44 | | | $2,725.84 | | | $329,000.00 | ATTORNEY FEES |
| $40.00 | $7,929.44 | | | $2,725.84 | | | $329,000.00 | ATTORNEY REFUND |
| | $7,929.44 | | | $2,725.84 | | | $329,000.00 | COUNTY TAX DISBURSEMENT |
| | $7,929.44 | | | $2,725.84 | | | $329,000.00 | COUNTY TAX DISBURSEMENT |
| $550.00 | $8,479.44 | | | $2,725.84 | | | $329,000.00 | ATTORNEY FEES |
| $115.00 | $8,594.44 | | | $2,725.84 | | | $329,000.00 | TITLE POLICY |