```
679873        5/11/2011 3:10 PM    Debra A Green
1 of 1      ASDOT  R$11.00  D$0.00  Park County Clerk
```

## ASSIGNMENT OF DEED OF TRUST

| | |
|---|---|
| Assignor: | Mortgage Electronic Registration Systems, Inc., as nominee for First Magnus Financial Corporation, An Arizona Corporation, its successors and assigns |
| Assignee: | Wells Fargo Bank, NA |
| Date of Deed of Trust: | May 31, 2007 |
| Recording Date: | June 12, 2007 |
| County of Recording: | Park |
| Recorded: | At Reception No. 641460 |

KNOW ALL MEN BY THESE PRESENTS that on, May 31, 2007, Dennis K. Obduskey, an unmarried person, did grant, bargain, sell and convey the property described in the Deed of Trust to the Public Trustee of the County in which said Deed of Trust was recorded, which property was to be held in trust, by such Public Trustee for the use and benefit of Assignor, to secure the payment of the original principal sum of $329,940.00, together with interest.

NOW THEREFORE, in consideration of the sum of ten dollars and other valuable consideration, paid to the Assignor, the receipt, adequacy and sufficiency of which is hereby acknowledged, Assignor hereby assigns unto the said Assignee, the said Deed of Trust, together with all moneys now owing or that may hereafter become due or owing in respect thereof, and the full benefit of all powers and of all the covenants and provisos therein contained, and said Assignor hereby grants and conveys unto the said Assignee, all of Assignor's beneficial right, title and interest, under the Deed of Trust, in and to the following described property, situated in the County of Park, State of Colorado, to wit:

LOT 108, DEER CREEK VALLEY RANCHOS-UNIT 4, COUNTY OF PARK, STATE OF COLORADO.

also known by street and number as: 132 Wagon Tongue Road, Bailey, CO 80421

TO HAVE AND TO HOLD the said Deed of Trust, and also the said property unto the said Assignee forever, subject to the terms contained in said Deed of Trust.

IN WITNESS WHEREOF, the Assignor has executed this assignment the day and year first above written

Mortgage Electronic Registration Systems<Inc.

_____
Tati Mohammad
Assistant Secretary

STATE OF MINNESOTA}
                  } ss.
COUNTY OF DAKOTA  }

The foregoing instrument was acknowledged before me on _MAY 3_ 2011 by _TATI Mohammad_ as Assistant Secretary of Mortgage Electronic Registration Systems, Inc.

Witness my hand and seal. _1-31-2015_
My Commission Expires:

{SEAL}

Notary Public

Return to:
Conner Ross re: 09-13646R
Castle Stawiarski, LLC
999 18th St., Ste. 2201
Denver, CO 80202
MERS MIN#: 100039224726799406
MERS Phone #: 1-888-679-MERS (6377)


SANDRA MAE PARRISH
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2015

EXHIBIT - 6