From: toney.green@wellsfargo.com
Sent: Sep 17, 2014 8:11:40 AM CDT
To: KLarson@McCarthyHolthus.com
Subject: RE: URGENT CO-14-631150-JS [ Information re: borrower

----~HIST----------------* END OF LOAN HISTORY *--------------------(MORE)

PROC-DT DUE-DT TRAN TRAN-DESCRIPTION     SG NO      TRAN-EFFECTIVE-DATE

   TRAN-AMT PRINCIPAL INTEREST ESCROW   AMOUNT/CD/DESCRIPTION

09-16-14 00-00 714 FORECLOSURE INVESTOR REPAYMENT

     30.76     0.00    0.00    0.00    30.76   MTGR REC CORP ADV BA

09-12-14 00-00 631 PROPERTY PRESERVATION

     15.00     0.00    0.00    0.00    15.00   3RD REC CORP ADV

09-05-14 00-00 632 STATUTORY EXPENSES

     27.00     0.00    0.00    0.00    27.00   MTGR REC CORP ADV BA

08-12-14 00-00 632 STATUTORY EXPENSES

    495.00     0.00    0.00    0.00   495.00   MTGR REC CORP ADV BA

08-12-14 00-00 632 STATUTORY EXPENSES

    250.00     0.00    0.00    0.00   250.00   MTGR REC CORP ADV BA

08-12-14 00-00 632 STATUTORY EXPENSES

      8.74     0.00    0.00    0.00     8.74   3RD REC CORP ADV


PROC-DT DUE-DT TRAN TRAN-DESCRIPTION     SG NO      TRAN-EFFECTIVE-DATE

   TRAN-AMT PRINCIPAL INTEREST ESCROW   AMOUNT/CD/DESCRIPTION

08-12-14 00-00 632 STATUTORY EXPENSES

    201.50     0.00    0.00    0.00   201.50   MTGR REC CORP ADV BA

08-12-14 00-00 632 STATUTORY EXPENSES

    500.00     0.00    0.00    0.00   500.00   MTGR REC CORP ADV BA

EXHIBIT - 11

```
08-12-14 00-00 631 PROPERTY PRESERVATION

    15.00    0.00    0.00    0.00   15.00  3RD REC CORP ADV

08-12-14 00-00 630 ATTORNEY ADVANCES

   615.00    0.00    0.00    0.00  615.00  MTGR REC CORP ADV BA

07-14-14 00-00 631 PROPERTY PRESERVATION

    15.00    0.00    0.00    0.00   15.00  3RD REC CORP ADV

07-11-14 00-00 632 STATUTORY EXPENSES

    13.50    0.00    0.00    0.00   13.50  MTGR REC CORP ADV BA


----~HIST----------------* END OF LOAN HISTORY *---------------------(MORE)

PROC-DT DUE-DT TRAN TRAN-DESCRIPTION      SG NO      TRAN-EFFECTIVE-DATE

  TRAN-AMT  PRINCIPAL  INTEREST  ESCROW   AMOUNT/CD/DESCRIPTION

07-11-14 00-00 630 ATTORNEY ADVANCES

    60.00    0.00    0.00    0.00   60.00  MTGR REC CORP ADV BA

07-03-14 06-09 161 ESCROW ADVANCE

  2,263.00   0.00    0.00 2,263.00

07-03-14 07-14 351 HAZ INS

  2,263.00-  0.00    0.00 2,263.00-       PAYEE = 70040

           16,641.80-

06-10-14 00-00 631 PROPERTY PRESERVATION

    15.00    0.00    0.00    0.00   15.00  3RD REC CORP ADV

05-16-14 00-00 632 STATUTORY EXPENSES

    27.00    0.00    0.00    0.00   27.00  MTGR REC CORP ADV BA
```

-----~HIST-----------------* END OF LOAN HISTORY *--------------------(MORE)

PROC-DT DUE-DT TRAN TRAN-DESCRIPTION    SG NO    TRAN-EFFECTIVE-DATE

  TRAN-AMT PRINCIPAL INTEREST ESCROW    AMOUNT/CD/DESCRIPTION

05-16-14 00-00 630 ATTORNEY ADVANCES

   107.50   0.00   0.00   0.00   107.50  MTGR REC CORP ADV BA

05-09-14 00-00 631 PROPERTY PRESERVATION

    15.00   0.00   0.00   0.00    15.00  3RD REC CORP ADV

05-02-14 06-09 161 ESCROW ADVANCE

   776.92   0.00   0.00  776.92

05-02-14 05-14 312 COUNTY TAX DISBURSEMENT

   776.92-  0.00   0.00  776.92-      PAYEE = 05093

           14,378.80-

04-11-14 00-00 631 PROPERTY PRESERVATION

    15.00   0.00   0.00   0.00    15.00  3RD REC CORP ADV


-----~HIST-----------------* END OF LOAN HISTORY *--------------------(MORE)

PROC-DT DUE-DT TRAN TRAN-DESCRIPTION    SG NO    TRAN-EFFECTIVE-DATE

  TRAN-AMT PRINCIPAL INTEREST ESCROW    AMOUNT/CD/DESCRIPTION

03-14-14 00-00 631 PROPERTY PRESERVATION

    15.00   0.00   0.00   0.00    15.00  3RD REC CORP ADV

02-17-14 00-00 631 PROPERTY PRESERVATION

    15.00   0.00   0.00   0.00    15.00  3RD REC CORP ADV

02-07-14 06-09 161 ESCROW ADVANCE

   776.92   0.00   0.00  776.92

02-07-14 02-14 312 COUNTY TAX DISBURSEMENT

776.92- 0.00 0.00 776.92- PAYEE = 05093

13,601.88-

01-21-14 00-00 632 STATUTORY EXPENSES

13.50 0.00 0.00 0.00 13.50 MTGR REC CORP ADV BA

-----~HIST------------------* END OF LOAN HISTORY *----------------------(MORE)

PROC-DT DUE-DT TRAN TRAN-DESCRIPTION SG NO TRAN-EFFECTIVE-DATE

TRAN-AMT PRINCIPAL INTEREST ESCROW AMOUNT/CD/DESCRIPTION

01-21-14 00-00 631 PROPERTY PRESERVATION

15.00 0.00 0.00 0.00 15.00 3RD REC CORP ADV

01-21-14 00-00 630 ATTORNEY ADVANCES

75.00 0.00 0.00 0.00 75.00 MTGR REC CORP ADV BA

12-10-13 00-00 631 PROPERTY PRESERVATION

15.00 0.00 0.00 0.00 15.00 3RD REC CORP ADV

11-13-13 00-00 632 STATUTORY EXPENSES

13.50 0.00 0.00 0.00 13.50 MTGR REC CORP ADV BA

11-13-13 00-00 631 PROPERTY PRESERVATION

15.00 0.00 0.00 0.00 15.00 3RD REC CORP ADV

11-13-13 00-00 630 ATTORNEY ADVANCES

60.00 0.00 0.00 0.00 60.00 MTGR REC CORP ADV BA

-----~HIST------------------* END OF LOAN HISTORY *----------------------(MORE)

PROC-DT DUE-DT TRAN TRAN-DESCRIPTION SG NO TRAN-EFFECTIVE-DATE

TRAN-AMT  PRINCIPAL  INTEREST  ESCROW   AMOUNT/CD/DESCRIPTION

10-15-13 00-00 631 PROPERTY PRESERVATION

   15.00    0.00    0.00    0.00    15.00  3RD REC CORP ADV

10-14-13 00-00 632 STATUTORY EXPENSES

   40.50    0.00    0.00    0.00    40.50  MTGR REC CORP ADV BA

10-14-13 00-00 630 ATTORNEY ADVANCES

   215.00   0.00    0.00    0.00    215.00  MTGR REC CORP ADV BA

09-17-13 00-00 631 PROPERTY PRESERVATION

   15.00    0.00    0.00    0.00    15.00  3RD REC CORP ADV

09-04-13 06-09 161 ESCROW ADVANCE

   21.00    0.00    0.00    21.00

09-04-13 07-14 351 HAZ INS

   21.00-   0.00    0.00    21.00-      PAYEE = 70040

----~HIST-----------------* END OF LOAN HISTORY *--------------------(MORE)

PROC-DT  DUE-DT  TRAN  TRAN-DESCRIPTION    SG NO    TRAN-EFFECTIVE-DATE

TRAN-AMT  PRINCIPAL  INTEREST  ESCROW   AMOUNT/CD/DESCRIPTION

        12,824.96-

08-26-13 00-00 631 PROPERTY PRESERVATION

   15.00    0.00    0.00    0.00    15.00  3RD REC CORP ADV

08-15-13 00-00 631 PROPERTY PRESERVATION

   15.00    0.00    0.00    0.00    15.00  NON REC CORP ADV

07-31-13 00-00 631 PROPERTY PRESERVATION

   15.00    0.00    0.00    0.00    15.00  3RD REC CORP ADV

```
07-08-13 06-09 168 REPAY OF ESCROW ADVANCE

    0.00    0.00    0.00 1,967.00- 1,967.00

07-08-13 06-09 163 INS REFUND

    1,967.00    0.00    0.00 1,967.00

                12,803.96-
```

----~HIST-----------------* END OF LOAN HISTORY *--------------------(MORE)

```
PROC-DT DUE-DT TRAN TRAN-DESCRIPTION    SG NO    TRAN-EFFECTIVE-DATE

    TRAN-AMT PRINCIPAL INTEREST ESCROW   AMOUNT/CD/DESCRIPTION

07-05-13 06-09 161 ESCROW ADVANCE

    1,967.00    0.00    0.00 1,967.00

07-05-13 07-13 351 HAZ INS

    1,967.00-   0.00    0.00 1,967.00-      PAYEE = 70040

                14,770.96-

07-02-13 06-09 161 ESCROW ADVANCE

    1,967.00    0.00    0.00 1,967.00

07-02-13 07-13 351 HAZ INS

    1,967.00-   0.00    0.00 1,967.00-      PAYEE = 70040

                12,803.96-

06-26-13 00-00 631 PROPERTY PRESERVATION

    15.00    0.00    0.00    0.00    15.00 3RD REC CORP ADV
```

----~HIST-----------------* END OF LOAN HISTORY *--------------------(MORE)

PROC-DT DUE-DT TRAN TRAN-DESCRIPTION    SG NO    TRAN-EFFECTIVE-DATE

TRAN-AMT PRINCIPAL INTEREST ESCROW AMOUNT/CD/DESCRIPTION

06-26-13 00-00 745 CORPORATE ADVANCE ADJUSTMENT

    125.00    0.00    0.00    0.00    125.00   NON REC CORP ADV

06-26-13 00-00 745 CORPORATE ADVANCE ADJUSTMENT

    125.00-    0.00    0.00    0.00    125.00-   MTGR REC CORP ADV BA

06-05-13 00-00 632 STATUTORY EXPENSES

    67.50    0.00    0.00    0.00    67.50   MTGR REC CORP ADV BA

06-05-13 00-00 630 ATTORNEY ADVANCES

    430.00    0.00    0.00    0.00    430.00   3RD REC CORP ADV

05-28-13 06-09 161 ESCROW ADVANCE

    806.37    0.00    0.00    806.37

05-28-13 05-13 312 COUNTY TAX DISBURSEMENT

    806.37-    0.00    0.00    806.37-     PAYEE = 05093

----~HIST----------------* END OF LOAN HISTORY *---------------------(MORE)

PROC-DT DUE-DT TRAN TRAN-DESCRIPTION    SG NO    TRAN-EFFECTIVE-DATE

TRAN-AMT PRINCIPAL INTEREST ESCROW AMOUNT/CD/DESCRIPTION

        10,836.96-

05-22-13 00-00 631 PROPERTY PRESERVATION

    15.00    0.00    0.00    0.00    15.00   MTGR REC CORP ADV BA

05-14-13 00-00 633 MISC FORECLOSURE AND BANKRUPTCY EXPENSES

    5.00    0.00    0.00    0.00    5.00   3RD REC CORP ADV

04-17-13 00-00 631 PROPERTY PRESERVATION

```
   15.00    0.00    0.00    0.00   15.00  MTGR REC CORP ADV BA
03-26-13 00-00 631 PROPERTY PRESERVATION
   15.00    0.00    0.00    0.00   15.00  NON REC CORP ADV
03-13-13 00-00 631 PROPERTY PRESERVATION
   15.00    0.00    0.00    0.00   15.00  NON REC CORP ADV


----~HIST-----------------* END OF LOAN HISTORY *---------------------(MORE)
PROC-DT DUE-DT TRAN TRAN-DESCRIPTION    SG NO     TRAN-EFFECTIVE-DATE
  TRAN-AMT PRINCIPAL INTEREST ESCROW   AMOUNT/CD/DESCRIPTION
03-12-13 00-00 631 PROPERTY PRESERVATION
   15.00    0.00    0.00    0.00   15.00  3RD REC CORP ADV
03-12-13 00-00 631 PROPERTY PRESERVATION
   15.00    0.00    0.00    0.00   15.00  3RD REC CORP ADV
03-08-13 00-00 631 PROPERTY PRESERVATION
   15.00    0.00    0.00    0.00   15.00  MTGR REC CORP ADV BA
02-13-13 06-09 161 ESCROW ADVANCE
  806.37    0.00    0.00  806.37
02-12-13 02-13 312 COUNTY TAX DISBURSEMENT
  806.37-   0.00    0.00  806.37-       PAYEE = 05093
               10,030.59-
```