## Dennis Obduskey

**From:** Steven Hill <shill@riggsabney.com>
**Sent:** Wednesday, November 13, 2013 9:16 AM
**To:** 'denniso@airbiz.net' (denniso@airbiz.net)
**Subject:** FW: People visiting Home

---

**From:** Toney.Green@wellsfargo.com [mailto:Toney.Green@wellsfargo.com]
**Sent:** Wednesday, November 13, 2013 6:45 AM
**To:** Steven Hill; cgraber@cmsatty.com
**Cc:** NArrambide@cmsatty.com; Lisa Ruble
**Subject:** RE: People visiting Home

No, this is not something that Wells Fargo would send. Please tell borrower to disregard that letter as it is not legit.

---

**From:** Steven Hill [mailto:shill@riggsabney.com]
**To:** Cynthia Lowery-Graber
**Cc:** Nicole Arrambide; Lisa Ruble
**Subject:** People visiting Home

Cynthia, I hope that all is well,

I am seeking to inquire about the constant visits to the home of Mr. Obduskey.

The notice attached hereto was not stuck on the fence or a door, but hand-delivered by a Russian couple on Tuesday November 5, 2013. Klovdia Farago, wrote her name and claims that she was instructed by (Patty Alander), to take photos of and leave the notice. Mr. Obduskey allowed a photo of the house to be taken from where they had parked in his drive.

This is not acceptable behavior and I believe it could be deemed a violation of the Fair Debt Collection Practices Act. Wells Fargo has been on notice for nearly two years that, Mr. Obduskey has been represented by counsel. Can you please have all future notices sent to my office?


Thank You,

Steven Hill

EXHIBIT - 14

1