

Wells Fargo Online®

## Account Activity

DKO XXXXXX1757

### Activity Summary

| | |
|---|---|
| Ending Balance as of 02/09/10 | $9.49 |
| Available Balance | $0.01 |
| Interest earned this period | $0.01 |
| Interest paid year-to-date | $0.03 |

### Transactions

**Find Transactions**
Description or Keyword    mortgage
Dates1
Amounts or Check Numbers
Type

| Date ▽ | Description | Deposits / Additions | Withdrawals / Subtractions |
|---|---|---|---|
| **Pending Transactions** | | | |
| No pending transactions meet your criteria above. | | | |
| **Posted Transactions** | | | |
| 01/05/10 | MORTGAGE PAYMENT EFT 100105 0205097843 OBDUSKEY DENNIS, K | | $1,605.26 |
| 12/03/09 | MORTGAGE PAYMENT EFT 091203 0205097843 OBDUSKEY DENNIS, K | | $1,605.26 |
| 11/03/09 | MORTGAGE PAYMENT EFT 091103 0205097843 OBDUSKEY DENNIS, K | | $1,605.26 |
| 10/02/09 | MORTGAGE PAYMENT EFT 091002 0205097843 OBDUSKEY DENNIS, K | | $1,605.26 |
| 09/02/09 | MORTGAGE PAYMENT EFT 090902 0205097843 OBDUSKEY DENNIS, K | | $1,605.26 |
| 07/27/09 | MORTGAGE PAYMENT EFT 090727 0205097843 OBDUSKEY DENNIS, K | | $1,605.26 |
| **Totals** | | $0.00 | $9,631.56 |

⌂ Equal Housing Lender
© 1995 – 2010 Wells Fargo. All rights reserved.

EXHIBIT - 16

Wells Fargo Account Act...    2/10/2010    https://online.wellsfargo.c...