| Account Name | Account Number | Date Opened | Balance | Date Reported | Past Due | Status | Credit Limit |
|---|---|---|---|---|---|---|---|
| | | | | | | Conventional RE Mortgage | |
| Date of First Delinquency: | N/A | | | | | | |
| Comments: | Fannie Mae account | | | | | | |

**81-Month Payment History**

No 81-Month Payment Data available for display.

| WELLS FARGO HOME MOR | 708020509XXXX | 05/31/2007 | $329,000 | 08/07/2015 | $154,270 | 120+ DAYS PAST DUE | N/A |

**WELLS FARGO HOME MORTGAGE**
PO Box 10335
Des Moines, IA-503060335
(800) 288-3212

| | | | |
|---|---|---|---|
| Account Number: | 708020509XXXX | Status: | 120+ DAYS PAST DUE |
| Account Owner: | Individual Account. | High Credit: | $329,940 |
| Type of Account: | Mortgage | Credit Limit: | |
| Term Duration: | 30 Years | Terms Frequency: | Monthly (due every month) |
| Date Opened: | 05/31/2007 | Balance: | $329,000 |
| Date Reported: | 08/07/2015 | Amount Past Due: | $154,270 |
| Date of Last Payment: | 10/2011 | Actual Payment Amount: | |
| Scheduled Payment Amount: | $2,040 | Date of Last Activity: | N/A |
| Date Major Delinquency First Reported: | | Months Reviewed: | 94 |
| Creditor Classification: | | Activity Designator: | N/A |
| Charge Off Amount: | | Deferred Payment Start Date: | |
| Balloon Payment Amount: | | Balloon Payment Date: | |
| Date Closed: | | Type of Loan: | Conventional RE Mortgage |
| Date of First Delinquency: | 10/2008 | | |
| Comments: | Consumer disputes after resolution, Foreclosure process started | | |

**81-Month Payment History**

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | | | | | |
| 2014 | 180 | 180 | 120 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 |
| 2013 | 180 | NR | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 |
| 2012 | NR | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 |
| 2011 | 120 | 120 | 120 | 120 | 120 | 120 | NR | 180 | 180 | 180 | 180 | 180 |
| 2010 | NR | 120 | NR | NR | NR | NR | NR | NR | NR | NR | 120 | 120 |
| 2009 | 90 | NR | NR | NR | NR | 120 | NR | NR | NR | NR | NR | NR |
| 2008 | | | | | | | | | | | NR | 60 |

EXHIBIT - 18