## NOTICE OF ELECTION AND DEMAND FOR SALE
## BY PUBLIC TRUSTEE

No. 2011-0075

TO THE PUBLIC TRUSTEE IN THE COUNTY OF PARK, COLORADO

The covenants of the following described Deed of Trust have been violated:

Original Grantor(s): Dennis K. Obduskey
Original Beneficiary: Mortgage Electronic Registration Systems, Inc., as nominee for First Magnus Financial Corporation, An Arizona Corporation
Holder of Evidence of Debt: Wells Fargo Bank, N.A.
Date of Deed of Trust: May 31, 2007
Recording Date of Deed of Trust: June 12, 2007
Original Principal Amount of Evidence of Debt: $329,940.00
Outstanding Principal Amount of Evidence of Debt as of the date hereof: $329,000.00
County of Recording: Park
Book and Page No. or Reception No. of Recorded Deed of Trust: at Reception No. 641460

Legal Description of Real Property:

LOT 108, DEER CREEK VALLEY RANCHOS - UNIT 4, COUNTY OF PARK, STATE OF COLORADO.

WHICH HAS THE ADDRESS OF 132 Wagon Tongue Road, Bailey, CO 80421

THE PROPERTY DESCRIBED HEREIN IS ALL OF THE PROPERTY ENCUMBERED BY THE LIEN OF THE DEED OF TRUST.

THE LIEN FORECLOSED MAY NOT BE A FIRST LIEN.

The covenants of said Deed of Trust have been violated as follows: Failure to pay principal and interest when due together with all other payments provided for in the Evidence of Debt secured by the Deed of Trust and other violations of the terms thereof.

The undersigned therefore declares a violation of the covenants of said Deed of Trust. Demand is hereby made that you as Public Trustee named in said Deed of Trust, give notice, advertise for sale and sell said property for the purpose of paying all or part of the indebtedness thereby secured and the expense of making said sale, all as provided by law and the terms of said Deed of Trust.

**CASTLE STAWIARSKI, LLC MAY BE ACTING AS A DEBT COLLECTOR AND IS ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

Dated: April 25, 2011.

WELLS FARGO BANK, N.A., Holder of Evidence of Debt, as the term is defined in C.R.S. 38-38-100.3(10)

By: Castle Stawiarski, LLC
Attorneys for Holder of Evidence of Debt

By:
Attorneys at Law, Reg. No.
999 18th Street, Suite 2201
Denver, CO 80202
(303) 865-1400

Obduskey / 09-13646R
CONV

Keith A. Gantenbein Jr.
39213

EXHIBIT - 19