

**Federal Trade Commission**
Protecting America's Consumers

# # 293; 16 CFR Parts 321 and 322; FTC Matter No.: R911004: Mortgage Acts and Practices - Advance Notice of Proposed Rulemaking

### Public Comments

1. Adcock, (6/8/2009) # 542308-00005
2. American Bankers Association (O'Neill, Virginia) (7/29/2009) # 542308-00032
3. American Society of Appraisers (Snyder, Betty) (7/30/2009) # 542308-00040
4. ANDERSON, LISA (6/3/2009) # 542308-00003
5. Attorney General, Commonwealth of Massachusetts (Coakley, Martha) (7/31/2009) # 542308-00053
6. Beasley, (5/30/2009) # 542308-00001
7. Boeing Employees' Credit Union (Cann, Parker) (7/30/2009) # 542308-00045
8. Bracco, Larry (6/23/2009) # 542308-00010
9. Center for Responsible Lending (Borne, Rebecca) (7/30/2009) # 542308-00048
10. Ciavarella, (7/28/2009) # 542308-00027
11. Ciavarella, (7/28/2009) # 542308-00028
12. Ciavarella, (7/28/2009) # 542308-00029
13. Consumer Mortgage Coalition (Canfield, Anne) (7/30/2009) # 542308-00036
14. Credit Union National Association (Bloch, Jeffrey) (7/30/2009) # 542308-00044
15. Crosby, Tracy (6/23/2009) # 542308-00011
16. Empire Justice Center (Keefe, Kirsten) (7/30/2009) # 542308-00049
17. Federal Home Loan Mortgage Corporation (Freddie Mac) (Bostrom, Robert) (7/30/2009) # 542308-00047
18. Feinman, Anita (7/13/2009) # 542308-00017
19. Flaker, (6/26/2009) # 542308-00016
20. Franciulli, Patricia (7/24/2009) # 542308-00020
21. Georgia Credit Union Affiliates (Ellis, Richard) (7/30/2009) # 542308-00035
22. goodman, al (7/28/2009) # 542308-00030
23. Harris, Kathleen (6/3/2009) # 542308-00004
24. Housing Policy Council (Dalton, John) (7/30/2009) # 542308-00046
25. kochanski, david (5/31/2009) # 542308-00002
26. Laborers International Union of North America -- LIUNA (Ash, Jordan) (7/30/2009) # 542308-00037
27. Mortgage Bankers Association (Szalay, Andrew) (7/30/2009) # 542308-00038
28. Mortgage Insurance Companies of America (Hutchinson, Suzanne) (7/30/2009) # 542308-00033
29. National Association of REALTORS (Nagy, Jerome) (7/30/2009) # 542308-00042
30. National Association of State Credit Union Supervisors (NASCUS) (Knight, Brian) (7/30/2009) # 542308-00043
31. National Community Reinvestment Coalition (Taylor, John) (7/30/2009) # 542308-00041
32. National Consumer Law Center (Saunders, Margot) (8/4/2009) # 542308-00052
33. Norman, (7/15/2009) # 542308-00018
34. Obduskey, Dennis (7/30/2009) # 542308-00050
35. Obduskey, Dennis (7/31/2009) # 542308-00051
36. P., (6/9/2009) # 542308-00007
37. Reid, Harry (United States Senate) (6/25/2009) # 542308-00055
38. rice, richard (6/9/2009) # 542308-00006
39. Scheu, Toni (6/25/2009) # 542308-00012
40. Smith, J (6/9/2009) # 542308-00008
41. Tucker, James (7/17/2009) # 542308-00019
42. Yackovich, Beverly G. & Edward (6/26/2009) # 542308-00014
43. Zager, Jeremy (6/23/2009) # 542308-00009

Last Modified: Thursday, January 7, 2010

EXHIBIT - 22

# 293; 16 CFR Parts 321 ...        2/19/2010        http://www.ftc.gov/os/com...