# FAX

| | | | |
|---|---|---|---|
| **To:** | **Gene Gathings**<br>Loss Mitigation Supervisor | **Fax #:** | (803) 396-6010 |
| **From:** | **Dennis Obduskey**<br>Wells Fargo Mortgage Mortgage Customer 0205097843 | **Date:** | May 5, 2009 |
| **Re:** | **Commending "Betty 4YG"** | | |
| **Pages:** | 1 | | |
| | ☒ For Review | | |

Mr. Gathings,

This is not something I do every day, but I'm sending this note to commend "Betty 4YG," a senior customer service representative in Loss Mitigation at Ft. Mill. I was given your name and fax number by Karla Ludzack in Online Customer Service.

I was transferred to Betty one day last month after speaking with a less experienced lady who wasn't able to understand the details of the problem I was trying to resolve relating to my modified mortgage and information I never received.

Having been frustrated by a lack of returned phone calls from a lady in another office back in March, I was trying to find out the status of my modified loan after receiving only minimal paperwork and some in error. Betty was darned good at figuring out what the problem was.

Betty has been in the industry, I think she said 30 years, 10 of those with Wells Fargo, and her experience and understanding were obvious to me within the first five minutes of our lengthy 45-minute conversation. She found that two different modification negotiators (?) had worked on my mortgage.

She was also able to make sense of what I was saying about my frustration at having received a single piece of paper, a transmittal sheet, which I had tried in vain to find someone to make sense of for me. The sheet related a 2nd agreement I never received, while the paperwork I'd sent back to Ft. Mill related to the 1st.

She was able to understand, I think, how documents your system shows as having been pushed out to me never really were. We did not discuss the specifics of that, but I believe she saw something of an internal problem with whom and how some of those problems were created. I encourage you to get her insights to head off similar customer problems and if I were you I would trust them. We also discussed an unrelated problem she had heard of that you should be aware of — I have Qwest voicemail, and virtually all automated messages I receive miss the first half. No idea why, but just is.

While Betty may not have been able to personally deal with all of the solutions, her ability to dissect the problems, communicate the situation to others, and move the process along made my call the best experience I've had with Wells Fargo during my difficult financial time. I really appreciated the time she spent on the call.

In speaking with Ashley in Ft. Mill today, she was able to see that it looks like the paperwork is at least progressing through the no doubt overloaded system. I don't think it would've made it this far without Betty's help. Give that lady a raise! Or a bonus! Or something nice!

Sincerely,

Dennis K Obduskey
132 Wagon Tongue Road
Bailey, CO  80421
303-816-1616

EXHIBIT - 23