Page 1 of 2

WELLS FARGO HOME MORTGAGE
RETURN MAIL OPERATIONS
PO BOX 10368
DES MOINES IA 50306-0368


**WELLS FARGO HOME MORTGAGE**

01/26/12

1AB    04085/008998/006623 0038    2 AGP96SLM191 708

DENNIS K OBDUSKEY
132 WAGON TONGUE ROAD
BAILEY, CO 80421-1057

| Account Information | |
|---|---|
| Online: | yourwellsfargomortgage.com |
| Fax: | (866) 278-1179 |
| Telephone: | (800) 416-1472 |
| Correspondence: | PO Box 10335 |
| | Des Moines, IA 50306 |
| Hours of Operation: | Mon - Fri, 8 AM - 11 PM |
| | Sat, 9 AM - 3 PM CT |
| Loan Number: | 0205097843 |
| Property Address: | 132 Wagon Tongue Rd |
| | Bailey CO 80421 |

RE: Please contact us for assistance options

Dear Dennis K Obduskey:                    *→ No conversation ever took place*

Thank you for taking the time to speak with me today. I realize this may be a difficult time for you, especially when we were unable to reach a mutual agreement regarding the options available to assist you with your current situation.

Our primary goal is helping you to continue to experience the pride of home ownership. We have several options which may help you. In order to assist you, we need you to contact us as soon as possible to discuss these options. You may also seek guidance on all other debts from a community-based Consumer Credit Counseling Agency. If you would like to take advantage of this service, you can get additional information at (800) 388-2227.

If you have any questions or need further assistance, please contact us at the phone number listed below.

Sincerely,

*Forrest Nelson*

Forrest Nelson
Home Preservation Specialist
Wells Fargo Home Mortgage
Ph: 1-877-857-2787 ext. 24669
Fax: 1-866-590-8910

NOTE: The Fair Debt Collection Practices Act requires us to notify you that in the event your loan is in default, we will attempt to collect the debt, and any information obtained will be used for that purpose. If you have received a discharge as a result of a bankruptcy proceeding, and the loan was not reaffirmed




012612LM19100591

WFM307P
LM191 708
008998/006623 AGP96S S2-ET-M1-C002

EXHIBIT - 24