**#2015-067**
*Amends #2011-051 and #2013-132*

UNITED STATES OF AMERICA
DEPARTMENT OF THE TREASURY
COMPTROLLER OF THE CURRENCY

| | |
|---|---|
| In the Matter of: ) | |
| ) | AMENDS AA-EC-11-19 |
| Wells Fargo Bank, N.A. ) | and |
| Sioux Falls, South Dakota ) | #2013-132 |

**CONSENT ORDER AMENDING THE
2011 CONSENT ORDER and 2013 AMENDMENT TO THE 2011 CONSENT ORDER**

The Comptroller of the Currency of the United States of America ("Comptroller") and Wells Fargo Bank, National Association, Sioux Falls, South Dakota ("Bank") hereby agree to amendments of Consent Order, AA-EC-11-19, dated April 13, 2011 ("2011 Consent Order"), and the Amendment to the 2011 Consent Order, dated February 28, 2013 ("2013 ACO"), (collectively, the "Consent Order").[1] The Bank, by and through its duly elected and acting Board of Directors ("Board"), has executed a Stipulation and Consent to the Issuance of an Amendment to the Consent Order ("Amendment"), dated June 16, 2015 ("Stipulation"), which is accepted by the Comptroller and incorporated by reference herein.

WHEREAS, the Bank has failed to comply with Articles II, III, IV, VIII and IX of the Consent Order. The fifteen (15) remaining actionable items of the ninety-eight (98) actionable items in the Consent Order are included in this Amendment;

WHEREAS, the Bank is in continuing noncompliance with and in violation of the Consent Order, and continues to engage in unsafe and unsound practices;

---

[1] The 2011 Consent Order remains in full force and effect, as amended herein.

1

EXHIBIT - 25