| | |
|---|---|
| DISTRICT COURT, CITY AND COUNTY OF DENVER, COLORADO<br>1437 Bannock Street<br>Denver, Colorado 80202 | |
| STATE OF COLORADO *ex rel.* JOHN W. SUTHERS, ATTORNEY GENERAL FOR THE STATE OF COLORADO; and JULIE ANN MEADE, ADMINISTRATOR, UNIFORM CONSUMER CREDIT CODE,<br><br>Plaintiffs,<br><br>v.<br><br>THE CASTLE LAW GROUP, LLC; ABSOLUTE POSTING & PROCESS SERVICES, LLC; RE RECORDS RESEARCH, LLC, d/b/a REAL ESTATE RECORDS RESEARCH; COLORADO AMERICAN TITLE, LLC; LAWRENCE E. CASTLE; CAREN A. CASTLE; RYAN J. O'CONNELL; and KATHLEEN A. BENTON,<br><br>Defendants. | ▲ **COURT USE ONLY** ▲ |
| JOHN W. SUTHERS, Attorney General<br>ALISSA GARDENSWARTZ, Reg. No. 36126*<br>First Assistant Attorney General<br>ERIK R. NEUSCH, Reg. No. 33146*<br>MEGAN PARIS RUNDLET, Reg. No. 27474*<br>JOHN FEENEY-COYLE, Reg. No. 44970*<br>REBECCA M. TAYLOR, Reg. No. 40645*<br>MARK L. BOEHMER, Reg. No. 40352*<br>LAUREN M. DICKEY, Reg. No. 45773*<br>Assistant Attorneys General<br>Colorado Attorney General's Office<br>Ralph L. Carr Colorado Judicial Center<br>1300 Broadway<br>Denver, Colorado 80203<br>Telephone: 720-508-6228<br>*Counsel of Record | Case No.:<br><br>Courtroom: |
| **COMPLAINT** ||

EXHIBIT - 30