## Timeline Exhibit for NED, Legal Actions and related notable items

*This chronological list provides support for the ongoing outrageous practices and related motions to dismiss; plaintiff asks court to make special note be made of bolded dates*

### Foreclosure #1

**6/5/2009**  Wells Fargo sends Acceleration Letter to Plaintiff stating "The entire balance is due and payable."

7/10/2009  Counsel for Wells Fargo (Christopher T Groen, Castle Meinhold & Stawiarski, LLC) files Notice of Election and Demand (NED) claiming Wells Fargo Bank, NA as Holder of the Evidence of Debt, reaffirming acceleration letter.

1/29/2010  Motion for Order Authorizing Sale Under CRCP Rule 120 filed in Park County District Court (2010CV32)

2/22/2010  Rule 120 Hearing vacated after counsel for Wells Fargo failed to appear (Obduskey represented by Sean Paris, private attorney)

11/30/2010  NED withdrawn (Allison Berry, Castle Stawiarski, LLC)

12/23/2010  2010CV32 Dismissed without prejudice.

**12/27/2010**  MERS system states "Investor has chosen not to display their information"

### Foreclosure #2

4/25/2011  Counsel for Wells Fargo (**Keith Gantenbein Jr., Castle Stawiarski, LLC**) files NED claiming Wells Fargo Bank, NA as Holder of Evidence of Debt

**5/11/2011**  Assignment of Deed of Trust filed with Park County Clerk and Recorder from Assignor Mortgage Electronic Registration Systems, Inc., as nominee for First Magnus Financial Corporation, An Arizona Corporation, its successors and assigns TO Assignee Wells Fargo Bank NA *(legality of assignment is in question and this assignment still in use today)*

6/24/2011  Motion for Order Authorizing Sale Under CRCP Rule 120 filed in Park County District Court (2011CV163)

**3/13/2012**  *Attorney Gantenbein, now in private practice, testifies at a Colorado State House of Representatives Committee Hearing that he and other lawyers at Castle signed "tens of thousands" of documents known as statements of qualified holder, generally with little more than an e-mail from a bank or loan servicer. "We found many bank errors, and you're not 100 percent sure you had the right to foreclose," he told the Denver Post. (Exhibit 38)*

3/26/2012  2011CV163 dismissed without prejudice after failure to Prosecute

8/21/2012  NED withdrawn (Reagan Larkin, Castle Stawiarski, LLC)

EXHIBIT - 33

### Foreclosure #3

| | |
|---|---|
| 12/19/2012 | Counsel for Wells Fargo (Alison L. Berry, Castle Stawiarski, LLC) files NED claiming Wells Fargo Bank, NA, as Holder of Evidence of Debt |
| 2/15/2013 | Motion for Order Authorizing Sale Under CRCP Rule 120 filed in Park County District Court (2013CV30022) |
| 3/11/2013 | Hearing Vacated after receiving Response from Obduskey Counsel |
| **7/28/2014** | *Letter from Defendant McCarthy & Holthus to Plaintiff Obduskey saying they have been instructed to commence foreclosure action under FDCPA and CFDCPA. <u>Note:  This was before Foreclosure #3 had been closed</u>.  Advised they are a debt collector and included 30-day validation language (response filed within 30 days).* |
| 8/1/2014 | Substitution of Counsel filed with Park County District Court replacing Castle Stawiarski, LLC, with McCarthy & Holthus, LLP |
| 8/21/2014 | Obduskey Counsel Steven Hill files Motion for Clarification as Rule 120 Hearing was still sought.  *Note: One Exhibit presented by original counsel included a questionable indorsement of the Note as another indorsement appears and is marked VOID, thought wasn't acknowledged under Freddie Mac guidelines. Wells Fargo advised Plaintiff in August they couldn't find a voided indorsement, suggesting multiple "originals."* |
| 8/21/2014 | NED withdrawn (Erin Robson, McCarthy & Holthus, LLP) |
| 8/22/2014 | 2013CV30022 dismissed without prejudice for failure to Prosecute |

### Foreclosure #4

| | |
|---|---|
| 5/12/2015 | Counsel for Wells Fargo (Joan Olson, McCarthy & Holthus, LLP) files NED claiming Wells Fargo Bank, NA, as Holder of Evidence of Debt |
| 8/11/2015 | Obduskey Files Federal Suit vs Wells Fargo and McCarthy & Holthus (this action) |
| **11/6/2015** | Motion for Order Authorizing Sale Under CRCP Rule 120 filed in Park County District Court (2015CV30081) (Six years and five months after Acceleration letter) |