**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.:  1:15-cv-01734-RBJ

DENNIS OBDUSKEY, an individual,

 Plaintiff,

v.

WELLS FARGO, WELLS FARGO BANK,
WELLS FARGO & CO., WELLS FARGO  BANK, N.A.,
WELLS FARGO HOME MORTGAGE, and
MCCARTHY AND HOLTHUS LLP,

 Defendant.

---

### WELLS FARGO BANK, N.A.'S SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT
---

Pursuant to Fed. R. Civ. P. 7.1(b)(2), Defendant Wells Fargo Bank, N.A. discloses that Wells Fargo & Company owns 100 percent of the stock of Wells Fargo Bank, N.A. Wells Fargo & Company is a publicly held corporation and has no parent corporation. Berkshire Hathaway Inc. is a publicly held corporation that owns 10% or more of Wells Fargo & Company's stock.

24397476

Dated this 8th day of July, 2016.

                                            SNELL & WILMER L.L.P.

                          By:  *s/ Christopher J.L. Diedrich*
                                Christopher J.L. Diedrich
                                1200 17th Street, Suite 1900
                                Denver, Colorado 80202
                                Telephone:  (303) 634-2000
                                cdiedrich@swlaw.com

                                ***Attorneys for Defendant Wells Fargo Bank, N.A.***

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of July, 2016, a true and correct copy of the foregoing **WELLS FARGO BANK N.A.'S SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT** was filed and served electronically through this Court's CM/ECF system or served via U.S. Mail, first class postage prepaid, upon the following:

| | |
|---|---|
| Steven L. Hill, Esq.<br>RIGGS, ABNEY, NEAL, TURPEN,<br>ORBISON & LEWIS, P.C.<br>50 S. Steele St, Suite 600<br>Denver, Colorado 80209<br>Telephone: 303.298.7392<br>Fax: 303.298.7398<br>E-mail: shill@riggsabney.com | Holly R. Shilliday, Esq.<br>McCarthy Holthus, LLP<br>7700 E. Arapahoe Road, Suite 230<br>Centennial, Colorado 80112<br>Telephone: 303.952.6905<br>Fax: 866.894.7369<br>E-mail: hshilliday@mccarthyholthus.com |

*Attorneys for Plaintiff*

                                            *s/ Dorinda Mangan*
                                            for Snell & Wilmer L.L.P.

24397476