Wells Fargo Home Mortgage
3476 Stateview Blvd., MAC X7801-013
Fort Mill  SC  29715

June 05, 2009

Dennis K Obduskey
132 Wagon Tongue Road
Bailey CO 80421

RE: Loan Number      0205097843                        Region 708
    Primary Number   8518133

THIS LETTER IS FOR INFORMATIONAL PURPOSES ONLY.  THIS IS NOT A DEMAND FOR PAYMENT.

The above loan file has been referred to our attorney with instructions to begin foreclosure proceedings.

You are hereby notified that, due to the default under the terms of the mortgage or deed of trust, the entire balance is due and payable.

If you have any questions, please contact our attorney listed below.
        Castle, Meinhold
        Stawiarski   Suite 2201
        999   18th Street
        Denver, CO              , 80202
        (303)865-1400

In the event you are experiencing an involuntary inability to pay and wish to explore an opportunity to reinstate, or need assistance in selling your property, please contact our offices at (800) 848-9862 and request to speak to one of our Borrower Counseling Representatives.

If you received a discharge in bankruptcy from personal liability for this mortgage loan, you should be aware that the mortgage or deed of trust remains as a valid lien against the property and will be foreclosed.  Please be advised that in the event of foreclosure, you would not be personally liable for any part of the debt, but you will lose your interest in and rights to the property.

Sincerely,

Foreclosure Department

XF004/XIG

Note:  The Fair Debt Collection Practices Act requires us to notify you that in the event your loan is in default, Wells Fargo Bank, N A will attempt to collect the debt and any information obtained will be used for that purpose.  However, if you have received a discharge, and the loan was not reaffirmed in the bankruptcy case, Wells Fargo Bank, N A will only exercise its rights as against the property and is not attempting any act to collect the discharge debt from you personally.

2015-CV-1734
EXHIBIT 1

Page 1 of 2

WELLS FARGO HOME MORTGAGE
RETURN MAIL OPERATIONS
PO BOX 10368
DES MOINES IA 50306-0368

January 5, 2010

014215 1 AB 0.360 186420147150325350056 2 AGNOTS
DENNIS K OBDUSKEY
132 WAGON TONGUE ROAD
BAILEY, CO 80421-1057

| Account Information | |
|---|---|
| Online: | yourwellsfargomortgage.com |
| Fax: | (866) 278-1179 |
| Telephone: | (800) 416-1472 |
| Correspondence: | PO Box 10335 |
| | Des Moines, IA 50306 |
| Hours of Operation: | Mon - Fri, 8 AM - 8 PM CT |
| Loan Number: | 0205097843 |
| Property Address: | 132 Wagon Tongue Rd |
| | Bailey CO 80421 |

RE: Decision on your request for mortgage assistance

Dear Dennis K Obduskey:

We're writing to provide you with the results of our efforts to find a solution that might help with the mortgage payment challenges you're facing.

**Final decision on your mortgage loan request**
Unfortunately, after carefully reviewing the information you've provided, we are unable to adjust the terms of your mortgage.

This decision was made because you did not provide us with all of the information needed within the time frame required per your trial modification period workout plan. For that reason, you have not been approved for a mortgage loan modification.

**Additional assistance is available**
If monthly expenses other than your mortgage payment are creating part of your financial strain, we encourage you to contact a HUD-approved, non-profit, community based Credit Counseling agency who can work with you to lower other monthly payments. You can find a local agency by calling (800) 569-4287. A counselor will work closely with you, take your financial circumstances into consideration, and create a budget plan that may work for you.

Be sure you avoid anyone who asks for a fee for counseling or a loan modification, or asks you to sign over the deed to your home, or to make your mortgage payments to anyone other than Wells Fargo Home Mortgage.

2015-CV-1734
EXHIBIT 1





LC278 708
014215/032535 AGNOTS S2-ET-M1-C004

0106I0LC2780006T

Together we'll go far

Page 2 of 2

**Account Information**
Loan Number: 0205097843
Property Address: 132 Wagon Tongue Rd
Bailey CO 80421

If you have any questions about the decision we've made on your mortgage request, please call a Wells Fargo Home Mortgage representative today at the number listed above in the account information section. We'd also like to hear from you if any of your circumstances have changed, or if you can provide us with additional information for consideration.

Sincerely,

*Ben L Windust*

Ben Windust
Senior Vice President
Wells Fargo Home Mortgage

Wells Fargo Bank, N A is required by the Fair Debt Collection Practices Act to inform you that if your loan is currently delinquent or in default, as your loan servicer, we will be attempting to collect a debt and any information obtained will be used for that purpose. However, if you have received a discharge and the loan was not reaffirmed in the bankruptcy case, Wells Fargo Bank, N A will only exercise its right as against the property and is not attempting any act to collect the discharge debt from you personally.

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 AM or after 9 PM. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about our debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N A ©2009 Wells Fargo Bank, N A. All rights reserved.




LC278 706
014215/032536 AGHDTS S2-ET-M1-C004

010610LC27800006T

2015-CV-1734
EXHIBIT 1



Wells Fargo Home Mortgage
MAC X2302-02J
1 Home Campus
Des Moines, IA 50328-0001

December 22, 2011

Dennis K. Obduskey
132 Wagon Tongue Road
Bailey, CO 80421

Dear Dennis K. Obduskey:

RE:   Loan Number 708-0205097843

I am providing this correspondence on behalf of Wells Fargo Home Mortgage (WFHM) in regards to your inquiry on December 12, 2011. This letter is being sent as a follow-up to our correspondence sent to your attention on December 13, 2011.

Due to the complex nature of the above-referenced inquiry, WFHM requires additional time to complete the necessary research. Therefore, WFHM will be providing a response to you by January 10, 2012.

WFHM appreciates your patience in this matter.

If you have any additional questions or need clarification regarding the information provided in this letter, please contact me directly at (800) 853-8516, extension 47824. I am available to assist you Monday through Friday, 7:30 a.m. to 4:00 p.m., Central Time.

Sincerely,

Marissa Willey
Executive Mortgage Specialist, Office of Executive Complaints

This communication is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you have received a discharge of this debt in bankruptcy or are currently in a bankruptcy case, this notice is not intended as an attempt to collect a debt as this company has a security interest in the property and will only exercise its rights against the property.

EX003/HDH/co573692

2015-CV-1734
EXHIBIT 1



Wells Fargo Home Mortgage
MAC X2302-02J
1 Home Campus
Des Moines, IA 50328-0001

July 11, 2012

Steven L. Hill
Riggs, Abney, Neal, Turpen, Orbison & Lewis
7979 East Tufts Ave. Pkwy.
Suite 1300
Denver, CO 80237

Dear Steven L. Hill:

RE:   Dennis K. Obduskey
      Loan Number 708-0205097843

It has been a pleasure being the single point of contact and working with you regarding your recent mortgage account inquiry on behalf of Dennis K. Obduskey. The following information is being provided as a follow-up regarding the information discussed in our recent telephone conversation on July 11, 2012.

The loan is currently being reviewed by us for possible retention options. The research and resolution of this matter is going beyond our standard response timeframe. You may expect communication regarding the resolution of your inquiry to be provided by July 25, 2012. Please be advised that the next step in this process will be to provide you with resolution to your inquiry. Correspondence will be forwarded to your attention should any change in the expected resolution timeframe be experienced.

We appreciate your patience during this process and thank you for your cooperation.

If you have any additional questions or need clarification regarding the information provided in this letter, please contact me directly at 1-800-853-8516, extension 45949. I am available to assist you Monday - Friday, 7:30 a.m. to 4:00 p.m. Central Time.

Sincerely,

*Robin Webb*

Robin Webb
Executive Mortgage Specialist
Office of Executive Complaints

Wells Fargo Bank, N.A.
1 Home Campus
MAC X2302-02J
Des Moines, IA 50328

2015-CV-1734

EXHIBIT 1

This communication is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you have received a discharge of this debt in bankruptcy or are currently in a bankruptcy case, this notice is not intended as an attempt to collect a debt as this company has a security interest in the property and will only exercise its rights against the property.

EX003/NO8/co638471

Together we'll go far



Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. NMLSR ID 399801



Wells Fargo Home Mortgage
MAC X2302-02J
1 Home Campus
Des Moines, IA 50328-0001

January 11, 2013

Susan Lewis
Riggs, Abney, Neal, Turpen, Orbison & Lewis, p.c.
7979 East Tufts Avenue Parkway, Suite 1300
Denver, CO 80237

Dear Susan Lewis:

RE:   Borrower: Dennis K. Obduskey
      Loan Number: 708-0205097843

I am writing to provide you with an update to the inquiry we received from you on behalf of Dennis K. Obduskey.

The research and resolution of your inquiry is going to take longer than originally stated. Due to this, we will not have a resolution to you by the original proposed date of January 11, 2013. We anticipate a final resolution will now be provided to you by January 26, 2013. We appreciate your patience as we finalize our research.

If you have any additional questions or need clarification regarding the information provided in this letter, please contact me directly at 1-800-853-8516, extension 47964. I am available to assist you Monday - Friday, 8:00 a.m. to 5:00 p.m., Central Time.

Sincerely,

Adam Velde
Executive Mortgage Specialist
Office of Executive Complaints
Wells Fargo Bank, N.A.
1 Home Campus
MAC X2302-02J
Des Moines, IA 50328

CC:   Dennis Obduskey
      132 Wagon Tongue Road
      Bailey, CO 80421-1057

This communication is an attempt to collect a debt and any information obtained will be used for that purpose. However, if the borrower has received a discharge of this debt in bankruptcy or is currently in a bankruptcy case, this notice is not intended as an attempt to collect a debt as this company has a security interest in the property and will only exercise its rights against the property.

With respect to those loans located in the State of California, the state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact the borrower before 8 a.m. or after 9 p.m. They may not harass the borrower by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call the borrower at work if they know or have reason to know that they may not receive personal calls at work. For the most part, collectors may not tell another person, other than the attorney or borrower's spouse, about the debt. Collectors may contact another person to confirm the borrower's location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

EX003/TGS/co722312

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. NMLSR ID 399801

2015-CV-1734
EXHIBIT 1



Wells Fargo
P.O. Box 10335
Des Moines, IA 50306-0335

June 29, 2015

Steven Hill
Riggs, Abney, Neal, Turpen, Orbison & Lewis
7979 E. Tufts Avenue Pkwy., Ste. 1300
Denver, CO 80237

Subject: Status update to the inquiry received for the mortgage account of Dennis K. Obduskey account number 0205097843

Dear Mr. Steven Hill:

We've reviewed your request for information about the activity on this account. We will be enclosing the following items with our final response:

- Security Instrument and Assignments, if applicable
- Promissory Note and any applicable riders
- Loan Information Report
- The recently received correspondence that initiated the request
- Why notices are left on your client's front door?
- A response to the August 19, 2014, letter
- Concerns with the notification for the Rule 120 court hearing

We're unable to provide any further information because your remaining requests are too broad. If you provide us with more specific details about what you're seeking, we'll review your request again.

If you have any questions about the information in this letter, please contact me directly at 1-800-853-8516, extension 47871. I am available to assist you Monday through Friday, 8:00 a.m. to 4:30 p.m. Central Time. If you require immediate assistance and I am unavailable, other representatives are available to assist you at 1-800-853-8516, Monday through Friday, 7:00 a.m. to 7:00 p.m. Central Time.

Sincerely,

*Todd Good*

Todd Good
Executive Mortgage Specialist
Customer Care and Recovery Group

CC:    Dennis K. Obduskey
       132 Wagon Tongue Road
       Bailey, CO 80421-1057

Wells Fargo is required by the Fair Debt Collection Practices Act to inform you that, as the loan servicer, we are attempting to collect a debt, and any information obtained will be used for that purpose. However, if the borrower has received a discharge from bankruptcy, and the loan was not reaffirmed in the bankruptcy case, Wells Fargo will only exercise its rights against the property and is not attempting any act to collect the discharged debt from the borrower personally.

With respect to those loans located in the State of California, the state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact the borrower before 8 a.m. or after 9 p.m. They may not harass the borrower by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call the borrower at work if they know or have reason to know that they may not receive personal calls at work. For the most part, collectors may not tell another person, other than the attorney or borrower's spouse, about the debt. Collectors may contact another person to confirm the borrower's location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

EX003/I7Z/co1411879/ge3855754/cl708

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. NMLSR ID 399801

2015-CV-1734
EXHIBIT 1

Wells Fargo Home Mortgage
Return Mail Operations
PO Box 10368
Des Moines, IA 50306-0368

**WELLS FARGO HOME MORTGAGE**

March 24, 2016

DCML1TDTU8  001913

RIGGS ABNEY NEAL TURPEN
ATTN: STEVEN HILL
STE 600
50 S STEELE ST
DENVER, CO 80209-2811

| Account Information | |
|---|---|
| Online: | wellsfargo.com |
| Fax: | 1-866-359-7363 |
| Telephone: | 1-800-416-1472 |
| Correspondence: | PO Box 10335 |
| | Des Moines, IA 50306 |
| Hours of operation: | Mon - Thurs, 7 a.m. - 9 p.m., |
| | Fri, 7 a.m. - 8 p.m., |
| | Sat, 8 a.m. - 4 p.m., CT |
| Loan number: | 0205097843 |
| Property address: | 132 Wagon Tongue Ro |
| | Bailey CO 80421 |

Subject: Your foreclosure sale date has changed

Dear Dennis K Obduskey:

I am writing to provide you with important and time-sensitive information about the mortgage noted above. **The foreclosure sale date of your mortgaged property has changed and is now scheduled for 05/25/2016**.

Please take note of this new foreclosure sale date and keep this letter for your records. And, it's important that you respond to any phone calls or communications from us about mortgage assistance or your foreclosure situation.

As your Home Preservation Specialist, I'm here to help answer any questions about the information in this letter. I can be reached at the phone number listed in the account information box at the top of this letter.

Home Preservation Department
Wells Fargo Home Mortgage

Please be advised that Wells Fargo Home Mortgage may be attempting to collect a debt and any information obtained may be used for that purpose. However, if you have received a discharge of this debt in bankruptcy or are currently in a bankruptcy case, this notice is not intended as an attempt to collect a debt.

Wells Fargo Home Mortgage is a division of Wells Fargo Bank Na © 2015 Wells Fargo Bank Na All rights reserved. NMLSR ID 399801

FC003 708 0264

2015-CV-1734
EXHIBIT 1