# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01734-RBJ

DENNIS OBDUSKEY,

    Plaintiff,

v.

WELLS FARGO,
WELLS FARGO BANK,
WELLS FARGO & CO.,
WELLS FARGO BANK, NA,
WELLS FARGO HOME MORTGAGE,
MCCARTHY AND HOLTHUS LLP,

    Defendants.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the ORDER, Document No. 41, of Judge R. Brooke Jackson entered on July 19, 2016, it is

ORDERED that Wells Fargo Bank, N.A.'s Motion to Dismiss [ECF No. 14] is GRANTED.  It is

FURTHER ORDERED that the Motion of McCarthy & Holthus, LLP to Dismiss the Complaint [ECF No. 18] is GRANTED.   It is

FURTHER ORDERED that the Motion for Preliminary Injunction and Temporary Restraining Order [ECF No. 39] is DENIED.   It is

FURTHER ORDERED that this civil action is dismissed with prejudice.

Dated at Denver, Colorado this 19th day of July, 2016.

                                    FOR THE COURT:
                                    JEFFREY P. COLWELL, CLERK

                          By:   s/   J. Dynes

                                    J. Dynes
                                    Deputy Clerk