# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Civil Action No. **1:15-CV-1734-RBJ** | ) |
| | ) |
| **DENNIS OBDUSKEY, an individual** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| **WELLS FARGO,** | ) |
| **WELLS FARGO BANK,** | ) |
| **WELLS FARGO & CO.,** | ) |
| **WELLS FARGO BANK NA,** | ) |
| **WELLS FARGO HOME MORTGAGE,** | ) |
| **and** | ) |
| **MCCARTHY AND HOLTHUS LLP** | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEAL

**NOTICE** is hereby given that Dennis Obduskey, Plaintiff, in the above-named case, does hereby appeal this case to the United States Court of Appeals for the Tenth Circuit from the Order (Exhibit 1 - Document 41) and Final Judgment (Exhibit 2 - Document 42) entered in this action on the 19th day of July, 2016.

**RESPECTFULLY SUBMITTED** this 17th day of August, 2016.

RIGGS, ABNEY, NEAL, TURPEN, ORBISON & LEWIS

/s/ *Steven L. Hill*
Steven L. Hill, # 35625
Riggs, Abney, Neal, Turpen, Orbison & Lewis
50 S. Steele. St., Suite 600
Denver, Colorado 80237
303-298-7392

1

        shill@riggsabney.com
        **Attorney for Plaintiff**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 17th day of August, 2016, a true and correct copy of the foregoing **NOTICE OF APPEAL** was filed with the Court via CM/ECF and to Counsel for Defendants via method indicated:

Attorney for Plaintiff, Wells Fargo:
Christopher J.L. Diedrich
1200 17th Street, Suite 1900
Denver, CO  80202
Phone:  303-634-2000
Fax:  303-634-2100
Email:  cdiedrich@swlaw.com

Attorney for Plaintiff, McCarthy & Holthus
McCarthy & Holthus, LLP
Attn:  Holly Shilliday
7700 E. Arapahoe Road, Ste. 230
Centennial, CO  80112
Phone:  303-952-6905
Fax:  866-894-7369
Email:  hshilliday@mccarthyhothus.com

        */s/ Kurt E. Krueger*
        Kurt E. Krueger, Paralegal