FILED  
**United States Court of Appeals**  
**Tenth Circuit**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

**January 19, 2018**

———————————————

**Elisabeth A. Shumaker**  
**Clerk of Court**

DENNIS OBDUSKEY,

   Plaintiff - Appellant,

v.

WELLS FARGO; WELLS FARGO BANK; WELLS FARGO & CO; WELLS FARGO BANK NA; WELLS FARGO HOME MORTGAGE; MCCARTHY AND HOLTHUS LLP,

   Defendants - Appellees.

No. 16-1330  
(D.C. No. 1:15-CV-01734-RBJ)  
(D. Colo.)

———————————————

**JUDGMENT**

———————————————

Before **MORITZ**, **KELLY**, and **MURPHY**, Circuit Judges.

———————————————

This case originated in the District of Colorado and was argued by counsel.

The judgment of that court is affirmed.

Entered for the Court

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk