# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. **1:15-CV-1734**

**DENNIS OBDUSKEY, an individual**

      Plaintiff,

v.

**WELLS FARGO, WELLS FARGO BANK,**
**WELLS FARGO & CO., WELLS FARGO BANK NA,**
**WELLS FARGO HOME MORTGAGE, and**
**MCCARTHY AND HOLTHUS LLP**

      Defendants.

---

## MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF, DENNIS OBDUSKEY

---

**THIS MATTER** comes before this Court upon attorney Steven L. Hill's *Motion to Withdraw as Counsel of Record for Plaintiff, Dennis Obduskey* (hereinafter "Motion").

**THE COURT**, being fully advised in the premises, hereby finds that attorney Hill does not  and has not represented Plaintiff, Dennis Obduskey during the last 4 years in this matter and therefore should be removed from the record as counsel for Plaintiff, Dennis Obduskey.

**THE COURT** hereby **GRANTS** the Motion. Attorney Steven L. Hill is removed from the record as counsel for Plaintiff, Dennis Obduskey.

**SIGNED AND SO ORDERED** this ____ day of _____, 2021.

BY THE COURT:

_____
Judge