# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. **1:15-CV-1734**

**DENNIS OBDUSKEY, an individual**

    Plaintiff,

v.

**WELLS FARGO, WELLS FARGO BANK,
WELLS FARGO & CO., WELLS FARGO BANK NA,
WELLS FARGO HOME MORTGAGE, and
MCCARTHY AND HOLTHUS LLP**

    Defendants.

## MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF, DENNIS OBDUSKEY

**COMES NOW**, Steven L. Hill of the Law Office of Jennifer S. Gormley, PC is, P.C., who hereby submits this *Motion to Withdraw as Counsel of Record for Plaintiff, Dennis Obduskey* ("Motion"), and states as follows:

1. On November 8, 2021, undersigned counsel received a filing titled "Letter from Clerk of Court" (Filing #50), notifying all parties in this matter of the discovery of the conflict of interest and failure of recusal of the judicial officer who presided over the 2015 case listed above, Judge R. Brooke Jackson.

2. The document from Clerk Cowell did not initial appear in Plaintiff's inbox and was discovered on Attorney Hill's monthly weekly search within email Trash folder.

3. On or about November 19, 2021 upon discovery of (Filing 50) Attorney Hill contacted his previous employer to obtain contact information for Dennis Obduskey.

4. Mr. Obduskey should not be prejudiced due to a computer issue.

5. On November 30, 2021, Dennis Obduskey filed a response letter (Filing #51) to Clerk of Court, Mr. Jeffrey P. Colwell, stating his intentions of potential procurement of new counsel to represent him in lieu of the newly acquired information.

6. Undersigned counsel has not been in this case since 2016. Further, undersigned counsel did not represent Mr. Obduskey in his Supreme Court case.

7. Undersigned counsel respectfully moves this court to issue an Order granting this Motion, removing Steven L. Hill as counsel of record for Plaintiff, Dennis Obduskey.

Respectfully submitted this 1st day of December 2021.

**LAW OFFICE OF JENNIFER S. GORMLEY, PC**

*/s/ Steven L. Hill*
Steven L. Hill, Esq.
6060 Greenwood Plaza Blvd., Suite 300
Greenwood Village, CO 80111
Phone: 303-783-9600
Fax: 303-783-9610
Email: steven@elderlawsource.com

CERTIFICATE OF SERVICE

       I hereby certify that on this 1st day of December 2021, a true and correct copy of the foregoing **MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF, DENNIS OBDUSKEY** was filed and served electronically through this Court's CM/ECF system and served via U.S. Mail, first class postage prepaid, upon the following:

Attorney for Defendant, Wells Fargo:
Ralph L. Carr Colorado Judicial Center
Attn: Christopher J.L. Diedrich, Assistant Attorney General
1300 Broadway
Denver, CO 80203
Phone: 720-508-6000

Defendant
McCarthy & Holthus, LLP
Attn: Holly Shilliday
7700 E. Arapahoe Road, Ste. 230
Centennial, CO 80112
Phone: 303-952-6905
Fax: 866-894-7369
Email: hshilliday@mccarthyhothus.com

Dennis K. Obduskey
604 Alpine Ave.
Pueblo, CO 81005
Phone: 303-929-0040
Email: denniso@airbiz.net

                                                 */s/ Cayce Gates*
                                                 Cayce Gates
                                                 Law Office of Jennifer S. Gormley, PC