# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:15-cv-01734-RBJ

DENNIS OBDUSKEY, an individual,

     Plaintiff,

v.

WELLS FARGO, WELLS FARGO BANK,
WELLS FARGO & CO., WELLS FARGO BANK, N.A.,
WELLS FARGO HOME MORTGAGE, and
MCCARTHY AND HOLTHUS LLP,

     Defendants.

---

## ENTRY OF APPEARANCE

---

PLEASE TAKE NOTICE that Greg Marshall of the law firm Snell & Wilmer L.L.P., enters his appearance on behalf of Defendant Wells Fargo Bank, N.A., and requests that he receive copies of all electronic filings in this case.

DATED December 6, 2021.

                    Respectfully submitted,
                    SNELL & WILMER L.L.P.

                    *s/ Greg Marshall*
                    Greg Marshall #19886
                    Anna Adams #51218
                    1200 Seventeenth Street, Suite 1900
                    Denver, Colorado 80202
                    Telephone: (303) 634-2000
                    Facsimile: (303) 634-2020

                    **Attorneys for Defendant Wells Fargo Bank, N.A.**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on December 6, 2021, a true and correct copy of the foregoing **ENTRY OF APPEARANCE** was filed and served via Colorado Courts E-Filing on the following:

Steven L. Hill, Esq.
RIGGS, ABNEY, NEAL, TURPEN,
ORBISON & LEWIS, P.C.
50 S. Steele St, Suite 600
Denver, Colorado 80209
Telephone: 303.298.7392
Fax: 303.298.7398
shill@riggsabney.com

Holly R. Shilliday, Esq.
McCarthy Holthus, LLP
7700 E. Arapahoe Road, Suite 230
Centennial, Colorado 80112
Telephone: 303.952.6905
Fax: 866.894.7369
hshilliday@mccarthyholthus.com

*s/Maegann Parsons*
for Snell & Wilmer L.L.P.