IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:15-cv-01734-RBJ

DENNIS OBDUSKEY, an individual,

    Plaintiff,

v.

WELLS FARGO, WELLS FARGO BANK,
WELLS FARGO & CO., WELLS FARGO BANK, N.A.,
WELLS FARGO HOME MORTGAGE, and
MCCARTHY AND HOLTHUS LLP,

    Defendants.

**DEFENDANT WELLS FARGO BANK, N.A.'S RESPONSE TO PLAINTIFF'S LETTER REQUESTING EXTENSION OF TIME TO RESPOND TO LETTER FROM CLERK OF COURT**

Defendant Wells Fargo Bank, N.A., through undersigned counsel, respectfully responds to Plaintiff Dennis Obdusky's Letter Requesting Extension of Time to Respond, stating as follows:

### ARGUMENT

1. On November 8, 2021, the Court issued a letter from Clerk of Court (the "Letter") alerting the parties that Judge R. Brooke Jackson recently learned that while he was presiding over this case, he or his spouse owned stock in Wells Fargo.

2. The Letter provided that the parties are "invited to respond to Judge Jackson's disclosure of a conflict in this case" and that any response should be submitted by November 30, 2021.

3. Neither Plaintiff nor any Defendant submitted a response by November 30, 2021.

4. On November 30, 2021, Plaintiff filed sent a letter to the Clerk stating that he was no longer represented by counsel and requested three weeks to locate counsel regarding a response to the Letter. Essentially, Plaintiff requested a three-week extension, up to and including December 21, 2021, to respond to the Letter.

5. Upon information and belief, the Letter was mailed to Wells Fargo's former counsel, Chris Diedrich, but at the office of his current employer, The Colorado Attorney General's Office. Mr. Diedrich ceased representing Wells Fargo in this matter following issuance of the mandate.

6. On Thursday, December 9, 2021, undersigned counsel learned of the existence of the Clerk of Court letter in this matter from counsel for Defendant McCarthy Holthus LLP, and Plaintiff's requested extension.

7. Upon information and belief, the Letter was not sent to Snell & Wilmer LLP, and Wells Fargo was not otherwise apprised of the Letter until undersigned counsel discovered its existence on December 9, 2021.

8. While Wells Fargo believes that no response to the Letter should be needed because, among other things, the Tenth Circuit affirmed Judge Jackson's judgment in this case, and the U.S. Supreme Court affirmed the Tenth Circuit, if this Court grants Plaintiff's request, Wells Fargo requests that all parties also be granted the same extension.

## CONCLUSION

If this Court grants Plaintiff's requested extension, Wells Fargo requests that all parties also be granted the same extension to respond to the Letter.

Dated: December 6, 2021.

        Respectfully submitted,

        SNELL & WILMER L.L.P.

        *s/ Greg Marshall*
        Greg Marshall #19886
        Anna Adams #51218
        1200 Seventeenth Street, Suite 1900
        Denver, Colorado 80202
        Telephone: (303) 634-2000
        Facsimile: (303) 634-2020

        ***Attorneys for Defendant Wells Fargo Bank, N.A.***

## CERTIFICATE OF SERVICE

I hereby certify that, on December 6, 2021, a true and correct copy of the foregoing **DEFENDANTS' RESPONSE TO PLAINTIFF'S LETTER REQUESTING EXTENSION OF TIME TO RESPOND TO LETTER FROM CLERK OF COURT** was filed and served via Colorado Courts E-Filing on the following:

| | |
|---|---|
| Steven L. Hill, Esq. | Holly R. Shilliday, Esq. |
| RIGGS, ABNEY, NEAL, TURPEN, ORBISON & LEWIS, P.C. | McCarthy Holthus, LLP |
| 50 S. Steele St, Suite 600 | 7700 E. Arapahoe Road, Suite 230 |
| Denver, Colorado 80209 | Centennial, Colorado 80112 |
| Telephone: 303.298.7392 | Telephone: 303.952.6905 |
| Fax: 303.298.7398 | Fax: 866.894.7369 |
| shill@riggsabney.com | hshilliday@mccarthyholthus.com |

        *s/Maegann Parsons*
        for Snell & Wilmer L.L.P.

4884-8518-3493.2