# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:15-cv-01734-RBJ

DENNIS OBDUSKEY, an individual,

    Plaintiff,

v.

WELLS FARGO, WELLS FARGO BANK,
WELLS FARGO & CO., WELLS FARGO BANK, N.A.,
WELLS FARGO HOME MORTGAGE, and
MCCARTHY AND HOLTHUS LLP,

    Defendants.

## ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Anna Adams of the law firm Snell & Wilmer L.L.P., hereby enters her appearance on behalf of Defendant Wells Fargo Bank, N.A., and requests that she receive copies of all electronic filings in this case.

DATED December 6, 2021.

    Respectfully submitted,
    SNELL & WILMER L.L.P.

    *s/ Anna Adams*
    Greg Marshall #19886
    Anna Adams #51218
    1200 Seventeenth Street, Suite 1900
    Denver, Colorado 80202
    Telephone: (303) 634-2000
    Facsimile: (303) 634-2020

    ***Attorneys for Defendant Wells Fargo Bank, N.A.***

## **CERTIFICATE OF SERVICE**

I hereby certify that, on December 6, 2021, a true and correct copy of the foregoing **ENTRY OF APPEARANCE** was filed and served via Colorado Courts E-Filing on the following:

| | |
|---|---|
| Steven L. Hill, Esq.<br>RIGGS, ABNEY, NEAL, TURPEN,<br>ORBISON & LEWIS, P.C.<br>50 S. Steele St, Suite 600<br>Denver, Colorado 80209<br>Telephone: 303.298.7392<br>Fax: 303.298.7398<br>shill@riggsabney.com | Holly R. Shilliday, Esq.<br>McCarthy Holthus, LLP<br>7700 E. Arapahoe Road, Suite 230<br>Centennial, Colorado 80112<br>Telephone: 303.952.6905<br>Fax: 866.894.7369<br>hshilliday@mccarthyholthus.com |

*s/Maegann Parsons*
for Snell & Wilmer L.L.P.