IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge R. Brooke Jackson

Civil Action No 15-cv-01734-RBJ

DENNIS OBDUSKEY, an individual,

    Plaintiff,

v.

WELLS FARGO,
WELLS FARGO BANK,
WELLS FARGO & CO.,
WELLS FARGO BANK NA,
WELLS FARGO HOME MORTGAGE, and
MCCARTHY AND HOLTHUS LLP,

    Defendants.

## ORDER OF RECUSAL

    I have learned that either my wife or I owned stock in a party to this matter at the time I was assigned to the case. I therefore recuse myself from further participation in this case.

    Dated this 11th day of January, 2022 nunc pro tunc to November 8, 2021.

                                       BY THE COURT:

                                       _____
                                       R. Brooke Jackson
                                       Senior United States District Judge