IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-01734-JLK

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
5/16/2022
JEFFREY P. COLWELL, CLERK

DENNIS OBDUSKEY,

    Plaintiff,

v.

WELLS FARGO,
WELLS FARGO BANK,
WELLS FARGO & CO,
WELLS FARGO BANK, N.A.,
WELLS FARGO HOME MORTGAGE, and
MCCARTHY AND HOLTHUS LLP

    Defendant(s).

**NOTICE OF APPEAL FROM AN APPEALABLE ORDER**

DENNIS OBDUSKEY, PRO SE LITIGANT, appeals to the United States Court of Appeals for the Tenth Circuit the MEMORANGUM OPINION AND ORDER entered on April 15, 2022. ___

Dated this 16th day of May, 2022.

_____
Signature
DENNIS OBDUSKEY
604 ALPINE AVE
PUEBLO, COLORADO 81005
303-929-0040

*Rev. 12/2021*