FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
1:16 pm, Jun 16, 2022
JEFFREY P. COLWELL, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **22-1156**, Dist/Ag docket: 1: 15-CV-01734-JLK

Obduskey,                    Plaintiff(s)/Petitioner(s),

v.

Wells Fargo, et al,          Defendant(s)/Respondents.

---

**MOTION AND AFFIDAVIT FOR LEAVE TO PROCEED ON APPEAL
PURSUANT TO 28 U.S.C. § 1915 AND FED. R. APP. P. 24**

---

I request leave to commence this appeal without prepayment of fees or security therefor pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. I also request that the United States pay for a transcript of the record of proceedings, if any, for inclusion in the record on appeal. In support of my requests, I submit the accompanying affidavit and declare that:

(1) I am unable to pay such fees or give security therefor.
(2) The issues I desire to raise on appeal are:

1) Abuse of Discretion by the Court for failure to provide notice to plaintiff concerning requested withdrawal of original counsel, instead issuing an unsolicited ruling with no notice to now Pro Se litigant or reaching out to clarify intent, which would've been efficient for all. A non-attorney would have no idea that a filing was required as the original counsel had requested removal and no action had been taken. Docket Item 53 December 2 advised the court that he had not represented client since 2016 and sought removal. From a Pro Se perspective, each step tends to happen in order. When the Wall Street Journal broke the national judge-recusal story last year, the court didn't respond immediately.

2) The pandemic has hastened miscommunication in many areas. The original judge issued his own order of recusal January 11, 2022, though no notice was received by the plaintiff. The April 15 ruling issued by the court was in response to the Order on Motion to Withdraw as Attorney filed by original attorney December 2. It was clear the original attorney was no longer representing plaintiff.

3) In the April 15 ruling which plaintiff only learned of via the media, the court appears to have failed to strictly apply 28 U.S. Code § 455 – Disqualification of justice, judge or magistrate judge, as original presiding judge and/or spouse had a financial interest in a participant in the case, then rehashed the original ruling. The plaintiff was not given any clear guided opportunity to make his case to the court and was not advised of any deadlines pending actions or deadlines.

4) Not taken under consideration were several negative interactions between original attorney for plaintiff and the court, a lengthy delay of nearly a year waiting for further action, then ruling only 8 days after plaintiff sought a temporary restraining order to delay foreclosure activity.  That lengthy delay adversely impacted the plaintiff's limited financial resources.  There were other issues related to the case outside the FDCPA and the later Supreme Court ruling happened after the fact.  As noted on Page 7 footnote in the court order, it appears that the April 15 ruling the court accepted at face value and hearsay evidence that the original judge "lacked awareness."

5) This matter and subsequent ruling without hearing further clouds the lack of transparency that 28 U.S. Code § 455 seeks to avoid in advance and maintain the confidence of the public in the court system.

---

(3)   I am entitled to redress.
(4)   I take this appeal in good faith.
(5)   The appeal is not frivolous and presents a substantial question.

I swear that the responses which I have made to the questions and instructions in the following Application relating to my ability to pay the cost of prosecuting the appeal are true. I have included the signed affidavit in support of the Application as required by the court.

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| Dennis Obduskey | ) |
|---|---|
| *Plaintiff/Petitioner* | ) |
| v. | ) Civil Action No. 1:15-cv-01734-JLK |
| Wells Fargo, et al | ) |
| *Defendant/Respondent* | ) |

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Long Form)

**Affidavit in Support of the Application**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims.

Signed: *Denis Obduskey*

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: 06/16/2022

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Self-employment | $ 90.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Income from real property *(such as rental income)* | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Gifts | $ 40.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Alimony | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Child support | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | | |
|---|---|---|---|---|
| Retirement *(such as social security, pensions, annuities, insurance)* | $ 2,036.10 | $ 0.00 | $ 0.00 | $ 0.00 |
| Disability *(such as social security, insurance payments)* | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Unemployment payments | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Public-assistance *(such as welfare)* | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Other *(specify)*: | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| **Total monthly income:** | $ **2,166.10** | $ **0.00** | $ **0.00** | $ **0.00** |

2. List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| None | | | $ 0.00 |
| | | | $ 0.00 |

3. List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| None - No Spouse | | | $ 0.00 |
| | | | $ 0.00 |
| | | | $ 0.00 |

4. How much cash do you and your spouse have? $ 50.00

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| Bank of the West | Checking | $ 50.00 | $ 0.00 |
| Minnequa Federal Credit Union | Checking / Savings | $ 35.00 | $ 0.00 |
| Robinhood | "Savings" | $ 35.00 | $ 0.00 |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | | |
|---|---|---|
| Home *(Value)* | $ | 243,200.00 |
| Other real estate *(Value)* | $ | 0.00 |
| Motor vehicle *#1 (Value)* | $ | 1,500.00 |
| Make and year: 2001 Infiniti | | |
| Model: QX4 | | |
| Registration #: L0058414263 | | |
| Motor vehicle *#2 (Value)* | $ | |
| Make and year: N/A | | |
| Model: | | |
| Registration #: | | |
| Other assets *(Value)*  Household goods / garage sale value est | $ | 2,000.00 |
| Other assets *(Value)*  IRA (Emergency fund) | $ | 900.00 |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |

7. State the persons who rely on you or your spouse for support.

| **Name** (or, if under 18, initials only) | **Relationship** | **Age** |
|---|---|---|
| N/A | | |
| | | |
| | | |

AO 239  (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

8. Estimate the average monthly expenses of you and your family.  Show separately the amounts paid by your spouse.  Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Your spouse |
|---|---:|---:|
| Rent or home-mortgage payment *(including lot rented for mobile home)*<br>Are real estate taxes included?  ☐ Yes  ☑ No<br>Is property insurance included?  ☐ Yes  ☑ No | $ 0.00 | $ 0.00 |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)*  + mobile phone | $ 604.00 | $ 0.00 |
| Home maintenance *(repairs and upkeep)* | $ 73.50 | $ 0.00 |
| Food | $ 300.00 | $ 0.00 |
| Clothing | $ 15.00 | $ 0.00 |
| Laundry and dry-cleaning | $ 15.00 | $ 0.00 |
| Medical and dental expenses | $ 200.00 | $ 0.00 |
| Transportation *(not including motor vehicle payments)*   (1 tank of gas/month) | $ 100.00 | $ 0.00 |
| Recreation, entertainment, newspapers, magazines, etc. | $ 25.00 | $ 0.00 |
| Insurance *(not deducted from wages or included in mortgage payments)* | | |
|     Homeowner's or renter's:  State Farm | $ 148.75 | $ 0.00 |
|     Life:  N/A | $ 0.00 | $ 0.00 |
|     Health:  Humana Medicare Advantage | $ 170.10 | $ 0.00 |
|     Motor vehicle:  State Farm | $ 66.67 | $ 0.00 |
|     Other:  Delta Dental | $ 66.25 | $ 0.00 |
| Taxes *(not deducted from wages or included in mortgage payments)* *(specify):*  Property Tax | $ 81.07 | $ 0.00 |
| Installment payments | | |
|     Motor vehicle:  N/A | $ 0.00 | $ 0.00 |
|     Credit card *(name)*:  N/A | $ 0.00 | $ 0.00 |
|     Department store *(name)*:  N/A | $ 0.00 | $ 0.00 |
|     Other:  Chapter 13 Bankruptcy 18-18627-JGR | $ 413.00 | $ 0.00 |
| Alimony, maintenance, and support paid to others | $ 0.00 | $ 0.00 |

AO 239  (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | |
|---|---|---|
| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | $ 0.00 | $ 0.00 |
| Other *(specify)*:   Misc | $ 25.00 | $ 0.00 |
| **Total monthly expenses:** | $ **2,303.34** | $ **0.00** |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

    ❒ Yes    ☑ No    If yes, describe on an attached sheet.

10. Have you spent — or will you be spending — any money for expenses or attorney fees in conjunction with this lawsuit?    ❒ Yes    ☑ No

    If yes, how much?   $ _____

11. Provide any other information that will help explain why you cannot pay the costs of these proceedings.
    Age 67 on a Medicare Advantage Plan.  I take Prescription Drugs, two of which will be in the "donut hole" July 1 and will cost appx $300/month. My doctor is aware I have to ration the meds until I end my bankruptcy in approximately 15 months. I also receive assistance from a food bank.  I anticipate upcoming eye care expenses and likely significant dental, but unable to estimate at this time. Car has 321,000 miles on it.

12. Identify the city and state of your legal residence.
    Pueblo, Colorado

    Your daytime phone number:    (303) 929-0040

    Your age:   67       Your years of schooling:   20