

**Certificate Of Mailing**

To pay fee, affix stamps or meter postage here.

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From:

To:



1000

U.S. POSTAGE PAID
FCM LETTER
PUEBLO, CO
81008
JUN 15, 22
AMOUNT
**$1.65**
R2305M149235-16

PS Form **3817**, April 2007  PSN 7530-02-000-9065



```
               PUEBLO
          1022 FORTINO BLVD
         PUEBLO, CO 81008-2025
             (800)275-8777
06/15/2022                        05:57 PM
-------------------------------------------
Product            Qty    Unit       Price
                          Price
-------------------------------------------
First-Class Mail®   1                $0.58
Letter
    Denver, CO 80257
    Weight: 0 lb 0.50 oz
    Estimated Delivery Date
        Fri 06/17/2022
    Cert of Mailing                  $1.65
Total                                $2.23

-------------------------------------------
Grand Total:                         $2.23
-------------------------------------------
Credit Card Remitted                 $2.23
    Card Name: MasterCard
    Account #: XXXXXXXXXXXX1578
    Approval #: 2WTWNY
    Transaction #: 661
    AID: A0000000042203         Chip
    AL: US Debit
    PIN: Not Required        US Debit
-------------------------------------------
```