IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01734-JLK

DENNIS OBDUSKEY,

    Plaintiff,

v.

WELLS FARGO,
WELLS FARGO BANK,
WELLS FARGO & CO.,
WELLS FARGO BANK, N.A.,
WELLS FARGO HOME MORTGAGE, and
MCCARTHY AND HOLTHUS LLP,

    Defendants.

## ORDER

**Kane, J.**

This matter is before me on Plaintiff Dennis Obduskey's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 (the "Motion"). (ECF No. 64). The Motion to proceed *in forma pauperis* ("IFP") must be denied for two reasons.

First, Mr. Obduskey is not indigent. "[I]n order to succeed on a motion to proceed IFP, the movant must show a financial inability to pay the required filing fees . . . ." *Lister v. Dep't of Treasury*, 408 F.3d 1309, 1312 (10th Cir. 2005). In this case, Mr. Obduskey submitted a financial affidavit showing monthly expenses that exceed his monthly income by approximately $136. However, Mr. Obduskey also listed assets totaling over $247,000, with no monthly rent or mortgage payment. Further, Mr. Obduskey previously paid the filing fees in this action (*see* Doc. ## 1, 43, 44), and he has not explained how his circumstances have changed since that time.

1

Based on the information provided, I cannot find that Mr. Obduskey meets the threshold for IFP status.

Second, to proceed IFP, a plaintiff must also demonstrate "the existence of a reasoned, nonfrivolous argument on the law and facts in support of the issues raised in the action." *Lister*, 408 F.3d at 1312. Upon review of the Motion, I find that Mr. Obduskey has not stated a recognizable ground for appeal that has merit. Thus, the Motion must be denied for this additional reason.

**ORDERED** that the Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 (ECF No. 64), is denied.

DATED this 21st day of June, 2022.

_____
JOHN L. KANE
SENIOR U.S. DISTRICT JUDGE